# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) Case No. 10-_____ |
| | ) |
| Debtors. | ) Joint Administration Requested |
| | ) |

## CERTIFICATION CONCERNING CREDITOR MATRIX

The above-captioned debtors, as debtors and debtors in possession (the "Debtors"), hereby certify under penalty of perjury that the consolidated list of creditors submitted herewith (the "Creditor Matrix") pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format and containing the list of creditors of the Debtors, is complete, and, to the best of the Debtors' knowledge, correct and consistent with the Debtors' books and records.

The Creditor Matrix is based upon the internal bookkeeping of the records of the Debtors and is accurate to the best of the undersigned's knowledge, information and belief, subject to further review. No comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth on the Creditor Matrix have been completed, however. Accordingly, the Creditor Matrix should not be deemed to constitute: (a) a waiver of any defense to any listed claims; (b) an acknowledgment of the allowability of any listed claims; or (c) a waiver of any other right or legal position of the Debtors.

I, Richard C. Jenkins, the Interim Chief Financial Officer of the Debtors, declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my information and belief.

Dated: November 17, 2010

Richard C. Jenkins
Interim Chief Financial Officer

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.