# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LOCAL INSIGHT MEDIA HOLDINGS, INC.,<br><br>                              Debtor.<br>Tax I.D. No. 26-2232696 | Chapter 11<br><br>Case No. 10-13677 (\_\_\_\_)<br><br>Joint Administration Requested |
| In re:<br><br>LOCAL INSIGHT MEDIA HOLDINGS II, INC.,<br><br>                              Debtor.<br>Tax I.D. No. 90-0458133 | Chapter 11<br><br>Case No. 10-13679 (\_\_\_\_)<br><br>Joint Administration Requested |
| In re:<br><br>LOCAL INSIGHT MEDIA HOLDINGS III, INC.,<br><br>                              Debtor.<br>Tax I.D. No. 90-0458134 | Chapter 11<br><br>Case No. 10-13682 (\_\_\_\_)<br><br>Joint Administration Requested |
| In re:<br><br>LIM FINANCE HOLDINGS, INC.,<br><br>                              Debtor.<br>Tax I.D. No. 90-0458135 | Chapter 11<br><br>Case No. 10-13680 (\_\_\_\_)<br><br>Joint Administration Requested |
| In re:<br><br>LIM FINANCE, INC.,<br><br>                              Debtor.<br>Tax I.D. No. 90-0458136 | Chapter 11<br><br>Case No. 10-13681 (\_\_\_\_)<br><br>Joint Administration Requested |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIM FINANCE II, INC., | ) | Case No. 10-13687 (____) |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 26-2675380 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT REGATTA HOLDINGS, INC., | ) | Case No. 10-13686 (____) |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 20-8046735 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE BERRY COMPANY LLC, | ) | Case No. 10-13678 (____) |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 26-2037899 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT LISTING MANAGEMENT, INC., | ) | Case No. 10-13685 (____) |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 25-1737524 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA INVESTOR HOLDINGS, INC., | ) | Case No. 10-13725 (____) |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 90-0458137 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA INVESTOR HOLDINGS II, INC., | ) | Case No. 10-13741 (____) |
| | ) | |
|                       Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. 90-0458138 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA INVESTOR LLC, | ) | Case No. 10-13684 (____) |
| | ) | |
|                       Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA SPLIT-OFF I LLC, | ) | Case No. 10-13721 (____) |
| | ) | |
|                       Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA SPLIT-OFF II LLC, | ) | Case No. 10-13753 (____) |
| | ) | |
|                       Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA SPLIT-OFF III LLC, | ) | Case No. 10-13737 (____) |
| | ) | |
|                       Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. N/A | ) | |

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA HOLDING I, L.P., | ) | Case No. 10-13748 (____) |
| | ) | |
|                       Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA HOLDING II, L.P., | ) | Case No. 10-13715 (____) |
| | ) | |
|                       Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REGATTA HOLDING III, L.P., | ) | Case No. 10-13745 (____) |
| | ) | |
|                       Debtor. | ) | Joint Administration Requested |
| Tax I.D. No. N/A | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES OF LOCAL INSIGHT MEDIA HOLDINGS, INC., ET AL.

Upon the motion, dated November 17, 2010 (the "Motion"),[1] of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for entry of an order (the "Order") directing the joint administration of the Debtors' related chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having

---

[1] Capitalized terms used but not defined herein shall have those meanings ascribed to them in the Motion.

found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein in its entirety.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly-administered by the Court under Case No. 10-13677 (___).

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (___) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the

purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

4. An entry shall be made on the docket of each of the Debtor's cases, other than that of Local Insight Media Holdings, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware directing joint administration of these chapter 11 cases of: Local Insight Media Holdings, Inc.; Local Insight Media Holdings II, Inc.; Local Insight Media Holdings III, Inc.; LIM Finance Holdings, Inc.; LIM Finance, Inc.; LIM Finance II, Inc.; Local Insight Regatta Holdings, Inc.; The Berry Company LLC; Local Insight Listing Management, Inc.; Regatta Investor Holdings, Inc.; Regatta Investor Holdings II, Inc.; Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-13677 (___).

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file and one consolidated service list.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of these chapter 11 cases.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6

DOCS_DE:165482.1

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.


Dated: November _____, 2010
      Wilmington, Delaware                               United States Bankruptcy Judge