# EXHIBIT 1

**Structure Chart**

