IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13677 (KG)<br><br>Joint Administration Requested |

Hearing Date: November 19, 2010, at 12:00 p.m. prevailing Eastern time

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on November 17, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Applications and Motions set forth below at a hearing on **November 19, 2010, at 12:00 p.m. prevailing Eastern time** before the Honorable Kevin Gross, at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

### First-Day Administrative Motions

1. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Directing Joint Administration of their Chapter 11 Cases [Filed: 11/18/10] (Docket No. 3).

2. Application of Local Insight Media Holdings, Inc., et al. for Entry of an Order Authorizing the Retention and Employment of Kurtzman Carson Consultants LLC as Notice and Claims Agent for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 11/18/10] (Docket No. 10).

### First Day Motions Pertaining to Business Operations

3. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue to Invest in the Investment Accounts and (D) Maintain Existing Business Forms [Filed: 11/18/10] (Docket No. 4).

4. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition (A) Wages, Salaries and Other Compensation, (B) Reimbursable Employee Expenses and (C) Employee Medical and Similar Benefits [Filed: 11/18/10] (Docket No. 5).

5. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and to Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [Filed: 11/18/10] (Docket No. 6).

6. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Claims of Shippers and Warehousemen [Filed: 11/18/10] (Docket No. 7).

7. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Filed: 11/18/10] (Docket No. 8).

8. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Authorizing the Debtors to Remit Certain Prepetition Taxes [Filed: 11/18/10] (Docket No. 9).

### First Day Motions Pertaining to Financing

9. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the

Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing [Filed: 11/18/10] (Docket No. 11).

10. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order to File Under Seal Proposed Debtor-In-Possession Fee Letters [Filed: 11/18/10] (Docket No. 12).

Copies of the above-noted pleadings can be obtained through the United States Bankruptcy Court's website at www.deb.uscourts.gov, referencing Case No. 10-13677 (KG) or by accessing the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC website at http://www.kccllc.net/localinsight.

Dated: November 18, 2010

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone:(302) 652-4100
Facsimile:(302) 652-4400

- and -

Richard M. Cieri (*pro hac vice* pending)
Christopher J. Marcus (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:(212) 446-4800
Facsimile:(212) 446-4900

- and -

Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:(312) 862-2000
Facsimile:(312) 862-2200

Proposed Attorneys for the
Debtors and Debtors in Possession