IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] ) | Case No. 10-13677 (KG) |
| ) | |
| Debtors. ) | Joint Administration Requested |
| ) | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR NOVEMBER 19, 2010 AT 12:00 P.M., BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1.  Voluntary Petitions

    a) Local Insight Media Holdings, Inc.
    b) Local Insight Media Holdings II, Inc.
    c) Local Insight Media Holdings III, Inc.
    d) LIM Finance Holdings, Inc.
    e) LIM Finance, Inc.
    f) LIM Finance II, Inc.
    g) Local Insight Regatta Holdings, Inc.
    h) The Berry Company LLC
    i) Local Insight Listing Management, Inc.
    j) Regatta Investor Holdings, Inc.
    k) Regatta Investor Holdings II, Inc.
    l) Regatta Investor LLC
    m) Regatta Split-off I LLC
    n) Regatta Split-off II LLC
    o) Regatta Split-off III LLC

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

      p) Regatta Holding I, L.P.
      q) Regatta Holding II, L.P.
      r) Regatta Holding III, L.P.

2. Declaration of Richard C. Jenkins, the Debtors' Interim Chief Financial Officer, in Support of First Day Motions [Filed: 11/18/10] (Docket No. 13).

    **Status**: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

### First Day Administrative Motions

3. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Directing Joint Administration of their Chapter 11 Cases [Filed: 11/18/10] (Docket No. 3).

    **Status**: This matter is going forward.

4. Application of Local Insight Media Holdings, Inc., et al. for Entry of an Order Authorizing the Retention and Employment of Kurtzman Carson Consultants LLC as Notice and Claims Agent for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 11/18/10] (Docket No. 10).

    **Status**: This matter is going forward.

### First Day Motions Pertaining to Business Operations

5. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue to Invest in the Investment Accounts and (D) Maintain Existing Business Forms [Filed: 11/18/10] (Docket No. 4).

    **Status**: This matter is going forward.

6. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition (A) Wages, Salaries and Other Compensation, (B) Reimbursable Employee Expenses and (C) Employee Medical and Similar Benefits [Filed: 11/18/10] (Docket No. 5).

    **Status**: This matter is going forward with respect to an interim order.

7. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and to Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [Filed: 11/18/10] (Docket No. 6).

**Status**: This matter is going forward.

8. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Claims of Shippers and Warehousemen [Filed: 11/18/10] (Docket No. 7).

**Status**: This matter is going forward.

9. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Filed: 11/18/10] (Docket No. 8).

**Status**: This matter is going forward with respect to an interim order.

10. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Authorizing the Debtors to Remit Certain Prepetition Taxes [Filed: 11/18/10] (Docket No. 9).

**Status**: This matter is going forward with respect to an interim order.

### First Day Motions Pertaining to Financing

11. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing [Filed: 11/18/10] (Docket No. 11).

**Status**: This matter is going forward with respect to an interim order.

12. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order to File Under Seal Proposed Debtor-In-Possession Fee Letters [Filed: 11/18/10] (Docket No. 12).

**Status:**   This matter is going forward.

Dated: November 18, 2010

*/s/ Curtis A. Hehn*
Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone:(302) 652-4100
Facsimile:(302) 652-4400

- and -

Richard M. Cieri (*pro hac vice* pending)
Christopher J. Marcus (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:(212) 446-4800
Facsimile:(212) 446-4900

- and -

Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:(312) 862-2000
Facsimile:(312) 862-2200

Proposed Attorneys for the
Debtors and Debtors in Possession