IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 10-13677 (KG)<br>)<br>) Joint Administration Requested<br>) **Re Docket No. 11** |

**Hearing Date: November 19, 2010, at 12:00 p.m. Prevailing Eastern Time**

## NOTICE OF FILING OF PROPOSED INTERIM DIP BUDGET

Attached hereto as Exhibit A is the proposed form of interim budget (the "Proposed Budget") for the *Motion of Local Insight Media Holdings, Inc., Et Al. for the Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing* [Docket No. 11] (the "Financing Motion").

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

The Debtors reserve the right to modify, if necessary, the Proposed Budget before or at the interim hearing on the Financing Motion.

Dated: November 19, 2010
Wilmington, Delaware

*/s/ Curtis A. Hehn*

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

Richard M. Cieri (*pro hac vice* pending)
Christopher J. Marcus (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Proposed Attorneys for the
Debtors and Debtors in Possession