# **EXHIBIT A**

# Initial 26-Week Cash Flow Forecast

($ in thousands)

| Week Ending (Friday): | 11/19 | 11/26 | 12/3 | 12/10 | 12/17 | 12/24 | 12/31 | 1/7 | 1/14 | 1/21 | 1/28 | 2/4 | 2/11 | 2/18 | 2/25 | 3/4 | 3/11 | 3/18 | 3/25 | 4/1 | 4/8 | 4/15 | 4/22 | 4/29 | 5/6 | 5/13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW FORECAST** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating Cash Flow** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Receipts | $4,640 | $1,716 | $8,661 | $2,826 | $4,487 | $2,261 | $8,827 | $3,011 | $4,444 | $2,306 | $2,882 | $8,668 | $2,808 | $4,049 | $2,808 | $8,294 | $2,467 | $4,245 | $2,467 | $7,883 | $2,281 | $4,777 | $2,852 | $6,765 | $4,900 | $2,870 | $114,198 |
| Operating Disbursements | (5,622) | (3,725) | (3,841) | (4,198) | (1,847) | (4,679) | (4,534) | (4,854) | (2,559) | (4,392) | (3,030) | (6,789) | (3,094) | (4,820) | (3,566) | (5,386) | (1,494) | (3,788) | (1,494) | (6,062) | (2,097) | (4,731) | (2,559) | (6,753) | (1,956) | (4,129) | (101,998) |
| Payment to Holdings for Regatta Operating Expenses | -- | -- | (883) | -- | (882) | -- | (873) | -- | (838) | -- | (889) | -- | (838) | -- | (858) | -- | (790) | -- | (261) | -- | (809) | -- | (815) | -- | (911) | -- | (9,648) |
| **Consolidated Operating Cash Flow** | ($981) | ($2,009) | $3,937 | ($1,372) | $1,758 | ($2,418) | $3,420 | ($1,843) | $1,047 | ($2,086) | ($1,037) | $1,880 | ($1,124) | ($770) | ($1,615) | $2,909 | $183 | $457 | $713 | $1,821 | ($624) | $46 | ($522) | $11 | $2,033 | ($1,259) | $2,552 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Regatta Expenses | (2,210) | (427) | (1,769) | (907) | (607) | (735) | (1,314) | (235) | (1,955) | (188) | (1,059) | (360) | (2,080) | (288) | (472) | (950) | (1,825) | (205) | (333) | (910) | (168) | (1,830) | (210) | (376) | (957) | (1,732) | (24,100) |
| Payment to Holdings for Regatta Capitalized Expenses | -- | -- | (96) | -- | (159) | -- | (127) | -- | (119) | -- | (107) | -- | (78) | -- | (70) | -- | (121) | -- | (121) | -- | (86) | -- | (125) | -- | (132) | -- | (1,340) |
| **Net Cash Flow** | ($3,191) | ($2,436) | $2,072 | ($2,279) | $992 | ($3,154) | $1,979 | ($2,077) | ($1,026) | ($2,274) | ($2,203) | $1,520 | ($3,282) | ($1,058) | ($2,157) | $1,959 | ($1,762) | $252 | $258 | $911 | ($879) | ($1,785) | ($857) | ($365) | $944 | ($2,991) | ($22,888) |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ESTIMATED CASH BALANCES** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Book Cash Balance | $11,302 | $8,111 | $13,175 | $15,247 | $12,968 | $13,960 | $10,806 | $12,786 | $10,708 | $15,532 | $13,258 | $11,055 | $12,575 | $15,144 | $14,086 | $11,928 | $13,887 | $12,125 | $12,377 | $12,635 | $13,546 | $12,667 | $10,882 | $13,325 | $12,960 | $13,904 | $11,302 |
| Net Cash Flow | (3,191) | (2,436) | 2,072 | (2,279) | 992 | (3,154) | 1,979 | (2,077) | (1,026) | (2,274) | (2,203) | 1,520 | (3,282) | (1,058) | (2,157) | 1,959 | (1,762) | 252 | 258 | 911 | (879) | (1,785) | (857) | (365) | 944 | (2,991) | (22,888) |
| Ending Book Cash Balance (Before DIP Draws) | 8,111 | 5,675 | 15,247 | 12,968 | 13,960 | 10,806 | 12,786 | 10,708 | 9,682 | 13,258 | 11,055 | 12,575 | 9,294 | 14,086 | 11,928 | 13,887 | 12,125 | 12,377 | 12,635 | 13,546 | 12,667 | 10,882 | 10,025 | 12,960 | 13,904 | 10,914 | (11,586) |
| *Memo: Unrestricted Book Cash Balance (Before DIP Draws)* | *7,611* | *5,175* | *12,122* | *9,843* | *10,835* | *7,681* | *9,661* | *7,583* | *6,557* | *10,133* | *7,930* | *9,450* | *6,169* | *10,961* | *8,803* | *10,762* | *9,000* | *9,252* | *9,510* | *10,421* | *9,542* | *7,757* | *6,900* | *9,835* | *10,779* | *7,789* | *(14,711)* |
| DIP Draws | -- | 7,500 | -- | -- | -- | -- | -- | -- | 5,850 | -- | -- | -- | 5,850 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 3,300 | -- | -- | -- | 22,500 |
| Ending Book Cash Balance (Including DIP Draws) | 8,111 | 13,175 | 15,247 | 12,968 | 13,960 | 10,806 | 12,786 | 10,708 | 15,532 | 13,258 | 11,055 | 12,575 | 15,144 | 14,086 | 11,928 | 13,887 | 12,125 | 12,377 | 12,635 | 13,546 | 12,667 | 10,882 | 13,325 | 12,960 | 13,904 | 10,914 | 10,914 |
| Less: Cash Collateralized LCs | -- | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) |
| Less: Lien Avoidance Carveout | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Plus: Outstanding Checks | -- | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| **Ending Unrestricted Bank Cash Balance** | $7,611 | $10,550 | $12,622 | $10,343 | $11,335 | $8,181 | $10,161 | $8,083 | $12,907 | $10,633 | $8,430 | $9,950 | $12,519 | $11,461 | $9,303 | $11,262 | $9,500 | $9,752 | $10,010 | $10,921 | $10,042 | $8,257 | $10,700 | $10,335 | $11,279 | $8,289 | $8,289 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ESTIMATED DIP FACILITY BALANCES** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning DIP Facility Balance | -- | -- | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $13,350 | $13,350 | $13,350 | $13,350 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $22,500 | $22,500 | $22,500 | -- |
| Draws/(Repayments) | -- | 7,500 | -- | -- | -- | -- | -- | -- | 5,850 | -- | -- | -- | 5,850 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 3,300 | -- | -- | -- | 22,500 |
| **Ending DIP Facility Balance** | -- | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $13,350 | $13,350 | $13,350 | $13,350 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 |

1