# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Local Insight Media Holdings, Inc. et al.,[1] | ) Case No. 10-13677 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On November 17, 2010, the above-captioned debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers, are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| Local Insight Media Holdings, Inc. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13677 (KG) | 26-2232696 |
| Local Insight Media Holdings II, Inc. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13679 (KG) | 90-0458133 |
| Local Insight Media Holdings III, Inc. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13682 (KG) | 90-0458134 |
| LIM Finance Holdings, Inc. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13680 (KG) | 90-0458135 |
| LIM Finance, Inc | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13681 (KG) | 90-0458136 |
| LIM Finance II, Inc. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13687 (KG) | 26-2675380 |
| Local Insight Regatta Holdings, Inc. [Windstream Regatta Holdings, Inc.] | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13686 (KG) | 20-8046735 |
| The Berry Company LLC [LM Berry and Company; Local Insight Berry Holdings LLC; Local Insight Yellow Pages, Inc.; and Windstream Yellow Pages, Inc.] | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13678 (KG) | 26-2037899 |

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

| | | | |
|---|---|---|---|
| Local Insight Listing Management, Inc. [Windstream Listing Management, Inc.] | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13685 (KG) | 25-1737524 |
| Regatta Investor Holdings, Inc. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13725 (KG) | 90-0458137 |
| Regatta Investor Holdings II, Inc. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13741 (KG) | 90-0458138 |
| Regatta Investor LLC | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13684 (KG) | N/A |
| Regatta Split-off I LLC | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13721 (KG) | N/A |
| Regatta Split-off II LLC | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13753 (KG) | N/A |
| Regatta Split-off III LLC | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13737 (KG) | N/A |
| Regatta Holding I, L.P. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13748 (KG) | N/A |
| Regatta Holding II, L.P. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13715 (KG) | N/A |
| Regatta Holding III, L.P. | 188 Inverness Drive West, Suite 800, Englewood, CO 80112 | 10-13745 (KG) | N/A |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS: December 29, 2010 at 11:30 a.m. prevailing Eastern time, J. Caleb Boggs Federal Building, 844 King Street, 2nd Floor, Room 2112, Wilmington, Delaware 19801.

DEADLINE TO FILE A PROOF OF CLAIM: Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE: None appointed to date.

PROPOSED COUNSEL FOR THE DEBTORS:

Kirkland & Ellis LLP
Richard M. Cieri
Christopher J. Marcus
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

Kirkland & Ellis LLP
Ross M. Kwasteniet
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Fascsimile: (312) 862-2200

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

COMMENCEMENT OF CASES: Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Court. In addition, such documents may be available at www.deb.uscourts.gov. Certain documents are also available on the web site of the Debtors' claims agent, Kurtzman Carson Consultants, at: www.kccllc.com.

PURPOSE OF CHAPTER 11 FILING: Chapter 11 of the Bankruptcy Code enables a debtor to reorganize and/or liquidate pursuant to a chapter 11 plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors and other parties in interest will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS: A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Court are not permitted to give legal advice.

MEETING OF CREDITORS: The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS: Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms are also available from the Court's web site at www.deb.uscourts.gov. Kurtzman Carson Consultants is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. Kurtzman Carson Consultants can be reached through their web site specifically for these cases at www.kccllc.net/localinsight, by e-mail at localinsightinfo@kccllc.com, by telephone at 1-877-660-6697 (732-645-4114 for international callers) or by first class, hand delivery or overnight mail as follows:

**By First-Class Mail, Hand-Delivery or Overnight Mail**
Local Insight Claim Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the debtor, expect as provided in the plan.

For the Court:       /s/ David D. Bird       Dated: November 23, 2010
                Clerk of Court