UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| Local Insight Media Holdings, Inc., *et al.* | : | Case No. 10-13677 (KG) |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **U.S. Bank National** Attn: Timothy Sandell, 60 Livingston Avenue, St. Paul, MN 55107-2292, Phone: 651-495-3959, Fax: 651-495-8100

2. **Bain & Company, Inc.**, Attn: Diane Fernandes, 131 Dartmouth Street, Boston, MA 02116, Phone: 617-572-2286, Fax: 617-880-0286

3. **Quadgraphics, Inc.**, Attn: Patricia A Rydzik, N63 W23075 State Hwy 74, Sussex WI 53089-2827, Phone: 414-566-2127, Fax: 414-566-9415

4. **Directory Distributing Associates, Inc.**, Attn: Michael Shelton, 1602 Park 370 Court, Hazelwood, MD 63042, Phone: 314-592-8619, Fax: 314-592-8791

5. **Marchex Sales, Inc.**, Attn: Ethan Caldwell, 520 Pike Street, Ste. 2000, Seattle, WA 98101, Phone: 206-331-3310, Fax: 206-331-3696

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Richard L. Schepacarter for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: December 1, 2010

Attorney assigned to this Case: Richard Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Curtis A. Hehn, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400