IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Related to Docket Nos. 87, 88, and 92** |

**Objection Deadline: December 13, 2010, at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: December 20, 2010, at 2:30 p.m. (prevailing Eastern time)**

**NOTICE OF APPLICATION OF LOCAL INSIGHT MEDIA HOLDINGS, INC., ET AL.
TO RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC TO PROVIDE
THE DEBTORS (A) AN INTERIM CHIEF FINANCIAL OFFICER, A CHIEF
RESTRUCTURING OFFICER, AND CERTAIN ADDITIONAL PERSONNEL AND
(B) TO DESIGNATE RICHARD C. JENKINS AS INTERIM CHIEF FINANCIAL
OFFICER, AND SCOTT BRUBAKER AS CHIEF RESTRUCTURING OFFICER,
FOR THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE**

TO:    (a) the U.S. Trustee; (b) proposed counsel to the Committee; (c) counsel to the administrative agent for Local Insight Regatta Holdings, Inc.'s prepetition and postpetition senior credit facilities; (d) the indenture trustee for Local Insight Regatta Holdings, Inc.'s 11% Senior Subordinated Notes due 2017; (e) counsel to Welsh, Carson, Anderson & Stowe; (f) the Office of the Attorney General for the State of Delaware; (g) the Internal Revenue Service; (h) the Securities and Exchange Commission; and (i) those parties who have requested notice pursuant to Bankruptcy Rule 2002.

        **PLEASE TAKE NOTICE** that on December 3, 2010, the above-captioned

debtors and debtors-in-possession (the "Debtors"), filed the of *Application of Local Insight*

*Media Holdings, Inc., et al. to Retain Alvarez & Marsal North America, LLC to Provide the*

*Debtors (A) An Interim Chief Financial Officer, a Chief Restructuring Officer, and Certain*

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

*Additional Personnel and (B) To Designate Richard C. Jenkins as Interim Chief Financial*

*Officer, and Scott Brubaker as Chief Restructuring Officer, for the Debtors Nunc Pro Tunc to the*

*Petition Date* (the "Application") with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

You were previously served with a copy of the Application.

**PLEASE TAKE FURTHER NOTICE THAT** on December 3, 2010, the

Debtors filed the *Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order*

*Shortening the Time for Notice and Approving an Expedited Hearing on the A & M Retention*

*Application* (the "Motion to Shorten Notice") [Docket No. 88] with the Bankruptcy Court. You

were previously served with the Motion to Shorten Notice. On December 6, 2010, the

Bankruptcy Court entered an order (the "Order") approving the Motion to Shorten Notice

[Docket No. 92], which is attached hereto as **Exhibit 1.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, any response

or objection to the Application must be in writing and filed with the Bankruptcy Court on or

before **December 13, 2010, at 4:00 p.m. prevailing Eastern time**. You must also serve a copy

of the response or objection so that it is received not later than **December 13, 2010, at 4:00**

**p.m., prevailing Eastern time**, by (i) proposed counsel to the Debtors: (a) Laura Davis Jones,

Esq., Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705,

Wilmington, Delaware 19899-8705 (Courier 19801), (b) Richard M. Cieri, Esq, Kirkland & Ellis

LLP, 601 Lexington Avenue, New York, NY 10022-4611 and (c) Ross M. Kwasteniet, Esq.,

Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406; (ii) Richard Schepacarter,

Esq., United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington,

Delaware 19801; (iii) proposed counsel to the Committee: (a) Mark Shinderman, Esq., Milbank, Tweed, Hadley & McCloy LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017-5735, and (b) Michael E. Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, NY 10005.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING. IF TIMELY RESPONSE OR OBJECTION IS RECEIVED, A HEARING ON THE APPLICATION WILL BE HELD ON **DECEMBER 20, 2010, AT 2:30 P.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

Dated: December 6, 2010  
     Wilmington, Delaware

/s/ *Curtis A. Hehn*
Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

Proposed Attorneys for the
Debtors and Debtors in Possession