# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:  **LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.**[1]

Debtors

Case No. <u>10-13677 (KG)</u>

Jointly Administered

## INITIAL MONTHLY OPERATING REPORT

**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **12-Month Cash Flow Projection  (Form IR-1)** | 26 Week DIP Budget | |
| **Certificates of Insurance:** | | |
| Workers Compensation | X | |
| Property | X | |
| General Liability | X | |
| Vehicle | X | |
| Other: <u>Directors & Officers Liability</u> | X | |
| Identify areas of self-insurance w/liability caps | | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | See attached order | |
| General Operating Account | See attached order | |
| Money Market Account pursuant to Local Rule 4001-3.  Refer to | See attached order | |
| http://www.deb.uscourts.gov/ | | |
| Other: _____ | | |
| **Retainers Paid (Form IR-2)** | X | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____

Richard C. Jenkins
Interim Chief Financial Officer
Local Insight Media Holdings, Inc., et al.

<u>December 7, 2010</u>
Date

## Note

[1] The Debtors, together with the last four digits of each of the Debtor's federal tax identification number (if applicable), are:  Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Local Insight Regatta Holdings, Inc. (6735); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; Regatta Holding III, L.P.; Regatta Investor Holdings, Inc. (8137); and Regatta Investor Holdings II, Inc. (8183).  The location of the Debtors' corporate headquarters and the service address for all Debtors is:  188 Inverness Drive West, Suite 800, Englewood, CO 80112.

**Initial 26-Week Cash Flow Forecast**

As filed with the United States Bankruptcy Court for the District of Delaware on October 19, 2010: Notice of Filing of Proposed Interim DIP Budget [Docket No. 43]

($ in thousands)

| Week Ending (Friday): | 11/19 | 11/26 | 12/3 | 12/10 | 12/17 | 12/24 | 12/31 | 1/7 | 1/14 | 1/21 | 1/28 | 2/4 | 2/11 | 2/18 | 2/25 | 3/4 | 3/11 | 3/18 | 3/25 | 4/1 | 4/8 | 4/15 | 4/22 | 4/29 | 5/6 | 5/13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW FORECAST** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Operating Cash Flow** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Receipts | $4,640 | $1,716 | $8,661 | $2,826 | $4,487 | $2,261 | $8,827 | $3,011 | $4,444 | $2,306 | $2,882 | $8,668 | $2,808 | $4,049 | $2,808 | $8,294 | $2,467 | $4,245 | $2,467 | $7,883 | $2,281 | $4,777 | $2,852 | $6,765 | $4,900 | $2,870 | $114,198 |
| Operating Disbursements | (5,622) | (3,725) | (3,841) | (4,198) | (1,847) | (4,679) | (4,534) | (4,854) | (2,559) | (4,392) | (3,030) | (6,789) | (3,094) | (4,820) | (3,566) | (5,386) | (1,494) | (3,788) | (1,494) | (6,062) | (2,097) | (4,731) | (2,559) | (6,753) | (1,956) | (4,129) | (101,998) |
| Payment to Holdings for Regatta Operating Expenses | -- | -- | (883) | -- | (882) | -- | (873) | -- | (838) | -- | (889) | -- | (838) | -- | (858) | -- | (790) | -- | (261) | -- | (809) | -- | (815) | -- | (911) | -- | (9,648) |
| **Consolidated Operating Cash Flow** | ($981) | ($2,009) | $3,937 | ($1,372) | $1,758 | ($2,418) | $3,420 | ($1,843) | $1,047 | ($2,086) | ($1,037) | $1,880 | ($1,124) | ($770) | ($1,615) | $2,909 | $183 | $457 | $713 | $1,821 | ($624) | $46 | ($522) | $11 | $2,033 | ($1,259) | $2,552 |
| Other Regatta Expenses | (2,210) | (427) | (1,769) | (907) | (607) | (735) | (1,314) | (235) | (1,955) | (188) | (1,059) | (360) | (2,080) | (288) | (472) | (950) | (1,825) | (205) | (333) | (910) | (168) | (1,830) | (210) | (376) | (957) | (1,732) | (24,100) |
| Payment to Holdings for Regatta Capitalized Expenses | -- | -- | (96) | -- | (159) | -- | (127) | -- | (119) | -- | (107) | -- | (78) | -- | (70) | -- | (121) | -- | (121) | -- | (86) | -- | (125) | -- | (132) | -- | (1,340) |
| **Net Cash Flow** | ($3,191) | ($2,436) | $2,072 | ($2,279) | $992 | ($3,154) | $1,979 | ($2,077) | ($1,026) | ($2,274) | ($2,203) | $1,520 | ($3,282) | ($1,058) | ($2,157) | $1,959 | ($1,762) | $252 | $258 | $911 | ($879) | ($1,785) | ($857) | ($365) | $944 | ($2,991) | ($22,888) |
| **ESTIMATED CASH BALANCES** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Book Cash Balance | $11,302 | $8,111 | $13,175 | $15,247 | $12,968 | $13,960 | $10,806 | $12,786 | $10,708 | $15,532 | $13,258 | $11,055 | $12,575 | $15,144 | $14,086 | $11,928 | $13,887 | $12,125 | $12,377 | $12,635 | $13,546 | $12,667 | $10,882 | $13,325 | $12,960 | $13,904 | $11,302 |
| Net Cash Flow | (3,191) | (2,436) | 2,072 | (2,279) | 992 | (3,154) | 1,979 | (2,077) | (1,026) | (2,274) | (2,203) | 1,520 | (3,282) | (1,058) | (2,157) | 1,959 | (1,762) | 252 | 258 | 911 | (879) | (1,785) | (857) | (365) | 944 | (2,991) | (22,888) |
| Ending Book Cash Balance (Before DIP Draws) | 8,111 | 5,675 | 15,247 | 12,968 | 13,960 | 10,806 | 12,786 | 10,708 | 9,682 | 13,258 | 11,055 | 12,575 | 9,294 | 14,086 | 11,928 | 13,887 | 12,125 | 12,377 | 12,635 | 13,546 | 12,667 | 10,882 | 10,025 | 12,960 | 13,904 | 10,914 | (11,586) |
| *Memo: Unrestricted Book Cash Balance (Before DIP Draws)* | *7,611* | *5,175* | *12,122* | *9,843* | *10,835* | *7,681* | *9,661* | *7,583* | *6,557* | *10,133* | *7,930* | *9,450* | *6,169* | *10,961* | *8,803* | *10,762* | *9,000* | *9,252* | *9,510* | *10,421* | *9,542* | *7,757* | *6,900* | *9,835* | *10,779* | *7,789* | *(14,711)* |
| DIP Draws | -- | 7,500 | -- | -- | -- | -- | -- | -- | 5,850 | -- | -- | -- | 5,850 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 3,300 | -- | -- | -- | 22,500 |
| Ending Book Cash Balance (Including DIP Draws) | 8,111 | 13,175 | 15,247 | 12,968 | 13,960 | 10,806 | 12,786 | 10,708 | 15,532 | 13,258 | 11,055 | 12,575 | 15,144 | 14,086 | 11,928 | 13,887 | 12,125 | 12,377 | 12,635 | 13,546 | 12,667 | 10,882 | 13,325 | 12,960 | 13,904 | 10,914 | 10,914 |
| Less: Cash Collateralized LCs | -- | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) | (2,625) |
| Less: Lien Avoidance Carveout | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| Plus: Outstanding Checks | -- | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| **Ending Unrestricted Bank Cash Balance** | $7,611 | $10,550 | $12,622 | $10,343 | $11,335 | $8,181 | $10,161 | $8,083 | $12,907 | $10,633 | $8,430 | $9,950 | $12,519 | $11,461 | $9,303 | $11,262 | $9,500 | $9,752 | $10,010 | $10,921 | $10,042 | $8,257 | $10,700 | $10,335 | $11,279 | $8,289 | $8,289 |
| **ESTIMATED DIP FACILITY BALANCES** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning DIP Facility Balance | -- | -- | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $13,350 | $13,350 | $13,350 | $13,350 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $22,500 | $22,500 | $22,500 | -- |
| Draws/(Repayments) | -- | 7,500 | -- | -- | -- | -- | -- | -- | 5,850 | -- | -- | -- | 5,850 | -- | -- | -- | -- | -- | -- | -- | -- | -- | 3,300 | -- | -- | -- | 22,500 |
| **Ending DIP Facility Balance** | -- | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $7,500 | $13,350 | $13,350 | $13,350 | $13,350 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $19,200 | $22,500 | $22,500 | $22,500 | $22,500 | $22,500 |

**List of Certificates of Insurance**

Insured:  **Local Insight Media Holdings, Inc.  -  and all its subsidiaries**

| Carrier | Coverage | Policy Nr | UST as Notice Party |
|---|---|---|---|
| Federal Insurance Company | General Liability | 35865728 | yes |
| Federal Insurance Company | Property | 35865728 | yes |
| Federal Insurance Company | Automobile Liability | 73544883 | yes |
| Federal Insurance Company | Excess / Umbrella Liability | 79861633 | yes |
| Federal Insurance Company | Workers Compensation | 71719166 | yes |
| Federal Insurance Company | General Liability - standalone Puerto Rico | 35865770 | yes |
| Federal Insurance Company | Property  - standalone Puerto Rico | 35865770 | yes |
| Federal Insurance Company | Automobile Liability  - standalone Puerto Rico | 73546635 | yes |
| Federal Insurance Company | Automobile Liability  - standalone Hawaii | 73560582 | yes |
| Federal Insurance Company | General Liability - "Exporter Package" | 74990831 | yes |
| Federal Insurance Company | Automobile Liability - "Exporter Package" | 74990831 | yes |
| Federal Insurance Company | Workers Compensation - "Exporter Package" | 74990831 | yes |
| U.S. Specialty Insurance Company (Houston Casualty Company) | Crime | 14-MG-09-A9980* | yes |
| U.S. Specialty Insurance Company (Houston Casualty Company) | Primary Directors & Officers Liability | 14-MGU-10-A22779 | yes |
| Illinois National Insurance Company (Chartis) | Excess Directors & Officers Liability | 01-330-97-23 | yes |
| U.S. Specialty Insurance Company (Houston Casualty Company) | Blended Employment Practice, Employed Lawyers & Fiduciary Liabilities | 14-MGU-10-A22778 | yes |

* Policy renewed on 11/30/2010;  new policy number was not yet available on the Certificate of Insurance when these schedules were prepared

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

2-1-2011

| DATE (MM/DD/YYYY) |
|---|
| 11/30/2010 |

| PRODUCER | | |
|---|---|---|
| Lockton Companies, LLC Denver<br>8110 E. Union Avenue<br>Suite 700<br>Denver CO 80237<br>(303) 414-6000 | | |

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.**

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Federal Insurance Company | 20281 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

| INSURED | |
|---|---|
| 1327121 | Local Insight Media Holdings, Inc.<br>188 Inverness Drive West, Suite 800<br>Englewood, CO 80112 |

## COVERAGES    LOCIN15    C-

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR | 35865728 | 2/1/2010 | 2/1/2011 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY  PROJECT  LOC | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| A | | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS<br>X Comp Ded $1K<br>X Coll Ded $1K | 73544883 | 2/1/2010 | 2/1/2011 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | **GARAGE LIABILITY**<br>ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT | $ XXXXXXX |
| | | | | | | OTHER THAN EA ACC<br>AUTO ONLY: AGG | $ XXXXXXX<br>$ XXXXXXX |
| A | X | **EXCESS / UMBRELLA LIABILITY**<br>X OCCUR  CLAIMS MADE<br>DEDUCTIBLE  UMBRELLA FORM<br>RETENTION $ | 79861633 | 2/1/2010 | 2/1/2011 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N N<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | 71719166 | 2/1/2010 | 2/1/2011 | X WC STATU-TORY LIMITS  OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | | **OTHER**<br>Property | 35865728 | 2/1/2010 | 2/1/2011 | Blanket Contents: $12,584.591<br>Deductible: $5,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **11079732**<br><br>United States Trustee<br>Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>*Charles M. McDaniel* |

**ACORD 25 (2009/01)**

© 1988-2009 ACORD CORPORATION. All rights reserved.

**The ACORD name and logo are registered marks of ACORD**

For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'LOCIN15'.

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

2 1 2011

| DATE (MM/DD/YYYY) |
|---|
| 11 30 2010 |

| PRODUCER | |
|---|---|
| Lockton Companies, LLC Denver<br>8110 E. Union Avenue<br>Suite 700<br>Denver CO 80237<br>(303) 414-6000 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Federal Insurance Company | 20281 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

| INSURED | |
|---|---|
| 1324130 | Local Insight Media Holdings, Inc.<br>188 Inverness Drive West, Suite 800<br>Englewood, CO 80112 |

**COVERAGES**     LOCIN15    C-

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE [X] OCCUR | 35865770 | 2 1 2010 | 2 1 2011 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [ ] PRO-JECT [ ] LOC [ ] | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| A | | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS<br>X Comp Ded S1K<br>X Coll Ded S1K | 73546635 | 2 1 2010 | 2 1 2011 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | **GARAGE LIABILITY**<br>ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT | $ XXXXXXX |
| | | | | | | OTHER THAN   EA ACC<br>AUTO ONLY    AGG | $ XXXXXXX<br>$ XXXXXXX |
| A | | **EXCESS / UMBRELLA LIABILITY**<br>X OCCUR [ ] CLAIMS MADE<br>[ ] DEDUCTIBLE [ ] UMBRELLA FORM<br>RETENTION $ | 79861633 | 2 1 2010 | 2 1 2011 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [Y/N]<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | NOT APPLICABLE | | | WC STATU-TORY LIMITS [ ]   OTHER [ ] | |
| | | | | | | E.L. EACH ACCIDENT | $ XXXXXXX |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ XXXXXXX |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ XXXXXXX |
| A | | **OTHER**<br>Property | 35865770 | 2 1 2010 | 2 1 2011 | Special cause of loss<br>Personal Property $50,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 11079727<br><br>United States Trustee<br>Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL   30   DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>*Charles M. McDaniel* |

**ACORD 25 (2009/01)**

© 1988-2009 ACORD CORPORATION. All rights reserved.<br>The ACORD name and logo are registered marks of ACORD

For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'LOCIN15'.

# ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

2 1 2011

| DATE (MM/DD/YYYY) |
| --- |
| 11 30 2010 |

| PRODUCER | Lockton Companies, LLC Denver<br>8110 E. Union Avenue<br>Suite 700<br>Denver CO 80237<br>(303) 414-6000 |
| --- | --- |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURERS AFFORDING COVERAGE | NAIC # |
| --- | --- |
| INSURER A: Federal Insurance Company | 20281 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

| INSURED | Local Insight Media Holdings, Inc.<br>188 Inverness Drive West, Suite 800<br>Englewood, CO 80112 |
| --- | --- |
| 1330012 | |

## COVERAGES    LOCIN15  C-

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A | X | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE  X OCCUR | 35865728 | 2 1 2010 | 2 1 2011 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 1,000,000 |
| | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| A | | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS<br>X Comp Ded $1K<br>X Coll Ded $1K | 73560582 | 2 1 2010 | 2 1 2011 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | **GARAGE LIABILITY**<br>☐ ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT | $ XXXXXXX |
| | | | | | | OTHER THAN EA ACC AUTO ONLY: | $ XXXXXXX |
| | | | | | | AGG | $ XXXXXXX |
| A | | **EXCESS / UMBRELLA LIABILITY**<br>X OCCUR ☐ CLAIMS MADE<br>☐ DEDUCTIBLE ☐ UMBRELLA FORM<br>☐ RETENTION $ | 79861633 | 2 1 2010 | 2 1 2011 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N N<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | 71719166 | 2 1 2010 | 2 1 2011 | X WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | | **OTHER**<br>Property | 35865728 | 2 1 2010 | 2 1 2011 | Blanket Contents: $12,584,591<br>Deductible: $5,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
| --- | --- |
| **11079724**<br><br>United States Trustee<br>Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br><br>AUTHORIZED REPRESENTATIVE<br>*Charles M. McDaniel* |

**ACORD 25 (2009/01)**

© 1988-2009 ACORD CORPORATION. All rights reserved.

**The ACORD name and logo are registered marks of ACORD**

For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'LOCIN15'.

# CERTIFICATE OF LIABILITY INSURANCE

**ACORD**®

| | DATE (MM/DD/YYYY) |
|---|---|
| 2 1 2011 | 12 1 2010 |

| PRODUCER | |
|---|---|
| Lockton Companies, LLC-Denver<br>8110 E. Union Avenue<br>Suite 700<br>Denver CO 80237<br>(303) 414-6000 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| **INSURED**<br>1330522<br>Local Insight Media Holdings, Inc.<br>188 Inverness Drive West, Suite 800<br>Englewood, CO 80112 | INSURER A: Federal Insurance Company | 20281 |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES    LOCIN15    C-

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER AND THE CERTIFICATE HOLDER.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE [X] OCCUR | 74990831 | 2 1 2010 | 2 1 2011 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 1,000,000 |
| | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | PERSONAL & ADV INJURY | $ XXXXXXX |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [ ] PRO-JECT [ ] LOC [ ] | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| A | X | **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | 74990831 | 2 1 2010 | 2 1 2011 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | **GARAGE LIABILITY**<br>ANY AUTO | NOT APPLICABLE | | | AUTO ONLY - EA ACCIDENT | $ XXXXXXX |
| | | | | | | OTHER THAN     EA ACC | $ XXXXXXX |
| | | | | | | AUTO ONLY     AGG | $ XXXXXXX |
| | | **EXCESS / UMBRELLA LIABILITY**<br>OCCUR [ ] CLAIMS MADE<br>DEDUCTIBLE [ ] UMBRELLA FORM<br>RETENTION $ | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | AGGREGATE | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| | | | | | | | $ XXXXXXX |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [N]<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | 74990831 | 2 1 2010 | 2 1 2011 | X WC STATU-TORY LIMITS [ ] OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| | | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
Above coverage reflective of Exporter's Package

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **11082290**<br><br>United States Trustee<br>Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207, Lockbox #35<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>*Charles M. McDaniel* |

**ACORD 25 (2009/01)**

© 1988-2009 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

For questions regarding this certificate, contact the number listed in the 'Producer' section above and specify the client code 'LOCIN15'

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE: 11/30/2010**

| PRODUCER | |
|---|---|
| **Aon Financial Services Group, Inc.**<br>4100 E. Mississippi Avenue, Suite 1300<br>Denver, CO 80246<br>Tel: 303-639-4161 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | U.S. Specialty Insurance Company (HCC) |
| COMPANY B | Illinois National Insurance Company (Chartis) |
| COMPANY C | U.S. Specialty Insurance Company (HCC) |
| COMPANY D | |

**INSURED**

Local Insight Media Holdings, Inc.

188 Inverness Drive West, Suite 800

Englewood, CO 80112

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICTED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN. THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS

| CO LT | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMIT | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | |
| | COMMERCIAL GENERAL LIABILITY | | | | GENERAL AGGREGATE | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | PRODUCTS-COMP/OP AGG | $ |
| | OWNER'S & CONTRACTOR'S PROT | | | | PERSONAL & ADV INJURY | $ |
| | | | | | EACH OCCURRENCE | $ |
| | | | | | FIRE DAMAGE (Any one person) | $ |
| | | | | | MED EXPERIENCE (Any one person) | $ |
| | **AUTOMOBILE LIABILITY** | | | | | |
| | ANY AUTO | | | | COMBINED SINGLE LIMIT | $ |
| | ALL OWNED AUTOS | | | | BODILY INJURY (PER PERSON) | $ |
| | SCHEDULED AUTOS | | | | BODILY INJURY (PER ACCIDENT) | $ |
| | HIRED AUTOS | | | | PROPERTY DAMAGE | $ |
| | NON-OWNED AUTOS | | | | | |
| | **GARAGE LIABILITY** | | | | AUTO ONLY-EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | UMBRELLA FORM | | | | AGGREGATE | $ |
| | OTHER THAN UMBRELLA FORM | | | | | |
| | **WORKERS COMPENSATION AND EMPLOYER'S LIABILITY** | | | | WC STATU-TORY LIMIT [ ] OTH | |
| | THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: ☐ INCL ☐ EXCL | | | | EL EACH ACCIDENT | $ |
| | | | | | EL DISEASE-POLICY LIMIT | $ |
| | | | | | EL DISEASE-EA EMPLOYEE | $ |
| | **OTHER** | | | | | |
| A | Directors & Officers Liability | 14-MGU-10-A22779 | 11/16/2010 | 11/16/2011 * | Each Occurrence = $15,000,000 USD<br>Aggregate = $15,000,000<br>Retention = $250,000 | |
| B | Excess Directors & Officers Liability | 01-330-97-23 | 11/16/2010 | 11/16/2011 * | $10,000,000xs$15,000,000 | |
| C | Blended Employment Practice, Employed Lawyers & Fiduciary Liabilities | 14-MGU-10-A22778 | 1/16/2010 | 11/16/2011 | EPL = $8,000,000 Limit, $100,000 Retention<br>ELP = $8,000,000 Limit, $100,000 Retention<br>F/L = $7,000,000 Limit, $5,000 Retention | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

\* Local Insight Media Holdings, Inc. has the ability to elect discovery and the policy will expire 6 years from date of election.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **United States Trustee**<br>Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL <u>N/A</u> DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.<br>*D&O (A&B) - Policies are fully earned and non-cancelable.*<br>AUTHORIZED REPRESENTATIVE |

**ACORD 25-S (1/95)**

© ACORD CORPORATION 1988

| ACORD™ | **CERTIFICATE OF LIABILITY INSURANCE** | | **DATE: 11/30/2010** |
|---|---|---|---|

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| **Aon Financial Services Group, Inc.**<br>4100 E. Mississippi Avenue, Suite 1300<br>Denver, CO 80246<br>Tel: 303-639-4161 | |
| | **COMPANIES AFFORDING COVERAGE** |
| | COMPANY A    U.S. Specialty Insurance Company (HCC) |
| **INSURED** | COMPANY B |
| **Local Insight Media Holdings, Inc.**<br>188 Inverness Drive West, Suite 800<br>Englewood, CO 80112 | COMPANY C |
| | COMPANY D |
| | COMPANY E |

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICTED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN. THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS

| CO LT | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMIT | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | |
| | COMMERCIAL GENERAL LIABILITY | | | | GENERAL AGGREGATE | $ |
| | ☐ CLAIMS MADE  ☐ OCCUR | | | | PRODUCTS-COMP/OP AGG | $ |
| | OWNER'S & CONTRACTOR'S PROT | | | | PERSONAL & ADV INJURY | $ |
| | | | | | EACH OCCURRENCE | $ |
| | | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | | MED EXPERIENCE (Any one person) | $ |
| | **AUTOMOBILE LIABILITY** | | | | | |
| | ANY AUTO | | | | COMBINED SINGLE LIMIT | $ |
| | ALL OWNED AUTOS | | | | BODILY INJURY (PER PERSON) | $ |
| | SCHEDULED AUTOS | | | | BODILY INJURY (PER ACCIDENT) | $ |
| | HIRED AUTOS | | | | PROPERTY DAMAGE | $ |
| | NON-OWNED AUTOS | | | | | |
| | **GARAGE LIABILITY** | | | | AUTO ONLY-EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | UMBRELLA FORM | | | | AGGREGATE | $ |
| | OTHER THAN UMBRELLA FORM | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYER'S LIABILITY** | | | | WC STATU-TORY LIMIT [ ]  OTH | |
| | THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE:  ☐ INCL  ☐ EXCL | | | | EL EACH ACCIDENT | $ |
| | | | | | EL DISEASE-POLICY LIMIT | $ |
| | | | | | EL DISEASE-EA EMPLOYEE | $ |
| A | **OTHER**<br>Crime Insurance | 14-MG-09-A9980 | 11/30/2009 | 11/30/2010 | Limit = $3,000,000 USD<br>Retention = $50,000 | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **United States Trustee**<br>Attn: Richard L. Schepacarter<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL  N/A  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE |

**ACORD 25-S (1/95)**                                                © ACORD CORPORATION 1988

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE: 11/30/2010**

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

**PRODUCER**
Aon Financial Services Group, Inc.
4100 E. Mississippi Avenue, Suite 1300
Denver, CO 80246
Tel: 303-639-4161

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | U.S. Specialty Insurance Company (HCC) |
| COMPANY B | |
| COMPANY C | |
| COMPANY D | |
| COMPANY E | |

**INSURED**

Local Insight Media Holdings, Inc.
188 Inverness Drive West, Suite 800
Englewood, CO 80112

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICTED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN. THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES, LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS

| CO LT | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMIT | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | |
| | COMMERCIAL GENERAL LIABILITY | | | | GENERAL AGGREGATE | $ |
| | CLAIMS MADE ☐ OCCUR | | | | PRODUCTS-COMP/OP AGG | $ |
| | OWNER'S & CONTRACTOR'S PROT | | | | PERSONAL & ADV INJURY | $ |
| | | | | | EACH OCCURRENCE | $ |
| | | | | | FIRE DAMAGE (Any one person) | $ |
| | | | | | MED EXPERIENCE (Any one person) | $ |
| | **AUTOMOBILE LIABILITY** | | | | | |
| | ANY AUTO | | | | COMBINED SINGLE LIMIT | $ |
| | ALL OWNED AUTOS | | | | BODILY INJURY (PER PERSON) | $ |
| | SCHEDULED AUTOS | | | | BODILY INJURY (PER ACCIDENT) | $ |
| | HIRED AUTOS | | | | PROPERTY DAMAGE | $ |
| | NON-OWNED AUTOS | | | | | |
| | **GARAGE LIABILITY** | | | | AUTO ONLY-EA ACCIDENT | $ |
| | ANY AUTO | | | | OTHER THAN AUTO ONLY | |
| | | | | | EACH ACCIDENT | $ |
| | | | | | AGGREGATE | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | UMBRELLA FORM | | | | AGGREGATE | $ |
| | OTHER THAN UMBRELLA FORM | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYER'S LIABILITY** | | | | WC STATU-TORY LIMIT [ ] OTH | |
| | THE PROPRIETOR/ PARTNERS/EXECUTIVE OFFICERS ARE: ☐ INCL ☐ EXCL | | | | EL EACH ACCIDENT | $ |
| | | | | | EL DISEASE-POLICY LIMIT | $ |
| | | | | | EL DISEASE-EA EMPLOYEE | $ |
| A | **OTHER** Crime Insurance | TBD | 11/30/2010 | 11/30/2011 | Limit = $3,000,000 USD Retention = $50,000 | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/SPECIAL ITEMS**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| **United States Trustee** Attn: Richard L. Schepacarter 844 King Street, Suite 2207 Lockbox #35 Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL _N/A_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | **AUTHORIZED REPRESENTATIVE** |

**ACORD 25-S (1/95)** © ACORD CORPORATION 1988

**In re: LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.**                    **Case No. 10-13677 (KG)**

Debtors                                                                 Jointly Administered

**Evidence of Debtor in Possession Bank Accounts**

On October 19, 2010, the United States Bankruptcy Court for the District of Delaware entered that certain *Order Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue to Invest in the Investment Account and (D) Maintain Existing Business Forms* (the "<u>Cash Management Order</u>") [Docket No. 49].  A copy of the Cash Management Order is attached hereto.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1]

Debtors.

)
) Chapter 11
)
) Case No. 10-13677(KG)
)
) Joint Administration Requested
) Re: Docket No. 4

## ORDER AUTHORIZING THE DEBTORS TO (A) CONTINUE TO OPERATE THE CASH MANAGEMENT SYSTEM, (B) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED THERETO, (C) CONTINUE TO INVEST IN THE INVESTMENT ACCOUNT AND (D) MAINTAIN EXISTING BUSINESS FORMS

Upon the motion, dated November 17, 2010 (the "Motion"), of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for entry of an order (the "Order") authorizing the Debtors to: (a) continue operating the Cash Management System;[2] (b) honor certain prepetition obligations related thereto; (c) continue to invest excess funds in the Investment Accounts; and (d) maintain existing business forms; and upon the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and

---

[1]  The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.



1013677101119000000000009

other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      The Debtors are authorized, in their sole discretion, to: (a) continue operating the Cash Management System, as identified on **Exhibit 1** attached hereto; (b) honor certain prepetition obligations related thereto; (c) continue to invest funds in the Investment Account notwithstanding section 345(b) of the Bankruptcy Code; and (d) maintain existing business forms.

3.      The Debtors are further authorized, in their sole discretion, to: (a) continue to use, with the same account numbers, all of the bank accounts in existence as of the Petition Date, including those accounts identified on **Exhibit 2** attached hereto (the "Bank Accounts"); (b) use, in their present form, all correspondence and business forms (including letterhead, purchase orders and invoices), as well as checks and other documents related to the Bank Accounts existing immediately before the Petition Date, without reference to the Debtors' status as debtors in possession; (c) treat the Bank Accounts for all purposes as accounts of the Debtors as debtor in possession bank accounts; (d) deposit funds in and withdraw funds from the Bank Accounts by all usual means, including checks, wire transfers and other debits; and (e) pay any ordinary course bank fees (the "Bank Fees") incurred in connection with the Bank Accounts, including

2

prepetition Bank Fees not to exceed $6,000 without further order of the Court, and to otherwise perform its obligations under the documents governing the Bank Accounts; provided, however, that upon depletion of the Debtors' correspondence and business forms, the Debtors shall obtain new business forms reflecting their status as debtors in possession; and, provided, further, however, after depletion of the Debtors' current stock of checks, the Debtors will generate new checks reflecting their status as "debtors in possession."

4.      Except as otherwise expressly provided in this Order, all banks at which the Bank Accounts are maintained (collectively, the "Banks") are authorized to continue to maintain, service and administer the Bank Accounts as accounts of the Debtors as debtors in possession, without interruption and in the ordinary course, and to receive, process, honor and pay any and all checks, drafts, wires and automated clearing house transfers issued and drawn on the Bank Accounts after the Petition Date by the holders or makers thereof, as the case may be.

5.      Except as otherwise provided in this Order or in a separate order of this Court, all Banks provided with notice of this Order maintaining any of the Bank Accounts shall not honor or pay any bank payments drawn on the listed Bank Accounts or otherwise issued before the Petition Date for which the Debtors specifically issue stop payment orders in accordance with the documents governing such Bank Accounts.

6.      The Debtors shall maintain detailed records in the ordinary course of business reflecting transfers of cash, if any, including intercompany transactions, so as to permit all such transactions to be readily ascertained.

7.      Those certain existing account control agreements between the Debtors and the Banks shall continue to govern the postpetition cash management relationship between the

3

Debtors and the Banks, and all of the provisions of such agreements, including the termination and fee provisions, shall remain in full force and effect.

8.    In the course of providing cash management services to the Debtors, each of the Banks is authorized, without further order of this Court, to deduct the Bank Fees from the appropriate accounts of the Debtors, and further, to charge back to the appropriate accounts of the Debtors any amounts resulting from returned checks or other returned items, including returned items that result from automated clearing house transactions, wire transfers or other electronic transfers of any kind, regardless of whether such items were deposited or transferred prepetition or postpetition and regardless of whether the returned items relate to prepetition or postpetition items or transfers.

9.    The Debtors shall at all times maintain sufficient balances in accounts at each of the Banks so as to secure their obligations to the Banks for cash management and related services to the Debtors, and no liens on any Bank account granted to any creditor shall take priority over the Bank Fees of the Bank where the account is located.

10.    Notwithstanding any other provision of this Order, any Bank may rely upon the representations of the Debtors with respect to whether any check, draft, wire or other transfer drawn or issues by the Debtors prior to the Petition Date should be honored pursuant to any order of this Court, and no Bank that honors a prepetition check or other item drawn on any account that is the subject of this Order (a) at the direction of the Debtors or (b) in a good-faith belief that the Court has authorized such prepetition check or item to be honored shall be deemed to be nor shall be liable to the Debtors or their estates or otherwise in violation of this Order.

11.    For Banks that are party to a Uniform Depository agreement with the Office of the United States Trustee for the District of Delaware, that the Debtors are directed to contact the

4

Banks, within fifteen days from the date of entry of this Order, to internally code each of the Debtors' Bank Accounts as "Debtor-In-Possession" accounts to ensure compliance with section 345 of the Bankruptcy Code, and the Debtors are also directed to provide any such correspondence and any response thereto to the U.S. Trustee.

12.     For Banks that are not party to a Uniform Depository agreement with the Office of the United States Trustee for the District of Delaware, the Debtors shall use their good-faith efforts to cause the Bank to execute a Uniform Depository agreement in a form prescribed by the Office of the United States Trustee within forty-five days of the date of entry of this Order

13.     The Debtors' time to comply with section 345(b) of the Bankruptcy Code is hereby waived for a period of forty-five days from the Petition Date; provided, however, that such waiver is without prejudice to the Debtors' right to request a further extension or waiver of the requirements of section 345(b) in these chapter 11 cases.

14.     As soon as practicable after the entry of this Order, the Debtors shall serve a copy of this Order on those Banks that make disbursements pursuant to the Debtors' Cash Management System.

15.     Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained in this Order shall constitute, nor its intended to constitute, an admission as to the validity or priority of any claim against the Debtors..

16.     The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion.

17.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

18.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

19.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Dated: November 19, 2010
       Wilmington, Delaware

Honorable Kevin Gross
United States Bankruptcy Judge

## EXHIBIT 1

**Cash Management System**



**Berry Bank Accounts**

Berry Co LLC
Lockbox
870000163
(Key Bank)

Berry Co LLC
EPay
103690285095
(US Bank)

Berry Co LLC
Lockbox
103690161775
(US Bank)

Berry Co LLC Concentration
103690134376
(US Bank)

Berry Co LLC
MetLife (Dental)
047-5-074238
(JP Morgan)

Berry Co LLC
UHC (Medical)
047-5-071042
(JP Morgan)

Berry Co LLC
INV Sweep
294342574406
(US Bank)

Berry Co LLC
Accounts Payable
130109176110
(US Bank)

Berry Co LLC
Payroll
103690134384
(US Bank)

Berry Co LLC
Direct Debit
103690227543
(US Bank)

**LIYP Bank Accounts**

LIYP INV Sweep
294342574398
(US Bank)

LIYP Legacy Windstream
Lockbox
359681022240
(Key Bank)

LIYP Concentration
103690158144
(US Bank)

LIYP EPay
103690285103
(US Bank)

LIYP
Lockbox
103690132750
(US Bank)

LIYP
Accounts Payable
130109175971
(US Bank)

Local Insight Listing
Management Payroll
103690132743
(US Bank)

# EXHIBIT 2

## List of Bank Accounts

| Bank | Account Name | Legal Entity | Account Number | Address |
|---|---|---|---|---|
| JP Morgan Chase | The Berry Company LLC MetLife Dental | The Berry Company LLC | 4238 | 4 New York Plaza, New York, NY 10004 |
| JP Morgan Chase | The Berry Company LLC United Medical | The Berry Company LLC | 1042 | 4 New York Plaza, New York, NY 10004 |
| Key Bank | The Berry Company LLC | The Berry Company LLC | 0163 | 127 Public Square, 7th Floor, Cleveland OH 44114 Mail Code: OH-01-27-0725 |
| Key Bank | Local Insight Yellow Pages Inc | The Berry Company LLC | 2240 | 127 Public Square, 7th Floor, Cleveland OH 44114 Mail Code: OH-01-27-0725 |
| US Bank | Local Insight Listing Management | Local Insight Listing Management, Inc | 2743 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | Local Insight Yellow Pages | The Berry Company LLC | 5971 | 5065 Wooster Pk., Cincinnati, OH 45226 |
| US Bank | The Berry Company LLC | The Berry Company LLC | 6110 | 5065 Wooster Pk., Cincinnati, OH 45226 |
| US Bank | Local Insight Yellow Pages | The Berry Company LLC | 2750 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | The Berry Company LLC | The Berry Company LLC | 1775 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | LIYP ePay Account | The Berry Company LLC | 5103 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | The Berry Company ePay Account | The Berry Company LLC | 5095 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | Local Insight Yellow Pages | The Berry Company LLC | 8144 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |

| Bank | Account Name | Legal Entity | Account Number | Address |
|---|---|---|---|---|
| US Bank | The Berry Company LLC | The Berry Company LLC | 4376 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | The Berry Company LLC | The Berry Company LLC | 7543 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | The Berry Company LLC | The Berry Company LLC | 4384 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | Local Insight Yellow Pages | The Berry Company LLC | 4398 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |
| US Bank | The Berry Company LLC | The Berry Company LLC | 4406 | 950 17th Street, 8th Floor, Denver, CO 80202 Mail Code: DN-CO-T8CB |

In re: **LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.**

Debtors

Case No. **10-13677 (KG)**

Jointly Administered

Reporting Period: <u>as of 11/17/2010</u>

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer)

| Payee | Date | Amount | Amount Applied to Date[1] | Balance |
|---|---|---|---|---|
| Kirkland & Ellis LLP[2] | 11/17/2010 | 550,000.00 | 246,241.56 | 303,758.44 |
| Alvarez & Marsal Private Equity Performance Improvement Group, LLC | 10/26/2010 | 303,965.00 | tbd | tbd |
| Alvarez & Marsal North America, LLC | 11/3/2010 | 400,000.00 | 270,603.00 | 129,397.00 |
| Lazard Frères & Co. LLC | 11/10/2010 | 30,000.00[3] | tbd | tbd |
| Kurtzman Carson Consultants LLC | 11/17/2010 | 100,000.00 | 0.00 | 100,000.00 |
| Pachulski Stang Ziehl & Jones LLP | 11/16/2010 | 118,000.00 | tbd | tbd |
| Simpson Thacher & Bartlett LLP | 10/4/2010 | 150,000.00 | 0.00 | 150,000.00 |
| FTI Consulting, Inc. | 9/22/2010 | 115,000.00 | 0.00 | 115,000.00 |
| Milbank, Tweed, Hadley & McCloy LLP | 1/11/2010 | 175,000.00 | tbd | tbd |
| Ropes & Grey LLP | 10/18/2010 | 50,000.00 | tbd | tbd |

**Notes**

1) The following amounts represent retainer payments to the best of the Debtors' knowledge for which retainer balances
may exist as of the Petition Date.

2) The Debtors remitted an initial retainer payment on September 30, 2010. The Debtors periodically refreshed and increased this retainer.

3) This amount represents an expense retainer.