IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | Case No. 10-13677 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON DECEMBER 13, 2010 AT 1:00 P.M. BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

**UNCONTESTED MATTERS:**

1. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition (A) Wages, Salaries and Other Compensation, (B) Reimbursable Employee Expenses and (C) Employee Medical and Similar Benefits (Filed 11/18/10) [Docket No. 5].

   Related Document(s):

   A. Interim Order Authorizing the Debtors to Pay Certain Prepetition (A) Wages, Salaries and Other Compensation, (B) Reimbursable Employee Expenses and (C) Employee Medical and Similar Benefits (Entered 11/19/10) [Docket No. 50].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

2 Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

B.  Notice of (I) First Day Motion and Interim Order Regarding Motion of Local Insight Media Holdings, Inc., et al., for the Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition (A) Wages, Salaries and other Compensation, (B) Reimbursable Employee Expenses and (C) Employee Medical and Similar Benefits and (II) Final Hearing (Filed 11/19/10) [Docket No. 66].

C.  [Proposed] Final Order Authorizing the Debtors to Pay Certain Prepetition (A) Wages, Salaries and Other Compensation, (B) Reimbursable Employee Expenses and (C) Employee Medical and Similar Benefits.

Objection Deadline: December 6, 2010, at 4:00 p.m. Extended to December 9, 2010, at 4:00 p.m., with respect to the Official Committee of Unsecured Creditors.

Response(s): None as of the filing of this agenda.

Status: If no objection is received from the Committee, a Certification of No Objection will be filed and submitted to chambers together with the proposed form of order. In the event an objection is filed, this matter is going forward.

2.  Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services (Filed 11/18/10) [Docket No. 8].

    Related Document(s):

    A.  Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Setting a Final Hearing (Entered 11/19/10) [Docket No. 53].

    B.  Notice of (I) First Day Motion and Interim Order Regarding Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services and (II) Final Hearing (Filed 11/19/10) [Docket No. 68].

    C.  [Proposed] Final Order Determining Adequate Assurance of Payment for Future Utility Services.

    Objection Deadline: December 6, 2010, at 4:00 p.m. Extended to December 9, 2010, at 4:00 p.m., with respect to the Official Committee of Unsecured Creditors.

    Response(s): None as of the filing of this agenda.

    Status: If no objection is received from the Committee, a Certification of No Objection will be filed and submitted to chambers together with the proposed form of order. In the event an objection is filed, this matter is going forward.

3. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Authorizing the Debtors to Remit Certain Prepetition Taxes (Filed 11/18/10) [Docket No. 9].

   Related Document(s):

   A. Interim Order Authorizing the Debtors to Remit Certain Prepetition Taxes (Entered 11/19/10) [Docket No. 54].

   B. Notice of (A) First Day Motion and Interim Order Regarding Motion of Local Insight Media Holdings, Inc. et al., for the Entry of Interim and Final Orders Authorizing the Debtors to Remit Certain Prepetition Taxes and (B) Final Hearing (Filed 11/19/10) [Docket No. 65].

   C. [Proposed] Final Order Authorizing the Debtors to Remit Certain Prepetition Taxes.

   Objection Deadline: December 6, 2010, at 4:00 p.m. Extended to December 9, 2010, at 4:00 p.m., with respect to the Official Committee of Unsecured Creditors.

   Response(s): None as of the filing of this agenda.

   Status: If no objection is received from the Committee, a Certification of No Objection will be filed and submitted to chambers together with the proposed form of order. In the event an objection is filed, this matter is going forward.

**CONTESTED MATTER:**

4. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing (Filed 11/18/10) [Docket No. 11].

   Related Document(s):

   A. Notice of Filing of Modified Credit and Guarantee Agreement (Filed 11/19/10) [Docket No. 42].

   B. Notice of Filing of Proposed Interim DIP Budget (Filed 11/19/10) [Docket No. 43].

C.  Interim Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing (Entered 11/19/10) [Docket No. 57].

D.  Notice of (I) First Day Motion and Interim Order Regarding Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on a Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing and (II) Final Hearing (Filed 11/19/10) [Docket No. 59].

Objection Deadline:   December 6, 2010, at 4:00 p.m. Extended to December 9, 2010, at 4:00 p.m., with respect to the Official Committee of Unsecured Creditors.

Response(s):

A. Limited Objection of U.S. Bank, National Association to Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing (Filed 12/8/10) [Docket No. 100].

*[Remainder of page intentionally left blank]*

Status: This matter will be going forward.

Dated: December 9, 2010
Wilmington, Delaware

/s/ Michael R. Seidl
Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

Proposed Attorneys for the
Debtors and Debtors in Possession