IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13677 (KG)<br><br>Jointly Administered<br><br>**Related to Docket No. 148** |

**NOTICE OF WITHDRAWAL OF CERTIFICATION OF COUNSEL REGARDING APPLICATION OF LOCAL INSIGHT MEDIA HOLDINGS, INC., ET AL. FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY AND RETAIN LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER *NUNC PRO TUNC* TO THE PETITION DATE**

**PLEASE TAKE NOTICE** that the undersigned, counsel to Debtors the in the above-captioned chapter 11 cases, hereby withdraws the *Certification of Counsel Regarding Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Lazard Frères & Co. LLC as Investment Banker Nunc Pro Tunc to the Petition Date* [Docket No. 148], filed on December 16, 2010.

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

Dated: December 17, 2010
Wilmington, Delaware

/s/ Michael R. Seidl

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Proposed Attorneys for the
Debtors and Debtors in Possession