IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) Case No. 10-13677 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

Objection Deadline: January 18, 2011, at 4:00 p.m. (prevailing Eastern time)
Hearing Date: January 25, 2011, at 1:30 p.m. (prevailing Eastern time)

## MOTION OF LOCAL INSIGHT MEDIA HOLDINGS, INC., *ET AL.*, FOR ENTRY OF AN ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Local Insight Media Holdings, Inc. and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, "Local Insight" or the "Debtors") hereby move the Court for the entry of an order, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the time to file their schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements") for a period of 30 days, through and including January 17, 2011 (the "Motion"). In support of this Motion, the Debtors respectfully represent as follows:

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

DOCS_DE:166302.3

## Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 1007(c).

## Relief Requested

3. By this Motion, pursuant to Bankruptcy Rule 1007(c) and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Debtors seek an additional thirty days, through and including January 17, 2011, within which to file their Schedules and Statements.

## Background

4. On November 17, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The chapter 11 cases (the "Chapter 11 Cases") are being jointly administered pursuant to Bankruptcy Rule 1015(b). On December 1, 2010, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee").

5. The Debtors, along with their non-Debtor affiliates and subsidiaries (collectively, the "Company"), are the fifth-largest Yellow Pages directory publisher in the

United States and serve as a leading provider of local search advertising products and services. The Debtors' headquarters are located in Englewood, Colorado. The Debtors currently employ approximately 729 employees throughout the United States.

6. The Company operates three different business units, each of which is owned, indirectly, by Debtor Local Insight Media Holdings, Inc. The "Regatta" business unit, which consists entirely of Debtor entities, sells advertising and coordinates publication and distribution of approximately 870 different print directories and approximately 30 Internet Yellow Pages directories. The Debtors' second business unit includes several Debtor holding companies that own, directly or indirectly, non-Debtor Local Insight Media, Inc. ("LIMI"), which employs most of the Company's senior management and provides management services to Regatta under an intercompany management agreement. LIMI is also the indirect parent company of several non-Debtor entities that own directory publishing rights in Alaska, Cincinnati, and Hawaii; these entities outsource the sale of advertising, production, and distribution of their directories to Regatta. The Debtors' third business unit, "Caribe," is composed entirely of non-Debtor entities that own publication rights for certain print and internet directories in the Dominican Republic and Puerto Rico and provide essential back-office support and services to Regatta.

7. The Debtors have been working diligently to prepare their Schedules and Statements; however, they have been unable to complete and finalize their Schedules and Statements because of (a) the complexity of their financial affairs; (b) the significant staffing burden associated with simultaneously completing the Schedules and Statements while continuing to operate the Debtors' businesses; and (c) the pace at which the Debtors' time-

sensitive bankruptcy efforts, including debtor in possession financing issues, have proceeded, which have pulled the Debtors' resources away from, among other things, completing the Schedules and Statements. Given these factors, it is not possible for the Debtors to assemble, prior to the current deadline of December 17, 2010, all of the information necessary to complete and file their respective Schedules and Statements. The Debtors therefore request the extension of an additional 30 days through and including January 17, 2011, to complete the Schedules and Statements.

## Supporting Authority

8. Del. Bankr. LR 1007-1(b) provides:

> In a voluntary chapter 11 case, if the bankruptcy petition is accompanied by a list of all the debtor's creditors and their addresses, in accordance with Local Rule 1007-2, and if the total number of creditors in the debtor's case . . . exceeds 200, the time within which the debtor shall file its Schedules and Statement of Financial Affairs required under the Fed. R. Bankr. P. shall be extended to thirty (30) days from the petition date. Any further extension shall be granted, for cause, only upon filing of a motion by the debtor on notice in accordance with these Local Rules.

Rule 1007(c) of the Bankruptcy Rules also provides that an extension of time to file the Schedules and Statements "may be granted only on motion for cause shown and on notice . . . ."

9. As previously described, the complications involved in obtaining the information necessary to complete the Schedules and Statements, the burdens placed upon available staff to complete the Schedules and Statements during the Chapter 11 Cases, and the volume of material that must be compiled and reviewed in order to accurately complete the Schedules and Statements for the 18 Debtors provides more than ample "cause" for granting the extension requested herein.

10. The Court has granted similar relief to that requested herein in a number of cases before this District. *See, e.g., In re Delta Financial Corporation*, Case No. 07-11880 (CSS) (granting debtors an additional 60 days, for a total of 90 days from the petition date, to file their schedules); *In re Mervyn's Holdings, LLC, et al.*, Case No. 08-11586 (KG) (granting debtors an additional 60 days, for a total of 90 days from the petition date, to file their schedules). Accordingly, the Debtors' request for a thirty day extension of time to file their respective Schedules and Statements is appropriate and warranted under the circumstances.

## Notice

11. The Debtors have provided notice of this Motion to: (a) the U.S. Trustee; (b) counsel to the Committee; (c) counsel to the administrative agent for Local Insight Regatta Holdings, Inc.'s prepetition and postpetition senior credit facilities; (d) the indenture trustee for Local Insight Regatta Holdings, Inc.'s 11% Senior Subordinated Notes due 2017; (e) counsel to Welsh, Carson, Anderson & Stowe; (f) the Office of the Attorney General for the State of Delaware; (g) the Internal Revenue Service; (h) the Securities and Exchange Commission; and (i) those parties who have requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is necessary.

## No Prior Request

12. No prior request for the relief sought in this Motion has been made to this Court or any other court.

## Conclusion

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto: (a) extending the time within which the Debtors must file their respective Schedules and Statements by 30 days, through and including January 17, 2011; and (b) granting such other and further relief as the Court deems just and proper.

Dated: December 17, 2010
Wilmington, Delaware

/s/ *signature*

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Proposed Attorneys for the
Debtors and Debtors in Possession