IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 150 and 158** |

**SECOND AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON DECEMBER 20, 2010 AT 11:00 A.M.* BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[3]

*Please note that the hearing start time has
been changed from 2:30 p.m. to 11:00 a.m.

UNCONTESTED MATTERS WITH
CERTIFICATIONS OF NO OBJECTION:

1.   Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Filed 12/3/10) [Docket No. 83].

   Related Document(s):

   A.   Notice of Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Entered 12/3/10) [Docket No. 83].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

**2 Amended information is noted in bold.**

3 Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

B.  [Proposed] Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members.

C.  Certification of No Objection Regarding Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Entered 12/15/10) [Docket No. 142].

**D. Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Entered 12/17/10) [Docket No. 159].**

Objection Deadline: December 13, 2010, at 4:00 p.m.

Response(s): None.

**Status: The order with respect to this matter has been entered.**

2.  Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedures, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 84].

    Related Document(s):

    A.  Notice of Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedures, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 84].

    B.  [Proposed] Order Under Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedures, and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date.

    C.  Certification of No Objection Regarding Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedures, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date (Filed 12/15/10) [Docket No. 143].

    **D. Order Under Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-**

        **Counsel for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date (Entered 12/17/10) [Docket No. 160].**

    Objection Deadline:   December 13, 2010, at 4:00 p.m.

    Response(s):   None.

    **Status: The order with respect to this matter has been entered.**

3.   Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 89].

    Related Document(s):

    A.   Notice of Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 89].

    B.   [Proposed] Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date.

    C.   Certification of No Objection Regarding Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 89] (Filed 12/15/10) [Docket No. 146].

    D.   Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as **Attorneys for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date (Entered 12/17/10) [Docket No. 163].**

    Objection Deadline:   December 13, 2010, at 4:00 p.m.

    Response(s):   None.

    **Status: The order with respect to this matter has been entered.**

UNCONTESTED MATTERS WITH
CERTIFICATIONS OF COUNSEL:

4.   Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 86].

    Related Document(s):

A.  Notice Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 86].

B.  Supplemental Declaration of George A. Davis in Support of Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 21/14/10) [Docket No. 126].

C.  [Proposed] Order Authorizing the Retention and Employment of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date.

D.  Certification of Counsel Regarding Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/15/10) [Docket No. 144].

E.  **Order Authorizing the Retention and Employment of Cadwalader Wickersham & Taft LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date (Entered 12/17/10) [Docket No. 161].**

Objection Deadline: December 13, 2010, at 4:00 p.m. Extended to December 15, 2010, at 4:00 p.m., with respect to the Office of the United State Trustee.

Response(s): None.

**Status: The order with respect to this matter has been entered.**

5.  Application of Local Insight Media Holdings, Inc., et al. to Retain Alvarez & Marsal North America, LLC to Provide the Debtors (A) An Interim Chief Financial Officer, a Chief Restructuring Officer, and Certain Additional Personnel and (B) To Designate Richard C. Jenkins as Interim Chief Financial Officer, and Scott Brubaker as Chief Restructuring Officer, for the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 87].

Related Document(s):

A.  Order Shortening the Time for Notice and Approving an Expedited Hearing on the A&M Retention Application (Entered 12/6/10) [Docket No. 92].

B.  Notice Application of Local Insight Media Holdings, Inc., et al. to Retain Alvarez & Marsal North America, LLC to Provide the Debtors (A) An Interim Chief Financial Officer, a Chief Restructuring Officer, and Certain Additional Personnel and (B) To Designate Richard C. Jenkins as Interim Chief Financial Officer, and

Scott Brubaker as Chief Restructuring Officer, for the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/6/10) [Docket No. 96].

C. First Supplemental Declaration of Richard C. Jenkins in Support of the Application of Local Insight Media Holdings, Inc., et al. to Retain Alvarez & Marsal North America LLC to Provide the Debtors (A) An Interim Chief Financial Officer, A Chief Restructuring Officer, and Certain Additional Personnel and (B) To Designate Richard C. Jenkins as Interim Chief Financial Officer and Scott Brubaker as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/14/10) [Docket No. 132].

D. [Proposed] Order Authorizing the Retention of Alvarez & Marsal North America, LLC to Provide the Debtors (A) An Interim Chief Financial Officer, a Chief Restructuring Officer, and Certain Additional Personnel and (B) To Designate Richard C. Jenkins as Interim Chief Financial Officer, and Scott Brubaker as Chief Restructuring Officer, for the Debtors *Nunc Pro Tunc* to the Petition Date.

E. Certification of Counsel Regarding Application of Local Insight Media Holdings, Inc., et al. to Retain Alvarez & Marsal North America, LLC to Provide the Debtors (A) An Interim Chief Financial Officer, a Chief Restructuring Officer, and Certain Additional Personnel and (B) To Designate Richard C. Jenkins as Interim Chief Financial Officer, and Scott Brubaker as Chief Restructuring Officer, for the Debtors *Nunc Pro Tunc* to the Petition Date (Filed 12/15/10) [Docket No. 145].

F. **Order Authorizing the Retention of Alvarez & Marsal North America, LLC as to Provide the Debtors (A) An Interim Chief Financial Officer, a Chief Restructuring Officer, and Certain Additional Personnel and (B) to Designate Richard C. Jenkins as Interim Chief Financial Officer, and Scott Brubaker as Chief Restructuring Officer, for the Debtors *Nunc Pro Tunc* to the Petition Date (Entered 12/17/10) [Docket No. 162].**

Objection Deadline: December 13, 2010, at 4:00 p.m. Extended to December 15, 2010, at 4:00 p.m., with respect to the Office of the United State Trustee.

Response(s): None.

**Status: The order with respect to this matter has been entered.**

6. Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Lazard Frères & Co. LLC as Investment Banker *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 85].

Related Document(s):

A. Notice of Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Lazard Frères & Co. LLC as Investment Banker *Nunc Pro Tunc* to the Petition Date (Filed 12/3/10) [Docket No. 85].

B. [Proposed] Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Investment Banker to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date.

C. Certification of Counsel Regarding Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Lazard Frères & Co. LLC as Investment Banker *Nunc Pro Tunc* to the Petition Date (Filed 12/16/10) [Docket No. 148].

D. Notice of Withdrawal of Certification of Counsel Regarding Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Lazard Frères & Co. LLC as Investment Banker *Nunc Pro Tunc* to the Petition Date (Filed 12/17/10) [Docket No. 156].

Objection Deadline: December 13, 2010, at 4:00 p.m. Extended to December 15, 2010, at 4:00 p.m., with respect to the Office of the United State Trustee.

Response(s): None.

**Status: This matter is going forward. The Debtors believe that the revised order submitted under certification of counsel (and withdrawn) is now acceptable to all parties.**

CONTESTED MATTER:

7. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business (Filed 12/3/10) [Docket No. 82].

Related Document(s):

A. Notice of Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business (Filed 12/3/10) [Docket No. 82].

B. [Proposed] Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business.

C. Notice of Service of Amended List of Professionals to be Employed by the Debtors in the Ordinary Course of Business (Filed 12/16/10) [Docket No. 154].

D. Certification of Counsel Regarding Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business (Filed 12/16/10) [Docket No. 155].

Objection Deadline: December 13, 2010, at 4:00 p.m. Extended to December 15, 2010, at 4:00 p.m., with respect to the Office of the United State Trustee.

Response(s): None.

**Status: The Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.**

MATTERS GOING FORWARD:

8. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Approving the Amendment of A Certain Prepetition Intercompany Contract (Filed 12/14/10) [Docket No. 129].

   Related Document(s):

   A. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Shortening the Time for Notice and Approving an Expedited Hearing on the Motion for Approval of an Amendment to a Certain Prepetition Intercompany Contract (Filed 12/14/10) [Docket No. 130].

   B. Order Shortening the Time for Notice and Approving an Expedited Hearing on the Motion for Approval of an Amendment to a Certain Prepetition Intercompany Contract (Entered 12/16/10) [Docket No. 149].

   C. [Proposed] Order Approving the Amendment of a Certain Prepetition Intercompany Contract.

   D. Notice of Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Shortening the Time for Notice and Approving an Expedited Hearing on the Motion for Approval of an Amendment to a Certain Prepetition Intercompany Contract (Filed 12/16/10) [Docket No. 153].

   Objection Deadline: December 17, 2010, at 4:00 p.m.

   Response(s): None, as of the filing of this agenda.

   Status: This matter will be going forward.

9. Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing (Filed 11/18/10) [Docket No. 11].

   Related Document(s):

   A. Notice of Filing of Modified Credit and Guarantee Agreement (Filed 11/19/10) [Docket No. 42].

   B. Notice of Filing of Proposed Interim DIP Budget (Filed 11/19/10) [Docket No. 43].

   C. Interim Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing (Entered 11/19/10) [Docket No. 57].

   D. Notice of (I) First Day Motion and Interim Order Regarding Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on a Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing and (II) Final Hearing (Filed 11/19/10) [Docket No. 59].

   E. Notice of Filing of Proposed Final Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, and (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof (Filed 12/10/10) [Docket No. 118].

F.  Notice of Filing of Proposed Final Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, and (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof (Filed 12/20/10) [Docket No. 171].

Objection Deadline: December 6, 2010, at 4:00 p.m. Extended to December 9, 2010, at 4:00 p.m., with respect to the Official Committee of Unsecured Creditors.

Response(s):

A.  Limited Objection of U.S. Bank, National Association to Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing (Filed 12/8/10) [Docket No. 100].

B.  Limited Objection of Official Committee of Unsecured Creditors to Motion of Local Insight Media Holdings, Inc., et al. for the Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof, and (C) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing (Filed 12/8/10) [Docket No. 107].

C.  **[SEALED] Supplemental Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of Bankruptcy Code and Rules 2002, 4001 and 9014 of Federal Rules of Bankruptcy Procedure (A) Authorizing Certain Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying Automatic Stay, (B) Authorizing Certain Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for Use Thereof, and (C) Prescribing Form and Manner of Notice and Setting Time for Final Hearing (Filed 12/19/10) [Docket No 170].**

<u>Status</u>: This matter will be going forward.

10. **Motion of Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Fed. R. Bankr. P. 9018 and Del. L.R. 9018-1(b) to File Under Seal the Supplemental Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of Bankruptcy Code and Rules 2002, 4001 and 9014 of Federal Rules of Bankruptcy Procedure (A) Authorizing Certain Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying Automatic Stay, (B) Authorizing Certain Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for Use Thereof, and (C) Prescribing Form and Manner of Notice and Setting Time for Final Hearing (Filed 12/19/10) [Docket No. 170].**

    <u>Related Document(s)</u>:

    A. [SEALED] Supplemental Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of Bankruptcy Code and Rules 2002, 4001 and 9014 of Federal Rules of Bankruptcy Procedure (A) Authorizing Certain Debtors to Obtain Secured Postpetition Financing on Super-Priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying Automatic Stay, (B) Authorizing Certain Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for Use Thereof, and (C) Prescribing Form and Manner of Notice and Setting Time for Final Hearing (Filed 12/19/10) [Docket No 170].

    <u>Objection Deadline</u>: None.

    <u>Response(s)</u>: None.

    <u>Status</u>: This matter will be going forward.

Dated: December 20, 2010
Wilmington, Delaware

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -


Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Proposed Attorneys for the
Debtors and Debtors in Possession