# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Local Insight Media Holdings, Inc., et al. |
| **Case Number:** | 10-13677-KG    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 20, 2010 11:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

Omnibus, Retention Applications and matters cont'd from 12/17/10 hearing.

**R / M #:**   172 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - #3 - CNO Filed and Order Signed
#4 -#5 - Certification of Counsel - ORDER SIGNED
#6 - ORDER SIGNED
#7 - Certification of Counsel  - ORDER SIGNED
#8 -  ORDER SIGNED
#9 -  Resolved - Order to be submitted to Chambers
#10 -  ORDER SIGNED