# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: **LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.**[1]

Debtors

Case No. **10-13677 (KG)**

Jointly Administered

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATES OF LOCAL INSIGHT MEDIA HOLDINGS, INC., ET AL. HOLD A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of December 22, 2010, on the value, operations and profitability of those entities in which the estates hold a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estates of Local Insight Media Holdings, Inc., et al. hold a substantial or controlling direct or indirect interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # | Name of Entity | Interest of the Estate | Tab # |
|---|---|---|---|---|---|
| LIM, GP LLC | 100% | 1 | CBD Media Finance LLC | 100% | 15 |
| Local Insight Media LP | 100% | 2 | ACS Media Finance LLC | 100% | 16 |
| Local Insight Media, Inc. | 100% | 3 | HYP Media Finance LLC | 100% | 17 |
| CBD Investor, Inc. | 100% | 4 | CII Acquisition Holding Inc. | 100% | 18 |
| CBD Media Holdings LLC | 100% | 5 | Caribe Media, Inc. | 100% | 19 |
| CBD Holdings Finance Inc | 100% | 6 | Caribe Dominican I-VI, LLC | 100% | 20 |
| CBD Media LLC | 100% | 7 | Caribe Servicios de Informacion Dominicana SA | 100% | 21 |
| CBD Finance Inc. | 100% | 8 | Axesa Servicios Inc. | 60% | 22 |
| ACS Media Holdings LLC | 100% | 9 | Axesa S, en.C. | 60% | 23 |
| ACS Media LLC | 100% | 10 | Berry Dominicana Holdings LLC | 100% | 24 |
| HYP Media Holdings LLC | 100% | 11 | Berry Dominicana Holdings II LLC | 100% | 25 |
| HYP Media LLC | 100% | 12 | Berry Dominicana Holdings III LLC | 100% | 26 |
| Local Insight Media Finance Holdings LLC | 100% | 13 | Local Insight Media Dominicana SRL | 100% | 27 |
| Local Insight Media Finance LLC | 100% | 14 | | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report. Exhibit C contains a description of the entity's business operations.

The undersigned, having reviewed the above listing of entities in which the estates of Local Insight Media Holdings, Inc., et al. hold a substantial or controlling interest, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: December 22, 2010

Richard C. Jenkins
Interim Chief Financial Officer

Note

[1] The Debtors, together with the last four digits of each of the Debtor's federal tax identification number (if applicable), are: Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Local Insight Regatta Holdings, Inc. (6735); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; Regatta Holding III, L.P.; Regatta Investor Holdings, Inc. (8137); and Regatta Investor Holdings II, Inc. (8183). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). All information contained herein is unaudited and subject to future adjustment. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein.

## General Notes to the Periodic Report

**Basis of Financial Statement Presentation** - The financial statements and supplemental information contained herein are unaudited, preliminary and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. The financial statements and supplemental information herein have been derived from the Debtors' books and records. The financial statements provided for each non-Debtor entity only reflect the activity that directly occurred within that legal non-Debtor entity. No consolidation of subsidiaries was incorporated into the presentation of the financial activity at the individual non-Debtor entities. Therefore, the presentation of the attached financial statements may, in certain instances, appear different than in consolidated financial statements.

This information has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors believe that the financial information could be subject to changes and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of non-Debtor entities' future operations, financial position and cash flows.

The information contained herein is provided to fulfill the requirements of the Office of the U.S. Trustee, including balance sheets, income and cash flow statements and statements of changes in equity for each of the Non-Debtors that are directly or indirectly majority-owned or otherwise controlled by the Debtors. This Form 26 Report excludes non-Debtor entities that are not controlled by the Debtors.

**Intercompany Transactions** - Intercompany transactions between the Debtors and non-Debtors and/or among the non-Debtors and related period ending balances have not been eliminated in the financial statements contained herein. No conclusion as to the legal obligation, or the related asset valuation associated with these intercompany transactions and balances, are made by the presentation herein.

**Valuation Information** - The valuation information provided herein is based on the book value of the non-Debtors (book value of assets less book value of liabilities). The Debtors do not maintain fair market value or other basis of valuation for these entities.

**Tab 1**
**LIM, GP LLC**

**Exhibit A**
**Valuation Estimate for LIM, GP LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| | |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | 0 |
| | |
| Value | 0 |
| | |
| Interest of the Estate | 100% |
| | |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for LIM, GP LLC**

**Exhibit B-1**
**Balance Sheet for LIM, GP LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

Note:
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for LIM, GP LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
|   Cost of revenue (exclusive of certain amortization included below) | - | - |
|   Selling, general and administrative expenses | - | - |
|   Depreciation and amortization expense | - | - |
| Total operating expenses | - | - |
| Operating income (loss) | - | - |
| Other (income) expenses: | | |
|   Interest income | | |
|   Interest expense | - | - |
|   Other (income) expense, net | - | - |
| Income (loss) before income taxes | - | - |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | | - |
| Net income (loss) | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for LIM, GP LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | - | $ | - |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Deferred income taxes | | - | | - |
| Provision for doubtful accounts | | - | | - |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | - | | - |
| Restricted cash | | - | | - |
| Due to/from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Prepaid expenses and other assets | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Accrued interest payable | | - | | - |
| Unearned revenue | | - | | - |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | - | | - |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | | | |
| Net cash provided by (used in) investing activities | | - | | - |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | - | | - |
| Other | | | | |
| Net cash provided by (used in) financing activities | | - | | - |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | - | | - |
| Cash and cash equivalents, beginning of period | | - | | - |
| **Cash and cash equivalents, end of period** | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for LIM, GP LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Beginning Balance** | $ - | $ - |
| Net income (loss) | - | - |
| Contributions | - | - |
| Dividends/Distributions | - | - |
| Share-based awards | - | - |
| Foreign currency translation | - | - |
| Pension and post retirement benefit plan adjustments | - | - |
| Other | - | - |
| **Ending Balance** | $ - | $ - |

Note:
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for LIM, GP LLC**

Interest of the Estate                                            100%

*Operating Description*

LIM, GP LLC is a holding company with no operations or financial results. LIM, GP LLC is the general partner of non-Debtor affiliate Local Insight Media LP.

**Tab 2**
**Local Insight Media LP**

**Exhibit A**
**Valuation Estimate for Local Insight Media LP**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| | |
| **Entity's value** | |
| Total assets | (147,866) |
| Total liabilities | 0 |
| **Book Value** | **(147,866)** |
| | |
| Value | (147,866) |
| | |
| Interest of the Estate | 100% |
| | |
| **Basis for the valuation** | Enterprise Book Value |

<u>Note:</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Local Insight Media LP**

**Exhibit B-1**
**Balance Sheet for Local Insight Media LP**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ - | $ - |
| Restricted cash | - | |
| Accounts receivable, net | - | - |
| Due from affiliates | - | (10) |
| Deferred directory costs | - | - |
| Deferred income taxes | - | - |
| Prepaid expenses and other current assets | - | - |
| Total current assets | - | (10) |
| Property and equipment, net | - | - |
| Intangible assets, net | - | - |
| Goodwill | - | - |
| Tradename intangible asset | - | - |
| Deferred income taxes | - | - |
| Investment in subsidiary | (128,320) | (147,856) |
| Deferred financing costs, net and other | - | - |
| Restricted cash | - | - |
| Total Assets | $ (128,320) | $ (147,866) |
| **Liabilities and Equity** | | |
| Current liabilities: | | |
| Current portion of long-term debt | $ - | $ - |
| Line of credit | - | - |
| Accounts payable and accrued liabilities | - | - |
| Unearned revenue and customer deposits | - | - |
| Accrued interest payable | - | - |
| Deferred income taxes | - | - |
| Accrued pension liability ST | - | - |
| Due to affiliates | 10 | - |
| Total current liabilities | 10 | - |
| Deferred income taxes | - | - |
| Long-term debt, net of current portion | - | - |
| Accrued pension liability LT | - | - |
| Other long-term liabilities | - | - |
| Total liabilities | 10 | - |
| Equity: | | |
| Additional paid-in capital | 441,502 | (320,450) |
| Accumulated retained earnings (deficit) | (569,832) | 172,585 |
| Accumulated other comprehensive income (loss) | - | - |
| Noncontrolling interest | - | - |
| Total equity | (128,330) | (147,866) |
| Total Liabilities and Equity | $ (128,320) | $ (147,866) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**

**Statement of Income (Loss) for Local Insight Media LP**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---:|---:|
| Net revenue | $          - | $          - |
| Operating expenses: | | |
|   Cost of revenue (exclusive of certain amortization included below) | - | - |
|   Selling, general and administrative expenses | 10 | - |
|   Depreciation and amortization expense | - | - |
| Total operating expenses | 10 | - |
| Operating income (loss) | (10) | - |
| Other (income) expenses: | | |
|   Interest income | - | - |
|   Interest expense | - | - |
|   Other (income) expense, net | 398,791 | 21,632 |
| Income (loss) before income taxes | (398,800) | (21,632) |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $     (398,800) | $      (21,632) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Local Insight Media LP**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | (398,800) | $ | (21,632) |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | 398,791 | | 21,632 |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Deferred income taxes | | - | | - |
| Provision for doubtful accounts | | - | | - |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | - | | - |
| Restricted cash | | | | |
| Due to/from affiliates | | 10 | | - |
| Deferred directory costs | | - | | - |
| Prepaid expenses and other assets | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Accrued interest payable | | | | |
| Unearned revenue | | - | | - |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | (0) | | (0) |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | - | | - |
| Net cash provided by (used in) investing activities | | - | | - |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | - | | - |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | - | | - |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | (0) | | (0) |
| Cash and cash equivalents, beginning of period | | - | | - |
| **Cash and cash equivalents, end of period** | $ | (0) | $ | (0) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for Local Insight Media LP**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| **Beginning Balance** | $ | 270,471 | $ | (128,330) |
| Net income (loss) | | (398,800) | | (21,632) |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | 2,096 |
| **Ending Balance** | $ | (128,330) | $ | (147,866) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Local Insight Media LP**

Interest of the Estate                                                  100%

*Operating Description*
Local Insight Media LP is a Holding company with no operations. Local Insight Media LP owns 100% of non-Debtor affiliate Local Insight Media, Inc.

**Tab 3**
**Local Insight Media, Inc.**

**Exhibit A**
**Valuation Estimate for Local Insight Media, Inc.**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 369,863 |
| Total liabilities | 24,718 |
| **Book Value** | **345,144** |
| Value | 345,144 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

<u>**Note:**</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Local Insight Media, Inc.**

**Exhibit B-1**
**Balance Sheet for Local Insight Media, Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 1,516 | $ | 9,659 |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | 6,055 | | 10,811 |
| Deferred directory costs | | - | | 52 |
| Deferred income taxes | | (1,560) | | (1,560) |
| Prepaid expenses and other current assets | | 726 | | 512 |
| Total current assets | | 6,737 | | 19,475 |
| Property and equipment, net | | 2,275 | | 2,530 |
| Intangible assets, net | | (0) | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | 1,935 | | 1,935 |
| Investment in subsidiary | | 348,338 | | 345,838 |
| Deferred financing costs, net and other | | 84 | | 84 |
| Restricted cash | | - | | - |
| Total Assets | $ | 359,369 | $ | 369,863 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 6,651 | | 8,807 |
| Unearned revenue and customer deposits | | 0 | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | 270 | | 270 |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 18,905 | | 15,346 |
| Total current liabilities | | 25,825 | | 24,423 |
| Deferred income taxes | | 106 | | 106 |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | 223 | | 189 |
| Total liabilities | | 26,154 | | 24,718 |
| Equity: | | | | |
| Additional paid-in capital | | 409,526 | | 440,037 |
| Accumulated retained earnings (deficit) | | (76,310) | | (94,893) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | 333,216 | | 345,144 |
| Total Liabilities and Equity | $ | 359,369 | $ | 369,863 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Local Insight Media, Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ 12,386 | $ 7,639 |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | 43,685 | 25,375 |
| Depreciation and amortization expense | 1,116 | 808 |
| Total operating expenses | 44,801 | 26,183 |
| Operating income (loss) | (32,415) | (18,545) |
| Other (income) expenses: | | |
| Interest income | (12) | (4) |
| Interest expense | - | - |
| Other (income) expense, net | 335 | 43 |
| Income (loss) before income taxes | (32,738) | (18,583) |
| Income tax expense (benefit) | 31,865 | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ (64,604) | $ (18,583) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Local Insight Media, Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| **Operating Activities** | | | |
| Net income (loss) | $ | (64,604) | $ (18,583) |
| Adjustments to reconcile net income to net cash provided by | | | |
| (used in) operating activities: | | | |
| Equity losses (gains) in subsidiaries | | - | - |
| Noncontrolling interest | | - | - |
| Depreciation and amortization expense | | 1,116 | 808 |
| Deferred income taxes | | 28,348 | 0 |
| Provision for doubtful accounts | | - | - |
| Paid-in-kind interest | | - | - |
| Other | | - | 235 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | | 105 | - |
| Restricted cash | | - | - |
| Due to/from affiliates | | 12,087 | (8,315) |
| Deferred directory costs | | - | (52) |
| Prepaid expenses and other assets | | 111 | - |
| Accounts payable and accrued liabilities | | 516 | 214 |
| Accrued interest payable | | - | 2,124 |
| Unearned revenue | | - | - |
| Accrued pension and postretirement benefits | | 0 | (0) |
| Net cash provided by (used in) operating activities | | (22,321) | (23,570) |
| | | | |
| **Investing Activities** | | | |
| Capital expenditures | | (1,918) | (1,063) |
| Intercompany | | (5,149) | - |
| Net cash provided by (used in) investing activities | | (7,067) | (1,063) |
| | | | |
| **Financing Activities** | | | |
| Net cash (paid to) received from parent | | 18,885 | 32,777 |
| Net cash (paid to) received from noncontrolling interest | | - | - |
| Net change in debt | | - | - |
| Other | | - | - |
| Net cash provided by (used in) financing activities | | 18,885 | 32,777 |
| | | | |
| Effect of foreign exchange rate changes on cash | | - | - |
| | | | |
| Net increase (decrease) in cash and cash equivalents | | (10,503) | 8,143 |
| Cash and cash equivalents, beginning of period | | 12,018 | 1,516 |
| Cash and cash equivalents, end of period | $ | 1,516 | $ 9,659 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for Local Insight Media, Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 378,414 | $ | 333,216 |
| Net income (loss) | | (64,604) | | (18,583) |
| Contributions | | 22,940 | | 30,277 |
| Dividends/Distributions | | (4,056) | | - |
| Share-based awards | | 773 | | 235 |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | (252) | | 0 |
| **Ending Balance** | $ | 333,216 | $ | 345,144 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Local Insight Media, Inc.**

Interest of the Estate                                    100%

*Operating Description*
Local Insight Media, Inc. is a holding company that employs senior management personnel.  Local Insight Media, Inc. owns 100% of non-Debtor affiliate CBD Investor, Inc.

**Tab 4**
**CBD Investor, Inc.**

**Exhibit A**
**Valuation Estimate for CBD Investor, Inc.**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 787,212 |
| Total liabilities | 18 |
| **Book Value** | **787,194** |
| | |
| Value | 787,194 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

<u>**Note:**</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for CBD Investor, Inc.**

**Exhibit B-1**
**Balance Sheet for CBD Investor, Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | (813) |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | (813) |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | 788,025 | | 788,025 |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | 788,025 | $ | 787,212 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 67 | | 18 |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 739 | | - |
| Total current liabilities | | 806 | | 18 |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | 806 | | 18 |
| Equity: | | | | |
| Additional paid-in capital | | 811,268 | | 811,268 |
| Accumulated retained earnings (deficit) | | (24,049) | | (24,074) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | 787,219 | | 787,194 |
| Total Liabilities and Equity | $ | 788,025 | $ | 787,212 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for CBD Investor, Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | - | $ | - |
| Operating expenses: | | | | |
|   Cost of revenue (exclusive of certain amortization included below) | | - | | - |
|   Selling, general and administrative expenses | | 57 | | 24 |
|   Depreciation and amortization expense | | - | | - |
| Total operating expenses | | 57 | | 24 |
| Operating income (loss) | | (57) | | (24) |
| Other (income) expenses: | | | | |
|   Interest income | | - | | - |
|   Interest expense | | - | | - |
|   Other (income) expense, net | | - | | - |
| Income (loss) before income taxes | | (57) | | - |
| Income tax expense (benefit) | | (57) | | (24) |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | (57) | $ | (24) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for CBD Investor, Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| **Operating Activities** | | | |
| Net income (loss) | $ | (57) $ | (24) |
| Adjustments to reconcile net income to net cash provided by | | | |
| (used in) operating activities: | | | |
| Equity losses (gains) in subsidiaries | | - | - |
| Noncontrolling interest | | - | - |
| Depreciation and amortization expense | | - | - |
| Deferred income taxes | | - | - |
| Provision for doubtful accounts | | - | - |
| Paid-in-kind interest | | - | - |
| Other | | - | - |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | | - | - |
| Restricted cash | | | |
| Due to/from affiliates | | 8 | 74 |
| Deferred directory costs | | - | |
| Prepaid expenses and other assets | | 0 | |
| Accounts payable and accrued liabilities | | (2) | (49) |
| Accrued interest payable | | - | - |
| Unearned revenue | | - | - |
| Accrued pension and postretirement benefits | | - | - |
| Net cash provided by (used in) operating activities | | (52) | 0 |
| | | | |
| **Investing Activities** | | | |
| Capital expenditures | | - | - |
| Intercompany | | 52 | - |
| Net cash provided by (used in) investing activities | | 52 | - |
| | | | |
| **Financing Activities** | | | |
| Net cash (paid to) received from parent | | - | - |
| Net cash (paid to) received from noncontrolling interest | | - | - |
| Net change in debt | | (0) | - |
| Other | | - | - |
| Net cash provided by (used in) financing activities | | (0) | - |
| | | | |
| Effect of foreign exchange rate changes on cash | | - | - |
| | | | |
| Net increase (decrease) in cash and cash equivalents | | (0) | 0 |
| Cash and cash equivalents, beginning of period | | - | - |
| **Cash and cash equivalents, end of period** | $ | (0) $ | 0 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for CBD Investor, Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 790,142 | $ | 787,219 |
| Net income (loss) | | (57) | | (24) |
| Contributions | | 1,574 | | - |
| Dividends/Distributions | | (4,440) | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | 787,219 | $ | 787,194 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for CBD Investor, Inc.**

Interest of the Estate                                                        100%

*Operating Description*
CBD Investor, Inc. is a holding company with no operations. CBD Investor, Inc. owns 100% non-Debtor affiliates ACS Media Holdings LLC, CBD Media Holdings LLC and HYP Media Holdings LLC.

**Tab 5**
**CBD Media Holdings LLC**

**Exhibit A**
**Valuation Estimate for CBD Media Holdings LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | (15) |
| Total liabilities | 0 |
| **Book Value** | **(15)** |
| Value | (15) |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for CBD Media Holdings LLC**

**Exhibit B-1**
**Balance Sheet for CBD Media Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | (15) |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | (15) |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | (15) |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 14 | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 1 | | - |
| Total current liabilities | | 15 | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | 15 | | - |
| Equity: | | | | |
| Additional paid-in capital | | 8,146 | | 8,146 |
| Accumulated retained earnings (deficit) | | (8,161) | | (8,161) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | (15) | | (15) |
| Total Liabilities and Equity | $ | (0) | $ | (15) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for CBD Media Holdings LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | - | $ | - |
| Operating expenses: | | | | |
|   Cost of revenue (exclusive of certain amortization included below) | | - | | - |
|   Selling, general and administrative expenses | | 6 | | 0 |
|   Depreciation and amortization expense | | - | | - |
| Total operating expenses | | 6 | | 0 |
| Operating income (loss) | | (6) | | (0) |
| Other (income) expenses: | | | | |
|   Interest income | | - | | - |
|   Interest expense | | - | | - |
|   Other (income) expense, net | | - | | - |
| Income (loss) before income taxes | | (6) | | (0) |
| Income tax expense (benefit) | | - | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | (6) | $ | (0) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for CBD Media Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | (6) | $ | (0) |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Deferred income taxes | | - | | - |
| Provision for doubtful accounts | | - | | - |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | - | | - |
| Restricted cash | | | | |
| Due to/from affiliates | | 1 | | 14 |
| Deferred directory costs | | | | |
| Prepaid expenses and other assets | | | | |
| Accounts payable and accrued liabilities | | 5 | | (14) |
| Accrued interest payable | | - | | - |
| Unearned revenue | | - | | |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | (0) | | - |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | 0 | | - |
| Net cash provided by (used in) investing activities | | 0 | | - |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | - | | - |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | - | | - |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | - | | - |
| Cash and cash equivalents, beginning of period | | - | | - |
| **Cash and cash equivalents, end of period** | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.