**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for CBD Media Holdings LLC**

| (USD in thousands – unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | (9) | $ | (15) |
| Net income (loss) | | (6) | | (0) |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | (15) | $ | (15) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for CBD Media Holdings LLC**

Interest of the Estate                                                                    100%

*Operating Description*
CBD Media Holdings LLC is a holding company with no operations.  CBD Media Holdings LLC owns 100% of non-Debtor affiliate CBD Media LLC and CBD Holdings Finance, Inc.

**Tab 6**
**CBD Holdings Finance Inc.**

**Exhibit A**
**Valuation Estimate for CBD Holdings Finance Inc.**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| | |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | **0** |
| | |
| Value | 0 |
| | |
| Interest of the Estate | 100% |
| | |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for CBD Holdings Finance Inc.**

**Exhibit B-1**
**Balance Sheet for CBD Holdings Finance Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for CBD Holdings Finance Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | - | $ | - |
| Operating expenses: | | | | |
| Cost of revenue (exclusive of certain amortization included below) | | - | | - |
| Selling, general and administrative expenses | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Total operating expenses | | - | | - |
| Operating income (loss) | | - | | - |
| Other (income) expenses: | | | | |
| Interest income | | - | | - |
| Interest expense | | - | | - |
| Other (income) expense, net | | - | | - |
| Income (loss) before income taxes | | - | | - |
| Income tax expense (benefit) | | - | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for CBD Holdings Finance Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ - | $ - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | - | - |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | - | - |
| Due to/from affiliates | - | - |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | - | - |
| Accounts payable and accrued liabilities | - | - |
| Accrued interest payable | - | - |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | - | - |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $ - | $ - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for CBD Holdings Finance Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for CBD Holdings Finance Inc.**

Interest of the Estate                                        100%

*Operating Description*
CBD Holdings Finance Inc. is an inactive holding company with no operations or financial results.

**Tab 7**
**CBD Media LLC**

**Exhibit A**
**Valuation Estimate for CBD Media LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 4,363 |
| Total liabilities | 320 |
| **Book Value** | 4,043 |
| | |
| Value | 4,043 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for CBD Media LLC**

**Exhibit B-1**
**Balance Sheet for CBD Media LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---:|---|---:|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | (0) | $ | (0) |
| Restricted cash | | - | | |
| Accounts receivable, net | | 38 | | - |
| Due from affiliates | | - | | |
| Deferred directory costs | | 4,452 | | 4,238 |
| Deferred income taxes | | 0 | | - |
| Prepaid expenses and other current assets | | - | | |
| Total current assets | | 1 | | 6 |
| | | 4,491 | | 4,243 |
| Property and equipment, net | | 191 | | 114 |
| Intangible assets, net | | | | |
| Goodwill | | 0 | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | 5 | | 5 |
| Restricted cash | | - | | - |
| Total Assets | $ | 4,688 | $ | 4,363 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 180 | | 311 |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 154 | | - |
| Total current liabilities | | 334 | | 311 |
| Deferred income taxes | | - | | |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | 10 | | 8 |
| Total liabilities | | 343 | | 320 |
| Equity: | | | | |
| Additional paid-in capital | | 25,811 | | 25,811 |
| Accumulated retained earnings (deficit) | | (21,467) | | (21,768) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | 4,344 | | 4,043 |
| Total Liabilities and Equity | $ | 4,688 | $ | 4,363 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for CBD Media LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | - | $ | - |
| Operating expenses: | | | | |
| Cost of revenue (exclusive of certain amortization included below) | | - | | - |
| Selling, general and administrative expenses | | (99) | | 0 |
| Depreciation and amortization expense | | 368 | | 224 |
| | | 102 | | 77 |
| Total operating expenses | | 371 | | 301 |
| Operating income (loss) | | (371) | | (301) |
| Other (income) expenses: | | | | |
| Interest income | | - | | - |
| Interest expense | | - | | - |
| Other (income) expense, net | | 10 | | - |
| Income (loss) before income taxes | | (381) | | (301) |
| Income tax expense (benefit) | | - | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | (381) | $ | (301) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for CBD Media LLC**

| (USD in thousands - unaudited) | | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | (381) | $ | (301) |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | 102 | | 77 |
| Deferred income taxes | | 3,711 | | - |
| Provision for doubtful accounts | | - | | - |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | (38) | | 38 |
| Restricted cash | | - | | - |
| Due to/from affiliates | | (4,298) | | 61 |
| Deferred directory costs | | (0) | | 0 |
| Prepaid expenses and other assets | | 3 | | (5) |
| Accounts payable and accrued liabilities | | (295) | | 130 |
| Accrued interest payable | | - | | - |
| Unearned revenue | | - | | - |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | (1,197) | | 0 |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | 1,147 | | - |
| Net cash provided by (used in) investing activities | | 1,147 | | - |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | - | | - |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | - | | - |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | (51) | | 0 |
| Cash and cash equivalents, beginning of period | | 51 | | (0) |
| Cash and cash equivalents, end of period | $ | (0) | $ | (0) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for CBD Media LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 4,725 | $ | 4,344 |
| Net income (loss) | | (381) | | (301) |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | 4,344 | $ | 4,043 |

<u>Note:</u>

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for CBD Media LLC**

Interest of the Estate                                                     100%

*Operating Description*
CBD Media LLC is a holding company with no operations. CBD Media LLC owns of 100% of non-Debtor affiliate Local Insight Media Finance Holdings LLC (together with non-Debtor affiliates ACS Media LLC and HYP Media LLC) and 100% of non-Debtor affiliate CBD Finance, Inc.

**Tab 8**
**CBD Finance Inc.**

**Exhibit A**
**Valuation Estimate for CBD Finance Inc.**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | 0 |
| | |
| Value | 0 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

<u>**Note:**</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for CBD Finance Inc.**

**Exhibit B-1**
**Balance Sheet for CBD Finance Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for CBD Finance Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
|     Cost of revenue (exclusive of certain amortization included below) | - | - |
|     Selling, general and administrative expenses | - | - |
|     Depreciation and amortization expense | - | - |
| Total operating expenses | - | - |
| Operating income (loss) | - | - |
| Other (income) expenses: | | |
|     Interest income | - | - |
|     Interest expense | - | - |
|     Other (income) expense, net | - | - |
| Income (loss) before income taxes | - | - |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for CBD Finance Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $  - | $  - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | - | - |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | - | - |
| Due to/from affiliates | - | - |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | - | - |
| Accounts payable and accrued liabilities | - | - |
| Accrued interest payable | - | - |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | - | - |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $  - | $  - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for CBD Finance Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for CBD Finance Inc.**

Interest of the Estate                                          100%

*Operating Description*
CBD Finance Inc. is an inactive company with no operations or financial results.

**Tab 9**
**ACS Media Holdings LLC**

**Exhibit A**
**Valuation Estimate for ACS Media Holdings LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| | |
| **Entity's value** | |
| Total assets | 54,765 |
| Total liabilities | 0 |
| **Book Value** | **54,765** |
| | |
| Value | 54,765 |
| | |
| Interest of the Estate | 100% |
| | |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for ACS Media Holdings LLC**

**Exhibit B-1**
**Balance Sheet for ACS Media Holdings LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | (5) |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | (5) |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | 54,770 | | 54,770 |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
|     Total Assets | $ | 54,770 | $ | 54,765 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 5 | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 0 | | - |
|     Total current liabilities | | 5 | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
|     Total liabilities | | 5 | | - |
| Equity: | | | | |
| Additional paid-in capital | | 54,856 | | 54,856 |
| Accumulated retained earnings (deficit) | | (91) | | (91) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | 54,765 | | 54,765 |
|     Total Liabilities and Equity | $ | 54,770 | $ | 54,765 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for ACS Media Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | - | $ | - |
| Operating expenses: | | | | |
| Cost of revenue (exclusive of certain amortization included below) | | - | | - |
| Selling, general and administrative expenses | | 2 | | 0 |
| Depreciation and amortization expense | | - | | - |
| Total operating expenses | | 2 | | 0 |
| Operating income (loss) | | (2) | | (0) |
| Other (income) expenses: | | | | |
| Interest income | | - | | - |
| Interest expense | | - | | - |
| Other (income) expense, net | | - | | - |
| Income (loss) before income taxes | | (2) | | (0) |
| Income tax expense (benefit) | | - | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | (2) | $ | (0) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for ACS Media Holdings LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | (2) | $ | (0) |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Deferred income taxes | | - | | - |
| Provision for doubtful accounts | | - | | - |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | - | | - |
| Restricted cash | | - | | - |
| Due to/from affiliates | | 0 | | 5 |
| Deferred directory costs | | - | | - |
| Prepaid expenses and other assets | | - | | - |
| Accounts payable and accrued liabilities | | 2 | | (5) |
| Accrued interest payable | | - | | - |
| Unearned revenue | | - | | - |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | (0) | | (0) |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | 0 | | - |
| Net cash provided by (used in) investing activities | | 0 | | - |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | - | | - |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | - | | - |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | 0 | | (0) |
| Cash and cash equivalents, beginning of period | | - | | - |
| **Cash and cash equivalents, end of period** | $ | 0 | $ | (0) |

<u>Note:</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for ACS Media Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 54,767 | $ | 54,765 |
| Net income (loss) | | (2) | | (0) |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | 54,765 | $ | 54,765 |

Note:
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for ACS Media Holdings LLC**

Interest of the Estate                                    100%

*Operating Description*
ACS Media Holdings LLC is a holding company with no operations. ACS Media Holdings LLC owns 100% of non-Debtor affiliate ACS Media LLC.

**Tab 10**
**ACS Media LLC**

**Exhibit A**
**Valuation Estimate for ACS Media LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 58,575 |
| Total liabilities | 33,281 |
| **Book Value** | 25,293 |
| | |
| Value | 25,293 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for ACS Media LLC**

**Exhibit B-1**
**Balance Sheet for ACS Media LLC**

| (USD in thousands - unaudited) | | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | (0) | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | (32) | | (2,102) |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | 9 | | 9 |
| Total current assets | | (24) | | (2,094) |
| Property and equipment, net | | 51 | | 42 |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | 60,626 | | 60,626 |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | 60,653 | $ | 58,575 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 47 | | 32 |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | 292 | | 1,167 |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 10 | | - |
| Total current liabilities | | 348 | | 1,198 |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | 31,687 | | 32,064 |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | 17 | | 19 |
| Total liabilities | | 32,053 | | 33,281 |
| Equity: | | | | |
| Additional paid-in capital | | 62,683 | | 62,683 |
| Accumulated retained earnings (deficit) | | (34,082) | | (37,389) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | 28,601 | | 25,293 |
| Total Liabilities and Equity | $ | 60,653 | $ | 58,575 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for ACS Media LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
|   Cost of revenue (exclusive of certain amortization included below) | - | - |
|   Selling, general and administrative expenses | 446 | 297 |
|   Depreciation and amortization expense | 11 | 9 |
| Total operating expenses | 458 | 306 |
| Operating income (loss) | (458) | (306) |
| Other (income) expenses: | | |
|   Interest income | - | - |
|   Interest expense | 3,958 | 3,001 |
|   Other (income) expense, net | 1 | - |
| Income (loss) before income taxes | (4,416) | (3,307) |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ (4,416) | $ (3,307) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for ACS Media LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---:|---:|
| **Operating Activities** | | |
| Net income (loss) | $ (4,416) | $ (3,307) |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | 11 | 9 |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | | |
| Due to/from affiliates | 42 | 2,060 |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | (8) | (0) |
| Accounts payable and accrued liabilities | (453) | (13) |
| Accrued interest payable | 0 | 875 |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | (4,824) | (376) |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | 4,324 | - |
| Net cash provided by (used in) investing activities | 4,324 | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | 458 | 376 |
| Other | - | - |
| Net cash provided by (used in) financing activities | 458 | 376 |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | (41) | 0 |
| Cash and cash equivalents, beginning of period | 41 | (0) |
| **Cash and cash equivalents, end of period** | $ 0 | $ 0 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.