**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for ACS Media LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 33,017 | $ | 28,601 |
| Net income (loss) | | (4,416) | | (3,307) |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | 28,601 | $ | 25,293 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for ACS Media LLC**

Interest of the Estate                                        100%

***Operating Description***
ACS Media LLC is a holding company with no operations.  ACS Media LLC owns 100% of non-Debtor affiliate Local Insight Media Finance Holdings LLC (together with non-Debtor affiliates CBD Media LLC and HYP Media LLC).

Tab 11
HYP Media Holdings LLC

**Exhibit A**
**Valuation Estimate for HYP Media Holdings LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | 0 |
| Value | 0 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
<u>**Financial Statements for HYP Media Holdings LLC**</u>

**Exhibit B-1**
**Balance Sheet for HYP Media Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for HYP Media Holdings LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | - | $ | - |
| Operating expenses: | | | | |
| Cost of revenue (exclusive of certain amortization included below) | | - | | - |
| Selling, general and administrative expenses | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Total operating expenses | | - | | - |
| Operating income (loss) | | - | | - |
| Other (income) expenses: | | | | |
| Interest income | | - | | - |
| Interest expense | | - | | - |
| Other (income) expense, net | | - | | - |
| Income (loss) before income taxes | | - | | - |
| Income tax expense (benefit) | | - | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for HYP Media Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | - | $ | - |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Deferred income taxes | | - | | - |
| Provision for doubtful accounts | | - | | - |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | - | | - |
| Restricted cash | | - | | - |
| Due to/from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Prepaid expenses and other assets | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Accrued interest payable | | - | | - |
| Unearned revenue | | - | | - |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | - | | - |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | - | | - |
| Net cash provided by (used in) investing activities | | - | | - |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | - | | - |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | - | | - |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | - | | - |
| Cash and cash equivalents, beginning of period | | - | | - |
| **Cash and cash equivalents, end of period** | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for HYP Media Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

## Exhibit C
### Description of Operations for HYP Media Holdings LLC

Interest of the Estate                                       100%

***Operating Description***
HYP Media Holdings LLC is a holding company with no operations.  HYP Media Holdings LLC owns 100% of non-Debtor affiliate HYP Media LLC.

**Tab 12**
**HYP Media LLC**

**Exhibit A**
**Valuation Estimate for HYP Media LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | (581) |
| Total liabilities | (299) |
| **Book Value** | **(283)** |
| Value | (283) |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

Note:
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for HYP Media LLC**

**Exhibit B-1**
**Balance Sheet for HYP Media LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 0 | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | (236) | | (619) |
| Deferred directory costs | | 2 | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | 2 | | 22 |
| Total current assets | | (232) | | (597) |
| Property and equipment, net | | 20 | | 16 |
| Intangible assets, net | | 0 | | 0 |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | 0 | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | (211) | $ | (581) |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 5 | | (397) |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 21 | | 109 |
| Total current liabilities | | 26 | | (288) |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | 1 | | (11) |
| Total liabilities | | 27 | | (299) |
| Equity: | | | | |
| Additional paid-in capital | | 39,962 | | 39,962 |
| Accumulated retained earnings (deficit) | | (40,201) | | (40,245) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | (239) | | (283) |
| Total Liabilities and Equity | $ | (211) | $ | (581) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for HYP Media LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
|   Cost of revenue (exclusive of certain amortization included below) | - | 0 |
|   Selling, general and administrative expenses | 64 | 40 |
|   Depreciation and amortization expense | 6 | 4 |
| Total operating expenses | 70 | 44 |
| Operating income (loss) | (70) | (44) |
| Other (income) expenses: | | |
|   Interest income | - | - |
|   Interest expense | - | 0 |
|   Other (income) expense, net | 0 | - |
| Income (loss) before income taxes | (70) | (44) |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ (70) | $ (44) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for HYP Media LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| **Operating Activities** | | | |
| Net income (loss) | $ | (70) $ | (44) |
| Adjustments to reconcile net income to net cash provided by | | | |
| (used in) operating activities: | | | |
| Equity losses (gains) in subsidiaries | | - | - |
| Noncontrolling interest | | - | - |
| Depreciation and amortization expense | | 6 | 4 |
| Deferred income taxes | | (358) | - |
| Provision for doubtful accounts | | - | - |
| Paid-in-kind interest | | - | - |
| Other | | - | (0) |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | | (0) | - |
| Restricted cash | | - | - |
| Due to/from affiliates | | 257 | 471 |
| Deferred directory costs | | 11 | 2 |
| Prepaid expenses and other assets | | 4 | (19) |
| Accounts payable and accrued liabilities | | (9) | (414) |
| Accrued interest payable | | 0 | - |
| Unearned revenue | | - | - |
| Accrued pension and postretirement benefits | | - | - |
| Net cash provided by (used in) operating activities | | (160) | 0 |
| | | | |
| **Investing Activities** | | | |
| Capital expenditures | | - | - |
| Intercompany | | 154 | - |
| Net cash provided by (used in) investing activities | | 154 | - |
| | | | |
| **Financing Activities** | | | |
| Net cash (paid to) received from parent | | - | - |
| Net cash (paid to) received from noncontrolling interest | | - | - |
| Net change in debt | | (0) | - |
| Other | | - | - |
| Net cash provided by (used in) financing activities | | (0) | - |
| | | | |
| Effect of foreign exchange rate changes on cash | | - | - |
| | | | |
| Net increase (decrease) in cash and cash equivalents | | (6) | 0 |
| Cash and cash equivalents, beginning of period | | 6 | 0 |
| **Cash and cash equivalents, end of period** | $ | (0) $ | 0 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for HYP Media LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Beginning Balance | $ | (168) | $ | (239) |
| Net income (loss) | | (70) | | (44) |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | (0) |
| Ending Balance | $ | (239) | $ | (283) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for HYP Media LLC**

Interest of the Estate                                   100%

*Operating Description*
HYP Media LLC is a holding company with no operations. HYP Media LLC owns 100% of non-Debtor affiliate Local Insight Media Finance Holdings LLC (together with non-Debtor affiliates ACS Media LLC and CBD Media LLC).

**Tab 13**
**Local Insight Media Finance Holdings LLC**

**Exhibit A**
**Valuation Estimate for Local Insight Media Finance Holdings LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | **0** |
| Value | 0 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

<u>Note:</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Local Insight Media Finance Holdings LLC**

**Exhibit B-1**
**Balance Sheet for Local Insight Media Finance Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Local Insight Media Finance Holdings LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | - | - |
| Depreciation and amortization expense | - | - |
| Total operating expenses | - | - |
| Operating income (loss) | - | - |
| Other (income) expenses: | | |
| Interest income | - | - |
| Interest expense | - | - |
| Other (income) expense, net | - | - |
| Income (loss) before income taxes | - | - |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Local Insight Media Finance Holdings LLC**

| *(USD in thousands – unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ - | $ - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | - | - |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | - | - |
| Due to/from affiliates | - | - |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | - | - |
| Accounts payable and accrued liabilities | - | - |
| Accrued interest payable | - | - |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | - | - |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | | - |
| Net cash (paid to) received from noncontrolling interest | | - |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $ - | $ - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for Local Insight Media Finance Holdings LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Local Insight Media Finance Holdings LLC**

Interest of the Estate                                          100%

*Operating Description*
Local Insight Media Finance Holdings LLC is a holding company with no operations. Local Insight Media Finance Holdings LLC owns 100% of non-Debtor affiliate Local Insight Media Finance LLC.

**Tab 14**
**Local Insight Media Finance LLC**

**Exhibit A**
**Valuation Estimate for Local Insight Media Finance LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | (112,641) |
| Total liabilities | 2,098 |
| **Book Value** | **(114,739)** |
| | |
| Value | (114,739) |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

<u>Note:</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
<u>Financial Statements for Local Insight Media Finance LLC</u>

**Exhibit B-1**
**Balance Sheet for Local Insight Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 120 | $ | 5,025 |
| Restricted cash | | 34,362 | | 17,465 |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | (0) | | (5,379) |
| Deferred directory costs | | (108) | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | 17 | | 12 |
| Total current assets | | 34,391 | | 17,123 |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | (125,232) | | (141,716) |
| Deferred financing costs, net and other | | 0 | | (0) |
| Restricted cash | | 11,952 | | 11,952 |
| Total Assets | $ | (78,889) | $ | (112,641) |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | | | - |
| Accounts payable and accrued liabilities | | 386 | | 290 |
| Unearned revenue and customer deposits | | 0 | | - |
| Accrued interest payable | | | | (0) |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 3,767 | | 398 |
| Total current liabilities | | 4,153 | | 688 |
| Deferred income taxes | | (0) | | - |
| Long-term debt, net of current portion | | - | | 0 |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | 1,410 | | 1,410 |
| Total liabilities | | 5,563 | | 2,098 |
| Equity: | | | | |
| Additional paid-in capital | | 281,019 | | 275,942 |
| Accumulated retained earnings (deficit) | | (365,471) | | (390,681) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | (84,452) | | (114,739) |
| Total Liabilities and Equity | $ | (78,889) | $ | (112,641) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Local Insight Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---:|---:|
| Net revenue | $        - | $        - |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | 9,297 | 6,462 |
| Depreciation and amortization expense | - | - |
| Total operating expenses | 9,297 | 6,462 |
| Operating income (loss) | (9,297) | (6,462) |
| Other (income) expenses: | | |
| Interest income | (72) | (1) |
| Interest expense | - | - |
| Other (income) expense, net | 315,606 | 34,867 |
| Income (loss) before income taxes | (324,831) | (41,328) |
| Income tax expense (benefit) | 4,423 | 0 |
| Noncontrolling interest | - | - |
| Net income (loss) | $   (329,254) | $    (41,328) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Local Insight Media Finance LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| **Operating Activities** | | | |
| Net income (loss) | $ | (329,254) | $ (41,328) |
| Adjustments to reconcile net income to net cash provided by | | | |
| (used in) operating activities: | | | |
| Equity losses (gains) in subsidiaries | | 315,581 | 34,867 |
| Noncontrolling interest | | - | - |
| Depreciation and amortization expense | | - | - |
| Deferred income taxes | | 3,448 | 0 |
| Provision for doubtful accounts | | - | - |
| Paid-in-kind interest | | - | - |
| Other | | - | - |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | | - | - |
| Restricted cash | | (9,629) | 16,897 |
| Due to/from affiliates | | 2,504 | 2,010 |
| Deferred directory costs | | 108 | (108) |
| Prepaid expenses and other assets | | 47 | 5 |
| Accounts payable and accrued liabilities | | 1,082 | (96) |
| Accrued interest payable | | (0) | (0) |
| Unearned revenue | | 0 | (0) |
| Accrued pension and postretirement benefits | | - | - |
| Net cash provided by (used in) operating activities | | (16,113) | 12,247 |
| | | | |
| **Investing Activities** | | | |
| Capital expenditures | | - | - |
| Intercompany | | 16,482 | (2,265) |
| Net cash provided by (used in) investing activities | | 16,482 | (2,265) |
| | | | |
| **Financing Activities** | | | |
| Net cash (paid to) received from parent | | (4,440) | (5,077) |
| Net cash (paid to) received from noncontrolling interest | | - | - |
| Net change in debt | | 0 | 0 |
| Other | | | |
| Net cash provided by (used in) financing activities | | (4,440) | (5,077) |
| | | | |
| Effect of foreign exchange rate changes on cash | | - | - |
| | | | |
| Net increase (decrease) in cash and cash equivalents | | (4,072) | 4,905 |
| Cash and cash equivalents, beginning of period | | 4,193 | 120 |
| **Cash and cash equivalents, end of period** | $ | 120 | $ 5,025 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for Local Insight Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 249,677 | $ | (84,452) |
| Net income (loss) | | (329,254) | | (41,328) |
| Contributions | | - | | - |
| Dividends/Distributions | | (4,440) | | (5,077) |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | (435) | | 16,118 |
| **Ending Balance** | $ | (84,452) | $ | (114,739) |

<u>Note:</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Local Insight Media Finance LLC**

Interest of the Estate                                                100%

*Operating Description*
Local Insight Media Finance LLC is a holding company with no operations. Local Insight Media Finance LLC owns 100% of non-Debtor affiliate ACS Media LLC, 100% of non-Debtor affiliate CBD Media LLC, and 100% of non-Debtor affiliate HYP Media LLC.

**Tab 15**
**CBD Media Finance LLC**

**Exhibit A**
**Valuation Estimate for CBD Media Finance LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 315,752 |
| Total liabilities | 384,458 |
| **Book Value** | **(68,706)** |
| Value | (68,706) |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

<u>**Note:**</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for CBD Media Finance LLC**

**Exhibit B-1**
**Balance Sheet for CBD Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 6,930 | $ | 1,946 |
| Restricted cash | | - | | - |
| Accounts receivable, net | | 7,740 | | 9,595 |
| Due from affiliates | | 945 | | (3,656) |
| Deferred directory costs | | 8,523 | | 10,266 |
| Deferred income taxes | | 15,270 | | 15,270 |
| Prepaid expenses and other current assets | | (0) | | (0) |
| Total current assets | | 39,409 | | 33,421 |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | 31,373 | | 24,333 |
| Goodwill | | 55,943 | | 55,943 |
| Tradename intangible asset | | 195,593 | | 183,588 |
| Deferred income taxes | | 12,789 | | 12,789 |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | 7,726 | | 5,678 |
| Restricted cash | | - | | - |
| Total Assets | $ | 342,832 | $ | 315,752 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | 9,122 | $ | 8,965 |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 790 | | 5,892 |
| Unearned revenue and customer deposits | | 6,002 | | 6,515 |
| Accrued interest payable | | 4,603 | | 5,914 |
| Deferred income taxes | | 3,116 | | 3,116 |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 8,767 | | 2,691 |
| Total current liabilities | | 32,401 | | 33,092 |
| Deferred income taxes | | 24,943 | | 24,943 |
| Long-term debt, net of current portion | | 337,693 | | 326,423 |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | 78 | | - |
| Total liabilities | | 395,116 | | 384,458 |
| Equity: | | | | |
| Additional paid-in capital | | 92,034 | | 89,076 |
| Accumulated retained earnings (deficit) | | (144,318) | | (157,783) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | (52,284) | | (68,706) |
| Total Liabilities and Equity | $ | 342,832 | $ | 315,752 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for CBD Media Finance LLC**

| (USD in thousands - unaudited) | | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|---|
| Net revenue | $ | 77,870 | $ | 49,870 |
| Operating expenses: | | | | |
| Cost of revenue (exclusive of certain amortization included below) | | - | | - |
| | | 29,289 | | 19,031 |
| Selling, general and administrative expenses | | 4,268 | | 3,071 |
| Depreciation and amortization expense | | 184,801 | | 19,044 |
| Total operating expenses | | 218,358 | | 41,146 |
| Operating income (loss) | | (140,487) | | 8,724 |
| Other (income) expenses: | | | | |
| Interest income | | (7) | | (5) |
| Interest expense | | 29,120 | | 22,184 |
| Other (income) expense, net | | 176 | | 8 |
| Income (loss) before income taxes | | (169,777) | | (13,464) |
| Income tax expense (benefit) | | (35,032) | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | (134,744) | $ | (13,464) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

Exhibit B-3
Statement of Cash Flows for CBD Media Finance LLC

| *(USD in thousands - unaudited)* | | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | (134,744) | $ | (13,464) |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | 184,801 | | 19,044 |
| Deferred income taxes | | (35,032) | | - |
| Provision for doubtful accounts | | 2,706 | | 2,475 |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | (4,973) | | (4,330) |
| Restricted cash | | - | | - |
| Due to/from affiliates | | 5,525 | | (1,475) |
| Deferred directory costs | | 7,752 | | (1,742) |
| Prepaid expenses and other assets | | 3,291 | | 2,048 |
| Accounts payable and accrued liabilities | | (1,116) | | 5,023 |
| Accrued interest payable | | (595) | | 1,311 |
| Unearned revenue | | (360) | | 513 |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | 27,253 | | 9,402 |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | 14,324 | | (2,958) |
| Net cash provided by (used in) investing activities | | 14,324 | | (2,958) |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | (36,174) | | (11,428) |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | (36,174) | | (11,428) |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | 5,404 | | (4,984) |
| Cash and cash equivalents, beginning of period | | 1,527 | | 6,930 |
| **Cash and cash equivalents, end of period** | $ | 6,930 | $ | 1,946 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.