**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for CBD Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 68,110 | $ | (52,284) |
| Net income (loss) | | (134,744) | | (13,464) |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | 14,350 | | (2,958) |
| **Ending Balance** | $ | (52,284) | $ | (68,706) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for CBD Media Finance LLC**

Interest of the Estate                                    100%

***Operating Description***
CBD Media Finance LLC is an operating company.

**Tab 16**
**ACS Media Finance LLC**

**Exhibit A**
**Valuation Estimate for ACS Media Finance LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 157,962 |
| Total liabilities | 196,092 |
| **Book Value** | **(38,130)** |
| Value | (38,130) |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
<u>**Financial Statements for ACS Media Finance LLC**</u>

Exhibit B-1
Balance Sheet for ACS Media Finance LLC

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 3,773 | $ | 3,332 |
| Restricted cash | | - | | - |
| Accounts receivable, net | | 2,753 | | 2,555 |
| Due from affiliates | | 347 | | 138 |
| Deferred directory costs | | 872 | | 1,479 |
| Deferred income taxes | | 1,250 | | 1,250 |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | 8,996 | | 8,755 |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | 100,778 | | 97,909 |
| Goodwill | | 19,542 | | 19,542 |
| Tradename intangible asset | | 16,143 | | 15,864 |
| Deferred income taxes | | 12,918 | | 12,918 |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | 3,667 | | 2,974 |
| Restricted cash | | - | | - |
| Total Assets | $ | 162,045 | $ | 157,962 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | 4,330 | $ | 4,685 |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 41 | | 239 |
| Unearned revenue and customer deposits | | 1,172 | | 1,303 |
| Accrued interest payable | | 2,185 | | 3,010 |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 3,624 | | 2,068 |
| Total current liabilities | | 11,353 | | 11,306 |
| Deferred income taxes | | 14,168 | | 14,168 |
| Long-term debt, net of current portion | | 160,302 | | 170,618 |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | 185,823 | | 196,092 |
| Equity: | | | | |
| Additional paid-in capital | | (1,463) | | (16,637) |
| Accumulated retained earnings (deficit) | | (22,315) | | (21,493) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | (23,778) | | (38,130) |
| Total Liabilities and Equity | $ | 162,045 | $ | 157,962 |

<u>Note:</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for ACS Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---:|---|---:|
| Net revenue | $ | 39,998 | $ | 27,721 |
| Operating expenses: | | | |
| Cost of revenue (exclusive of certain amortization included below) | | 15,911 | - 11,694 |
| Selling, general and administrative expenses | | 1,539 | 535 |
| Depreciation and amortization expense | | 49,702 | 3,148 |
| Total operating expenses | | 67,152 | 15,377 |
| Operating income (loss) | | (27,153) | 12,344 |
| Other (income) expenses: | | | |
| Interest income | | (4) | (4) |
| Interest expense | | 13,823 | 11,521 |
| Other (income) expense, net | | 84 | 4 |
| Income (loss) before income taxes | | (41,056) | 822 |
| Income tax expense (benefit) | | (13,171) | - |
| Noncontrolling interest | | - | - |
| Net income (loss) | $ | (27,885) | $ 822 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for ACS Media Finance LLC**

| (USD in thousands - unaudited) | | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | (27,885) | $ | 822 |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | 49,702 | | 3,148 |
| Deferred income taxes | | (13,171) | | (0) |
| Provision for doubtful accounts | | 1,181 | | 282 |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | (788) | | (83) |
| Restricted cash | | - | | - |
| Due to/from affiliates | | 1,751 | | (1,347) |
| Deferred directory costs | | 45 | | (607) |
| Prepaid expenses and other assets | | 707 | | 694 |
| Accounts payable and accrued liabilities | | 34 | | 198 |
| Accrued interest payable | | 144 | | 825 |
| Unearned revenue | | (34) | | 131 |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | 11,686 | | 4,063 |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | | | |
| Intercompany | | (22,474) | | (15,174) |
| Net cash provided by (used in) investing activities | | (22,474) | | (15,174) |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | 14,230 | | 10,670 |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | 14,230 | | 10,670 |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | 3,442 | | (441) |
| Cash and cash equivalents, beginning of period | | 331 | | 3,773 |
| **Cash and cash equivalents, end of period** | $ | 3,773 | $ | 3,332 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for ACS Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 26,570 | $ | (23,778) |
| Net income (loss) | | (27,885) | | 822 |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | (22,463) | | (15,174) |
| **Ending Balance** | $ | (23,778) | $ | (38,130) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for ACS Media Finance LLC**

Interest of the Estate                                        100%

*Operating Description*
ACS Media Finance LLC is an operating company.

**Tab 17**
**HYP Media Finance LLC**

**Exhibit A**
**Valuation Estimate for HYP Media Finance LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 263,119 |
| Total liabilities | 297,998 |
| **Book Value** | **(34,879)** |
| Value | (34,879) |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for HYP Media Finance LLC**

**Exhibit B-1**
**Balance Sheet for HYP Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 1,672 | $ | 2,604 |
| Restricted cash | | - | | - |
| Accounts receivable, net | | 4,882 | | 1,445 |
| Due from affiliates | | 1,274 | | 14,041 |
| Deferred directory costs | | 356 | | 1,094 |
| Deferred income taxes | | 267 | | 267 |
| Prepaid expenses and other current assets | | 19 | | 0 |
| Total current assets | | 8,469 | | 19,452 |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | 185,882 | | 180,690 |
| Goodwill | | 7,198 | | 7,198 |
| Tradename intangible asset | | 46,737 | | 46,229 |
| Deferred income taxes | | 4,726 | | 4,726 |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | 6,614 | | 4,824 |
| Restricted cash | | - | | - |
| Total Assets | $ | 259,626 | $ | 263,119 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | 7,809 | $ | 7,612 |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | 286 | | 2,476 |
| Unearned revenue and customer deposits | | 324 | | 619 |
| Accrued interest payable | | 3,941 | | 4,982 |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | 2,340 | | 125 |
| Total current liabilities | | 14,700 | | 15,814 |
| Deferred income taxes | | 4,993 | | 4,993 |
| Long-term debt, net of current portion | | 289,095 | | 277,191 |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | 8 | | 0 |
| Total liabilities | | 308,796 | | 297,998 |
| Equity: | | | | |
| Additional paid-in capital | | 130,116 | | 150,513 |
| Accumulated retained earnings (deficit) | | (179,286) | | (185,393) |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | (49,170) | | (34,879) |
| Total Liabilities and Equity | $ | 259,626 | $ | 263,119 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for HYP Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | 63,161 | $ | 34,974 |
| Operating expenses: | | | | |
| Cost of revenue (exclusive of certain amortization included below) | | - | | - |
| Selling, general and administrative expenses | | 29,423 | | 16,122 |
| Depreciation and amortization expense | | 12,464 | | 442 |
| | | 136,081 | | 5,700 |
| Total operating expenses | | 177,968 | | 22,264 |
| Operating income (loss) | | (114,807) | | 12,709 |
| Other (income) expenses: | | | | |
| Interest income | | (3) | | (2) |
| Interest expense | | 24,929 | | 18,811 |
| Other (income) expense, net | | 164 | | 7 |
| Income (loss) before income taxes | | (139,897) | | (6,107) |
| Income tax expense (benefit) | | 13,055 | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | (152,952) | $ | (6,107) |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for HYP Media Finance LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | (152,952) | $ | (6,107) |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | 136,081 | | 5,700 |
| Deferred income taxes | | 13,055 | | 0 |
| Provision for doubtful accounts | | 11,211 | | 40 |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | (2,909) | | 3,396 |
| Restricted cash | | - | | - |
| Due to/from affiliates | | 2,208 | | (14,983) |
| Deferred directory costs | | 370 | | (738) |
| Prepaid expenses and other assets | | 1,841 | | 1,809 |
| Accounts payable and accrued liabilities | | (2,103) | | 2,183 |
| Accrued interest payable | | (51) | | 1,041 |
| Unearned revenue | | 226 | | 294 |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | 6,977 | | (7,364) |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | (8,767) | | 20,397 |
| Net cash provided by (used in) investing activities | | (8,767) | | 20,397 |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | 2,826 | | (12,101) |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | 2,826 | | (12,101) |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | 1,036 | | 933 |
| Cash and cash equivalents, beginning of period | | 636 | | 1,672 |
| **Cash and cash equivalents, end of period** | $ | 1,672 | $ | 2,604 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for HYP Media Finance LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 112,530 | $ | (49,170) |
| Net income (loss) | | (152,952) | | (6,107) |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | (8,747) | | 20,397 |
| **Ending Balance** | $ | (49,170) | $ | (34,879) |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for HYP Media Finance LLC**

Interest of the Estate                                      100%

***Operating Description***
HYP Media Finance LLC is an operating company.

**Tab 18**
**CII Acquisition Holding Inc**

**Exhibit A**
**Valuation Estimate for CII Acquisition Holding Inc**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| | |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | 0 |
| | |
| Value | 0 |
| | |
| Interest of the Estate | 100% |
| | |
| **Basis for the valuation** | Enterprise Book Value |

<u>Note:</u>
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for CII Acquisition Holding Inc**

**Exhibit B-1**
**Balance Sheet for CII Acquisition Holding Inc**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for CII Acquisition Holding Inc**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | - | - |
| Depreciation and amortization expense | - | - |
| Total operating expenses | - | - |
| Operating income (loss) | - | - |
| Other (income) expenses: | | |
| Interest income | - | - |
| Interest expense | - | - |
| Other (income) expense, net | - | - |
| Income (loss) before income taxes | - | - |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for CII Acquisition Holding Inc**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ - | $ - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | - | - |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | - | - |
| Due to/from affiliates | - | - |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | - | - |
| Accounts payable and accrued liabilities | - | - |
| Accrued interest payable | - | - |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | - | - |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $ - | $ - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for CII Acquisition Holding Inc**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for CII Acquisition Holding Inc**

Interest of the Estate                                    100%

*Operating Description*

CII Acquisition Holding Inc. is a holding company with no operations. CII Acquisition Holding Inc. owns 100% of non-Debtor affiliate Caribe Media, Inc.

**Tab 19**
**Caribe Media, Inc.**

**Exhibit A**
**Valuation Estimate for Caribe Media, Inc.**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 298,630 |
| Total liabilities | 191,410 |
| **Book Value** | **107,220** |
| Value | 107,220 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Caribe Media, Inc.**

## Exhibit B-1
## Balance Sheet for Caribe Media, Inc.

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 2,988 | $ 398 |
| Restricted cash | - | - |
| Accounts receivable, net | 632 | 553 |
| Due from affiliates | 1,723 | 2,171 |
| Deferred directory costs | - | - |
| Deferred income taxes | 5 | 5 |
| Prepaid expenses and other current assets | 158 | 105 |
| Total current assets | 5,505 | 3,233 |
| Property and equipment, net | 26 | 94 |
| Intangible assets, net | 161,813 | 157,937 |
| Goodwill | 49,752 | 49,752 |
| Tradename intangible asset | - | - |
| Deferred income taxes | 3,939 | 3,939 |
| Investment in subsidiary | 85,674 | 81,790 |
| Deferred financing costs, net and other | 2,430 | 1,885 |
| Restricted cash | - | - |
| Total Assets | $ 309,140 | $ 298,630 |
| **Liabilities and Equity** | | |
| Current liabilities: | | |
| Current portion of long-term debt | $ 4,888 | $ 4,888 |
| Line of credit | 3,790 | 6,600 |
| Accounts payable and accrued liabilities | 306 | 664 |
| Unearned revenue and customer deposits | - | - |
| Accrued interest payable | 1,789 | 3,257 |
| Deferred income taxes | 10 | 10 |
| Accrued pension liability ST | - | - |
| Due to affiliates | 37 | 94 |
| Total current liabilities | 10,820 | 15,513 |
| Deferred income taxes | 13,771 | 13,771 |
| Long-term debt, net of current portion | 163,674 | 162,126 |
| Accrued pension liability LT | (0) | (0) |
| Other long-term liabilities | - | - |
| Total liabilities | 188,265 | 191,410 |
| Equity: | | |
| Additional paid-in capital | 124,831 | 109,889 |
| Accumulated retained earnings (deficit) | (11,635) | (8,056) |
| Accumulated other comprehensive income (loss) | 3,056 | 3,056 |
| Noncontrolling interest | 4,623 | 2,331 |
| Total equity | 120,875 | 107,220 |
| Total Liabilities and Equity | $ 309,140 | $ 298,630 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Caribe Media, Inc.**

| *(USD in thousands – unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| Net revenue | $ | 16,345 | $ 9,876 |
| Operating expenses: | | | |
| Cost of revenue (exclusive of certain amortization included below) | | - | - |
| Selling, general and administrative expenses | | 2,663 | 1,703 |
| Depreciation and amortization expense | | 5,406 | 3,808 |
| Total operating expenses | | 8,069 | 5,511 |
| Operating income (loss) | | 8,276 | 4,365 |
| Other (income) expenses: | | | |
| Interest income | | (11) | (4) |
| Interest expense | | 11,941 | 7,942 |
| Other (income) expense, net | | (14,599) | (7,510) |
| Income (loss) before income taxes | | 10,945 | 3,937 |
| Income tax expense (benefit) | | 4,095 | - |
| Noncontrolling interest | | - | - |
| Net income (loss) | $ | 6,850 | $ 3,937 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Caribe Media, Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ 6,850 | $ 3,937 |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | (13,132) | (7,791) |
| Noncontrolling interest | - | |
| Depreciation and amortization expense | 5,406 | 3,808 |
| Deferred income taxes | 4,095 | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | 2,700 | 2,862 |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 143 | 79 |
| Restricted cash | | |
| Due to/from affiliates | 1,026 | (392) |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | 605 | 597 |
| Accounts payable and accrued liabilities | (1,681) | 358 |
| Accrued interest payable | 354 | 1,468 |
| Unearned revenue | | |
| Accrued pension and postretirement benefits | (0) | - |
| Net cash provided by (used in) operating activities | 6,366 | 4,927 |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | 654 | 108 |
| Net cash provided by (used in) investing activities | 654 | 108 |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | (26,500) | (6,025) |
| Net cash (paid to) received from noncontrolling interest | 12,888 | - |
| Net change in debt | (3,718) | (1,600) |
| Other | - | - |
| Net cash provided by (used in) financing activities | (17,330) | (7,625) |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | (10,310) | (2,590) |
| Cash and cash equivalents, beginning of period | 13,298 | 2,988 |
| **Cash and cash equivalents, end of period** | $ 2,988 | $ 398 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for Caribe Media, Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| **Beginning Balance** | $ | 127,293 | $ | 120,875 |
| Net income (loss) | | 6,850 | | 3,937 |
| Contributions | | 12,888 | | 11,675 |
| Dividends/Distributions | | (26,500) | | (17,700) |
| Share-based awards | | 344 | | 109 |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | (11,676) |
| **Ending Balance** | $ | 120,875 | $ | 107,220 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Caribe Media, Inc.**

Interest of the Estate                                        100%

*Operating Description*

Caribe Media, Inc. owns (i) 100% of non-Debtor affiliate Caribe Servicios de Informacion Dominicana, S.A. (together with non-Debtor affiliate Caribe Dominicana I-VI, LLC); (ii) 60% of non-Debtor affiliate Axesa Servicios de Informacion Inc; and (iii) 59.4% of non-Debtor affiliate Axesa Servicios de Informacion S en C.

**Tab 20**
**Caribe Dominican I-VI, LLC**

**Exhibit A**
**Valuation Estimate for Caribe Dominican I-VI, LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | 0 |
| | |
| Value | 0 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Caribe Dominican I-VI, LLC**

**Exhibit B-1**
**Balance Sheet for Caribe Dominican I-VI, LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Caribe Dominican I-VI, LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | - | $ | - |
| Operating expenses: | | | | |
| Cost of revenue (exclusive of certain amortization included below) | | - | | - |
| Selling, general and administrative expenses | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Total operating expenses | | - | | - |
| Operating income (loss) | | - | | - |
| Other (income) expenses: | | | | |
| Interest income | | - | | - |
| Interest expense | | - | | - |
| Other (income) expense, net | | - | | - |
| Income (loss) before income taxes | | - | | - |
| Income tax expense (benefit) | | - | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Caribe Dominican I-VI, LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ - | $ - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
|   Equity losses (gains) in subsidiaries | - | - |
|   Noncontrolling interest | - | - |
|   Depreciation and amortization expense | - | - |
|   Deferred income taxes | - | - |
|   Provision for doubtful accounts | - | - |
|   Paid-in-kind interest | - | - |
|   Other | - | - |
|   Changes in operating assets and liabilities: | | |
|     Accounts receivable | - | - |
|     Restricted cash | - | - |
|     Due to/from affiliates | - | - |
|     Deferred directory costs | - | - |
|     Prepaid expenses and other assets | - | - |
|     Accounts payable and accrued liabilities | - | - |
|     Accrued interest payable | - | - |
|     Unearned revenue | - | - |
|     Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | - | - |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $ - | $ - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.