**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for Caribe Dominican I-VI, LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Caribe Dominican I-VI, LLC**

Interest of the Estate                                                        100%

*Operating Description*
Caribe Dominican I-VI, LLC are holding companies with no operations. Caribe Dominican I-VI, LLC own 100% of non-Debtor affiliate Caribe Servicios de Informacion Dominicana SA (together with non-Debtor affiliate Caribe Media, Inc.).

**Tab 21**
**Caribe Servicios de Informacion Dominicana SA**

**Exhibit A**

**Valuation Estimate for Caribe Servicios de Informacion Dominicana SA**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 34,527 |
| Total liabilities | 10,730 |
| **Book Value** | 23,797 |
| | |
| Value | 23,797 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee. All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Caribe Servicios de Informacion Dominicana SA**

**Exhibit B-1**
**Balance Sheet for Caribe Servicios de Informacion Dominicana SA**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 2,067 | $ 683 |
| Restricted cash | - | - |
| Accounts receivable, net | | |
| Due from affiliates | 4,572 | 5,467 |
| Deferred directory costs | 707 | 615 |
| Deferred income taxes | 4,240 | 3,574 |
| Prepaid expenses and other current assets | 4,677 | 1,741 |
| Prepaid expenses and other current assets | 1,509 | 4,456 |
| Total current assets | 17,772 | 16,536 |
| Property and equipment, net | 1,013 | 1,342 |
| Intangible assets, net | 14,830 | 14,035 |
| Goodwill | 2,407 | 2,407 |
| Tradename intangible asset | - | - |
| Deferred income taxes | 212 | 206 |
| Investment in subsidiary | - | - |
| Deferred financing costs, net and other | - | - |
| Restricted cash | - | - |
| Total Assets | $ 36,234 | $ 34,527 |
| **Liabilities and Equity** | | |
| Current liabilities: | | |
| Current portion of long-term debt | $ - | $ - |
| Line of credit | | |
| Accounts payable and accrued liabilities | 7,824 | 7,369 |
| Unearned revenue and customer deposits | 114 | (48) |
| Accrued interest payable | - | - |
| Deferred income taxes | - | - |
| Accrued pension liability ST | - | - |
| Due to affiliates | 36 | (215) |
| Total current liabilities | 7,975 | 7,106 |
| Deferred income taxes | 3,625 | 3,625 |
| Long-term debt, net of current portion | - | - |
| Accrued pension liability LT | - | - |
| Other long-term liabilities | - | - |
| Total liabilities | 11,599 | 10,730 |
| Equity: | | |
| Additional paid-in capital | 25,572 | 25,624 |
| Accumulated retained earnings (deficit) | 1,356 | 859 |
| Accumulated other comprehensive income (loss) | (2,293) | (2,686) |
| Noncontrolling interest | - | - |
| Total equity | 24,635 | 23,797 |
| Total Liabilities and Equity | $ 36,234 | $ 34,527 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Caribe Servicios de Informacion Dominicana SA**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ 39,268 | $ 33,447 |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | 20,073 | 17,819 |
| Depreciation and amortization expense | 7,281 | 4,300 |
| | 1,862 | 1,226 |
| Total operating expenses | 29,216 | 23,345 |
| Operating income (loss) | 10,052 | 10,102 |
| Other (income) expenses: | | |
| Interest income | (67) | (17) |
| Interest expense | 51 | 55 |
| Other (income) expense, net | (11) | (18) |
| Income (loss) before income taxes | 10,078 | 10,083 |
| Income tax expense (benefit) | 2,522 | 2,828 |
| Noncontrolling interest | - | - |
| Net income (loss) | $ 7,555 | $ 7,255 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Caribe Servicios de Informacion Dominicana SA**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ 7,555 | $ 7,255 |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | 1,862 | 1,226 |
| Deferred income taxes | (386) | 2,941 |
| Provision for doubtful accounts | 195 | 174 |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (1,112) | (1,069) |
| Restricted cash | - | - |
| Due to/from affiliates | (2,317) | (159) |
| Deferred directory costs | 781 | 666 |
| Prepaid expenses and other assets | 156 | (2,947) |
| Accounts payable and accrued liabilities | 3,176 | (456) |
| Accrued interest payable | - | - |
| Unearned revenue | (16) | (162) |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | 9,895 | 7,469 |
| | | |
| **Investing Activities** | | |
| Capital expenditures | (1,006) | (809) |
| Intercompany | (1,497) | (98) |
| Net cash provided by (used in) investing activities | (2,503) | (907) |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | (7,700) |
| Net cash (paid to) received from noncontrolling interest | (7,752) | |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | (7,752) | (7,700) |
| | | |
| Effect of foreign exchange rate changes on cash | 260 | (246) |
| | | |
| Net increase (decrease) in cash and cash equivalents | (101) | (1,384) |
| Cash and cash equivalents, beginning of period | 2,167 | 2,067 |
| **Cash and cash equivalents, end of period** | $ 2,067 | $ 683 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for Caribe Servicios de Informacion Dominicana SA**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | 25,119 | $ | 24,635 |
| Net income (loss) | | 7,555 | | 7,255 |
| Contributions | | - | | - |
| Dividends/Distributions | | (7,752) | | (7,700) |
| Share-based awards | | - | | - |
| Foreign currency translation | | (287) | | (393) |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | 24,635 | $ | 23,797 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**

**Description of Operations for Caribe Servicios de Informacion Dominicana SA**

Interest of the Estate                                             100%

***Operating Description***
Caribe Servicios de Informacion Dominicana SA is an operating company.

**Tab 22**
**Axesa Servicios Inc.**

**Exhibit A**
**Valuation Estimate for Axesa Servicios Inc.**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| | |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | **0** |
| | |
| Value | 0 |
| | |
| Interest of the Estate | 60% |
| | |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Axesa Servicios Inc.**

Exhibit B-1

**Balance Sheet for Axesa Servicios Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Axesa Servicios Inc.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | - | - |
| Depreciation and amortization expense | - | - |
| Total operating expenses | - | - |
| Operating income (loss) | - | - |
| Other (income) expenses: | | |
| Interest income | - | - |
| Interest expense | - | - |
| Other (income) expense, net | - | - |
| Income (loss) before income taxes | - | - |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Axesa Servicios Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ - | $ - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | - | - |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | - | - |
| Due to/from affiliates | - | - |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | - | - |
| Accounts payable and accrued liabilities | - | - |
| Accrued interest payable | - | - |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | - | - |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for Axesa Servicios Inc.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Axesa Servicios Inc.**

Interest of the Estate                                                     60%

*Operating Description*

Axesa Servicios Inc. is a holding company with no operations. Axesa Servicios Inc. owns of 1% of non-Debtor affiliate Axesa Servicios de Informacion S en C.

**Tab 23**
**Axesa S, en.C.**

**Exhibit A**
**Valuation Estimate for Axesa S, en.C.**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 24,122 |
| Total liabilities | 18,295 |
| **Book Value** | **5,827** |
| | |
| Value | 5,827 |
| Interest of the Estate | 60% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
Financial Statements for Axesa S, en.C.

**Exhibit B-1**
**Balance Sheet for Axesa S, en.C.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| **Assets** | | | |
| Current assets: | | | |
| Cash and cash equivalents | $ | 1,259 | $ 2,047 |
| Restricted cash | | - | - |
| Accounts receivable, net | | 12,505 | 8,253 |
| Due from affiliates | | 79 | (646) |
| Deferred directory costs | | 6,624 | 5,509 |
| Deferred income taxes | | 756 | 756 |
| Prepaid expenses and other current assets | | 543 | 609 |
| Total current assets | | 21,767 | 16,527 |
| Property and equipment, net | | 432 | 352 |
| Intangible assets, net | | - | - |
| Goodwill | | 6,462 | 6,462 |
| Tradename intangible asset | | - | - |
| Deferred income taxes | | 780 | 781 |
| Investment in subsidiary | | - | - |
| Deferred financing costs, net and other | | - | - |
| Restricted cash | | - | - |
| Total Assets | $ | 29,441 | $ 24,122 |
| **Liabilities and Equity** | | | |
| Current liabilities: | | | |
| Current portion of long-term debt | $ | - | $ - |
| Line of credit | | - | - |
| Accounts payable and accrued liabilities | | 3,859 | 4,329 |
| Unearned revenue and customer deposits | | 1,338 | 1,275 |
| Accrued interest payable | | - | - |
| Deferred income taxes | | - | - |
| Accrued pension liability ST | | 311 | 311 |
| Due to affiliates | | 1,179 | 1,320 |
| Total current liabilities | | 6,687 | 7,236 |
| Deferred income taxes | | - | - |
| Long-term debt, net of current portion | | - | - |
| Accrued pension liability LT | | 11,198 | 11,059 |
| Other long-term liabilities | | - | - |
| Total liabilities | | 17,884 | 18,295 |
| Equity: | | | |
| Additional paid-in capital | | 432 | (4,030) |
| Accumulated retained earnings (deficit) | | 14,895 | 13,627 |
| Accumulated other comprehensive income (loss) | | (3,770) | (3,770) |
| Noncontrolling interest | | - | - |
| Total equity | | 11,557 | 5,827 |
| Total Liabilities and Equity | $ | 29,441 | $ 24,122 |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Axesa S, en.C.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ 67,002 | $ 41,720 |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | 27,306 | 18,559 |
| Depreciation and amortization expense | 26,493 | 21,955 |
| Total operating expenses | 280 | 210 |
| Operating income (loss) | 54,079 | 40,723 |
| | 12,923 | 997 |
| Other (income) expenses: | | |
| Interest income | (35) | (8) |
| Interest expense | - | - |
| Other (income) expense, net | - | - |
| Income (loss) before income taxes | 12,958 | 1,004 |
| Income tax expense (benefit) | 1,405 | 109 |
| Noncontrolling interest | 4,684 | 358 |
| Net income (loss) | $ 6,869 | $ 537 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Axesa S, en.C.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ 6,869 | $ 537 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | 4,684 | 358 |
| Depreciation and amortization expense | 280 | 210 |
| Deferred income taxes | 257 | (0) |
| Provision for doubtful accounts | 6,225 | 9,832 |
| Paid-in-kind interest | - | |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (8,730) | (5,579) |
| Restricted cash | - | - |
| Due to/from affiliates | 296 | 866 |
| Deferred directory costs | (1,397) | 1,116 |
| Prepaid expenses and other assets | 2,081 | (65) |
| Accounts payable and accrued liabilities | (979) | 470 |
| Accrued interest payable | - | - |
| Unearned revenue | (261) | (62) |
| Accrued pension and postretirement benefits | (2,157) | (139) |
| Net cash provided by (used in) operating activities | 7,169 | 7,542 |
| | | |
| **Investing Activities** | | |
| Capital expenditures | (180) | (133) |
| Intercompany | 1,607 | 3 |
| Net cash provided by (used in) investing activities | 1,427 | (130) |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | (3,975) |
| Net cash (paid to) received from noncontrolling interest | (8,560) | (2,650) |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | (8,560) | (6,625) |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | 36 | 788 |
| Cash and cash equivalents, beginning of period | 1,223 | 1,259 |
| **Cash and cash equivalents, end of period** | $ 1,259 | $ 2,047 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for Axesa S, en.C.**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 |
|---|---|---|---|
| **Beginning Balance** | $ | 10,545 | $ | 11,557 |
| Net income (loss) | | 6,869 | | 537 |
| Contributions | | - | | - |
| Dividends/Distributions | | (8,560) | | (6,625) |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | 2,703 | | - |
| Other | | - | | 358 |
| **Ending Balance** | $ | 11,557 | $ | 5,827 |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Axesa S, en.C.**

Interest of the Estate                                          60%

*Operating Description*
Axesa S, en.C. is an operating company.

Tab 24
Berry Dominicana Holdings LLC

**Exhibit A**
**Valuation Estimate for Berry Dominicana Holdings LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | **0** |
| Value | 0 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Berry Dominicana Holdings LLC**