**Exhibit B-1**
**Balance Sheet for Berry Dominicana Holdings LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ - | $ - |
| Restricted cash | - | - |
| Accounts receivable, net | - | - |
| Due from affiliates | - | - |
| Deferred directory costs | - | - |
| Deferred income taxes | - | - |
| Prepaid expenses and other current assets | - | - |
| Total current assets | - | - |
| Property and equipment, net | - | - |
| Intangible assets, net | - | - |
| Goodwill | - | - |
| Tradename intangible asset | - | - |
| Deferred income taxes | - | - |
| Investment in subsidiary | - | - |
| Deferred financing costs, net and other | - | - |
| Restricted cash | - | - |
| Total Assets | $ - | $ - |
| **Liabilities and Equity** | | |
| Current liabilities: | | |
| Current portion of long-term debt | $ - | $ - |
| Line of credit | - | - |
| Accounts payable and accrued liabilities | - | - |
| Unearned revenue and customer deposits | - | - |
| Accrued interest payable | - | - |
| Deferred income taxes | - | - |
| Accrued pension liability ST | - | - |
| Due to affiliates | - | - |
| Total current liabilities | - | - |
| Deferred income taxes | - | - |
| Long-term debt, net of current portion | - | - |
| Accrued pension liability LT | - | - |
| Other long-term liabilities | - | - |
| Total liabilities | - | - |
| Equity: | | |
| Additional paid-in capital | - | - |
| Accumulated retained earnings (deficit) | - | - |
| Accumulated other comprehensive income (loss) | - | - |
| Noncontrolling interest | - | - |
| Total equity | - | - |
| Total Liabilities and Equity | $ - | $ - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Berry Dominicana Holdings LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | - | - |
| Depreciation and amortization expense | - | - |
| Total operating expenses | - | - |
| Operating income (loss) | - | - |
| Other (income) expenses: | | |
| Interest income | - | - |
| Interest expense | - | - |
| Other (income) expense, net | - | - |
| Income (loss) before income taxes | - | - |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Berry Dominicana Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net income (loss) | $ | - | $ | - |
| Adjustments to reconcile net income to net cash provided by | | | | |
| (used in) operating activities: | | | | |
| Equity losses (gains) in subsidiaries | | - | | - |
| Noncontrolling interest | | - | | - |
| Depreciation and amortization expense | | - | | - |
| Deferred income taxes | | - | | - |
| Provision for doubtful accounts | | - | | - |
| Paid-in-kind interest | | - | | - |
| Other | | - | | - |
| Changes in operating assets and liabilities: | | - | | - |
| Accounts receivable | | - | | - |
| Restricted cash | | - | | - |
| Due to/from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Prepaid expenses and other assets | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Accrued interest payable | | - | | - |
| Unearned revenue | | - | | - |
| Accrued pension and postretirement benefits | | - | | - |
| Net cash provided by (used in) operating activities | | - | | - |
| | | | | |
| **Investing Activities** | | | | |
| Capital expenditures | | - | | - |
| Intercompany | | - | | - |
| Net cash provided by (used in) investing activities | | - | | - |
| | | | | |
| **Financing Activities** | | | | |
| Net cash (paid to) received from parent | | - | | - |
| Net cash (paid to) received from noncontrolling interest | | - | | - |
| Net change in debt | | - | | - |
| Other | | - | | - |
| Net cash provided by (used in) financing activities | | - | | - |
| | | | | |
| Effect of foreign exchange rate changes on cash | | - | | - |
| | | | | |
| Net increase (decrease) in cash and cash equivalents | | - | | - |
| Cash and cash equivalents, beginning of period | | - | | - |
| **Cash and cash equivalents, end of period** | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for Berry Dominicana Holdings LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Beginning Balance** | $ - | $ - |
| Net income (loss) | - | - |
| Contributions | - | - |
| Dividends/Distributions | - | - |
| Share-based awards | - | - |
| Foreign currency translation | - | - |
| Pension and post retirement benefit plan adjustments | - | - |
| Other | - | - |
| **Ending Balance** | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Berry Dominicana Holdings LLC**

Interest of the Estate                                       100%

*Operating Description*
Berry Dominicana Holdings LLC is an inactive holding company with no operations or financial results. Berry Dominicana Holdings LLC owns 100% of non-Debtor affiliate Berry Dominicana Holdings II LLC.

**Tab 25**
**Berry Dominicana Holdings II LLC**

**Exhibit A**
**Valuation Estimate for Berry Dominicana Holdings II LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | **0** |
| Value | 0 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
<u>Financial Statements for Berry Dominicana Holdings II LLC</u>

**Exhibit B-1**
**Balance Sheet for Berry Dominicana Holdings II LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Berry Dominicana Holdings II LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | - | - |
| Depreciation and amortization expense | - | - |
| Total operating expenses | - | - |
| Operating income (loss) | - | - |
| Other (income) expenses: | - | - |
| Interest income | | |
| Interest expense | - | - |
| Other (income) expense, net | - | - |
| Income (loss) before income taxes | - | - |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Berry Dominicana Holdings II LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ - | $ - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | - | - |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | - | - |
| Due to/from affiliates | - | - |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | - | - |
| Accounts payable and accrued liabilities | - | - |
| Accrued interest payable | - | - |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | | |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $ - | $ - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for Berry Dominicana Holdings II LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Berry Dominicana Holdings II LLC**

Interest of the Estate                                        100%

*Operating Description*
Berry Dominicana Holdings II LLC is an inactive holding company with no operations or financial results.  Berry Dominicana Holdings II LLC owns 100% of non-Debtor affiliate Berry Dominicana Holdings III LLC and (together with non-Debtor affiliate Berry Dominicana Holdings III LLC) 100% of non-Debtor affiliate Local Insight Media Dominicana SRL.

**Tab 26**
**Berry Dominicana Holdings III LLC**

**Exhibit A**
**Valuation Estimate for Berry Dominicana Holdings III LLC**

*(USD in thousands - unaudited)*

| | |
|---|---|
| Date of valuation | 9/30/2010 |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | **0** |
| Value | 0 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Berry Dominicana Holdings III LLC**

**Exhibit B-1**
**Balance Sheet for Berry Dominicana Holdings III LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Berry Dominicana Holdings III LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| Net revenue | $ | - | $ | - |
| Operating expenses: | | | | |
|    Cost of revenue (exclusive of certain amortization included below) | | - | | - |
|    Selling, general and administrative expenses | | - | | - |
|    Depreciation and amortization expense | | - | | - |
| Total operating expenses | | - | | - |
| Operating income (loss) | | - | | - |
| Other (income) expenses: | | | | |
|    Interest income | | - | | - |
|    Interest expense | | - | | - |
|    Other (income) expense, net | | - | | - |
| Income (loss) before income taxes | | - | | - |
| Income tax expense (benefit) | | - | | - |
| Noncontrolling interest | | - | | - |
| Net income (loss) | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**

**Statement of Cash Flows for Berry Dominicana Holdings III LLC**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ - | $ - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | - | - |
| Depreciation and amortization expense | - | - |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | - |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | - | - |
| Due to/from affiliates | - | - |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | - | - |
| Accounts payable and accrued liabilities | - | - |
| Accrued interest payable | - | - |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | | |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | - | - |
| Other | | |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | - | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $ - | $ - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**
**Statement of Changes in Shareholders' Equity (Deficit) for Berry Dominicana Holdings III LLC**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**
**Description of Operations for Berry Dominicana Holdings III LLC**

Interest of the Estate                                      100%

*Operating Description*
Berry Dominicana Holdings III LLC is an inactive holding company with no operations or financial results. Berry Dominicana Holdings III LLC owns (together with non-Debtor affiliate Berry Dominicana Holdings II LLC) 100% of non-Debtor affiliate Local Insight Media Dominicana SRL.

**Tab 27**
**Local Insight Media Dominicana SRL**

**Exhibit A**
**Valuation Estimate for Local Insight Media Dominicana SRL**

*(USD in thousands - unaudited)*

| | |
|---|---|
| **Date of valuation** | 9/30/2010 |
| **Entity's value** | |
| Total assets | 0 |
| Total liabilities | 0 |
| **Book Value** | **0** |
| Value | 0 |
| Interest of the Estate | 100% |
| **Basis for the valuation** | Enterprise Book Value |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B**
**Financial Statements for Local Insight Media Dominicana SRL**

**Exhibit B-1**
**Balance Sheet for Local Insight Media Dominicana SRL**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Restricted cash | | - | | - |
| Accounts receivable, net | | - | | - |
| Due from affiliates | | - | | - |
| Deferred directory costs | | - | | - |
| Deferred income taxes | | - | | - |
| Prepaid expenses and other current assets | | - | | - |
| Total current assets | | - | | - |
| Property and equipment, net | | - | | - |
| Intangible assets, net | | - | | - |
| Goodwill | | - | | - |
| Tradename intangible asset | | - | | - |
| Deferred income taxes | | - | | - |
| Investment in subsidiary | | - | | - |
| Deferred financing costs, net and other | | - | | - |
| Restricted cash | | - | | - |
| Total Assets | $ | - | $ | - |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Current portion of long-term debt | $ | - | $ | - |
| Line of credit | | - | | - |
| Accounts payable and accrued liabilities | | - | | - |
| Unearned revenue and customer deposits | | - | | - |
| Accrued interest payable | | - | | - |
| Deferred income taxes | | - | | - |
| Accrued pension liability ST | | - | | - |
| Due to affiliates | | - | | - |
| Total current liabilities | | - | | - |
| Deferred income taxes | | - | | - |
| Long-term debt, net of current portion | | - | | - |
| Accrued pension liability LT | | - | | - |
| Other long-term liabilities | | - | | - |
| Total liabilities | | - | | - |
| Equity: | | | | |
| Additional paid-in capital | | - | | - |
| Accumulated retained earnings (deficit) | | - | | - |
| Accumulated other comprehensive income (loss) | | - | | - |
| Noncontrolling interest | | - | | - |
| Total equity | | - | | - |
| Total Liabilities and Equity | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2**
**Statement of Income (Loss) for Local Insight Media Dominicana SRL**

| (USD in thousands - unaudited) | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| Net revenue | $ - | $ - |
| Operating expenses: | | |
| Cost of revenue (exclusive of certain amortization included below) | - | - |
| Selling, general and administrative expenses | - | - |
| Depreciation and amortization expense | - | - |
| Total operating expenses | - | - |
| Operating income (loss) | - | - |
| Other (income) expenses: | | |
| Interest income | - | - |
| Interest expense | - | - |
| Other (income) expense, net | - | - |
| Income (loss) before income taxes | - | - |
| Income tax expense (benefit) | - | - |
| Noncontrolling interest | - | - |
| Net income (loss) | $ - | $ - |

**Note:**
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-3**
**Statement of Cash Flows for Local Insight Media Dominicana SRL.**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | Quarter Ended 30-Sep-10 |
|---|---|---|
| **Operating Activities** | | |
| Net income (loss) | $ - | $ - |
| Adjustments to reconcile net income to net cash provided by | | |
| (used in) operating activities: | | |
| Equity losses (gains) in subsidiaries | - | - |
| Noncontrolling interest | | - |
| Depreciation and amortization expense | - | - |
| Deferred income taxes | - | - |
| Provision for doubtful accounts | - | |
| Paid-in-kind interest | - | - |
| Other | - | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | - | - |
| Restricted cash | - | |
| Due to/from affiliates | - | - |
| Deferred directory costs | - | - |
| Prepaid expenses and other assets | - | - |
| Accounts payable and accrued liabilities | - | - |
| Accrued interest payable | - | |
| Unearned revenue | - | - |
| Accrued pension and postretirement benefits | - | - |
| Net cash provided by (used in) operating activities | - | - |
| | | |
| **Investing Activities** | | |
| Capital expenditures | - | - |
| Intercompany | - | - |
| Net cash provided by (used in) investing activities | - | - |
| | | |
| **Financing Activities** | | |
| Net cash (paid to) received from parent | - | - |
| Net cash (paid to) received from noncontrolling interest | - | - |
| Net change in debt | - | - |
| Other | - | - |
| Net cash provided by (used in) financing activities | - | - |
| | | |
| Effect of foreign exchange rate changes on cash | | |
| | | |
| Net increase (decrease) in cash and cash equivalents | - | - |
| Cash and cash equivalents, beginning of period | - | - |
| **Cash and cash equivalents, end of period** | $ - | $ - |

Note:
The information contained herein is provided to fulfill the requirements of the U.S. Trustee.
All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4**

**Statement of Changes in Shareholders' Equity (Deficit) for Local Insight Media Dominicana SRL**

| *(USD in thousands - unaudited)* | Fiscal Year Ended 31-Dec-09 | | Quarter Ended 30-Sep-10 | |
|---|---|---|---|---|
| **Beginning Balance** | $ | - | $ | - |
| Net income (loss) | | - | | - |
| Contributions | | - | | - |
| Dividends/Distributions | | - | | - |
| Share-based awards | | - | | - |
| Foreign currency translation | | - | | - |
| Pension and post retirement benefit plan adjustments | | - | | - |
| Other | | - | | - |
| **Ending Balance** | $ | - | $ | - |

**Note:**

The information contained herein is provided to fulfill the requirements of the U.S. Trustee.

All information contained herein is unaudited and subject to future adjustment.

**Exhibit C**

<u>**Description of Operations for Local Insight Media Dominicana SRL**</u>

Interest of the Estate                                              100%

*Operating Description*

Local Insight Media Dominicana SRL is an inactive company with no operations or financial results.