# EXHIBIT A

# DEHNEY DECLARATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., *et al.*,[1] | ) Case No. 10-13677 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**DECLARATION OF ROBERT J. DEHNEY IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328(A), 504, AND 1103(A); FED. R. BANKR. P. 2014, 2016, AND 5002; AND DEL. BANKR. L.R. 2014-1 FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS DELAWARE CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO DECEMBER 6, 2010**

I, Robert J. Dehney, hereby declare under penalty of perjury:

1.    I am a member of the firm of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols")[2], which maintains an office for the practice of law at 1201 North Market Street, Wilmington, Delaware 19801.  I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware and the United States District Court for the District of Delaware.

2.    I submit this declaration (the "Declaration") in connection with the application (the "Application") of the Official Committee of Unsecured Creditors (the

---

[1]    The Debtors are the following entities (followed by the last four digits of their tax identification numbers where applicable):  Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P.  For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

"Committee") of the above-referenced debtors and debtors-in-possession (the "Debtors"), to retain and employ Morris Nichols as Delaware counsel to the Committee *nunc pro tunc* to December 6, 2010, and to provide certain disclosures under section 327(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code"); Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3.     Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently hereto.[3]

4.     Neither I, Morris Nichols, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their significant secured and unsecured creditors, or any other parties-in-interest herein or their respective attorneys or accountants, other than as described in this Declaration.

5.     Due to the size and diversity of Morris Nichols's practice, Morris Nichols may have represented or otherwise dealt with or may now be representing or otherwise dealing with certain entities or persons (and their attorneys or accountants or both) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases. But Morris Nichols is not representing and will not represent any entity other than the Committee in connection with these chapter 11 cases. In addition, Morris Nichols is engaged or has been engaged in a number of matters in which attorneys and other professionals representing various parties-in-interest in these cases are also involved; in a number of cases Morris Nichols

---

[3]     Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Morris Nichols and are based on information provided by them.

and those professionals represent or have represented the same clients. Moreover, due to the nature and size of its practice, Morris Nichols has or has had relationships as local counsel, co-counsel, or referring counsel with many major law firms in most, if not all, major cities in the United States, which includes law firms representing creditors or other parties-in-interest in these cases; all such relationships are on matters unrelated to these cases. Morris Nichols is also a member of certain lawyer associations and networks, including the Terralex network and ALAS, a mutual insurance company owned by law firms, which may include law firms representing creditors or other parties-in-interest in these cases. Furthermore, Morris Nichols, as part of its practice, also has and continues to represent agents, trustees, and similar entities in bankruptcy cases in which participants in the related facilities may be or believe they are creditors or other parties-in-interest in the above-captioned bankruptcy cases; Morris Nichols does not represent these parties and they are not generally part of Morris Nichols's conflict system.

6. Morris Nichols has conducted, and continues to conduct, research into its relations with the Debtors, their creditors, and other parties interested in these cases. As part of this inquiry, Morris Nichols obtained the names of individuals or entities that may be parties-in-interest in these chapter 11 cases (the "Potential Parties-in-Interest") annexed hereto as **Schedule 1**. Morris Nichols then entered the names of Potential Parties-in-Interest into a computer database containing the names of all clients and conflict information concerning the clients of Morris Nichols. This inquiry revealed that certain of the Potential Parties-in-Interest or entities affiliated with and/or related to certain Potential Parties of Interest (collectively, the "Client Match Entities"), are current (collectively, the "Current Client Match Entities") or former

(collectively, the "Former Client Match Entities") Morris Nichols clients.[4] Through the information generated from the above-mentioned computer inquiry, and through follow-up inquiries with Morris Nichols' attorneys responsible for certain clients listed on the Client Match Entities, Morris Nichols determined that the representation of the Client Match Entities concerned matters unrelated to these chapter 11 cases, except to the extent otherwise indicated herein. In particular, to the best of my knowledge, information, and belief, (a) Morris Nichols currently serves as counsel to entities that are, or may be affiliates of, the entities identified on the schedule annexed hereto as Schedule 2, the Current Client Match Entities, on matters unrelated to these cases; and (b) Morris Nichols formerly represented either the entities, or affiliates of the entities, identified on the schedule annexed hereto as Schedule 3, the Former Client Match Entities, on matters unrelated to these cases since December 6, 2007. Morris Nichols's computer database covers a period of time prior to December 6, 2007; however, as a matter of practice, Morris Nichols has not listed on Schedule 3 former clients for such prior period. Although Morris Nichols values all of its clients, none of the Client Match Entities represent significant financial revenues for Morris Nichols.

7. Except as set forth herein, Morris Nichols does not, and has not, represented any entity in matters related to these chapter 11 cases. Before the Committee selected Morris Nichols as its Delaware co-counsel, Morris Nichols was contacted to act as Delaware counsel to an ad hoc group of holders of Local Insight Regatta Holdings, Inc.'s, 11% Senior Subordinated Notes due November 30, 2017, in connection with, among other things, a

---

[4] To the extent that a Client Match Entity disclosed in either Schedule 2 or Schedule 3 attached to the Dehney Declaration is not an "affiliate" (as such term is defined in section 101(2) of the Bankruptcy Code) of and/or is not related to a Potential Party in Interest, such Client Match Entity shall not be construed as an affiliate of and/or an entity related to such Potential Party in Interest and Morris Nichols reserves all rights with respect thereto.

potential restructuring of the Debtors. In connection therewith, Morris Nichols attended and monitored the first day hearings in these cases. Morris Nichols was not formally retained as counsel to this ad hoc group of bondholders, had no direct contact or communications with the ad hoc group, and did not receive any compensation for its services.

8. Delaware Corporate Organizers, Inc., which provides no legal services, is a wholly-owned subsidiary of Morris Nichols, and serves as registered agent for certain Delaware corporations (for which services no attorney-client relationship exists), performs various non-legal corporate services, and may serve as registered agent and/or performed other non-legal corporate services for parties who are connected to these chapter 11 cases.

9. Furthermore, one employee of the Office of the United States Trustee for the District of Delaware, Dion Wynn (left Morris Nichols on March 31, 2002), and one employee of the United States Bankruptcy Court for the District of Delaware, Bonnie Anemone (left Morris Nichols on April 13, 2000), are former employees of Morris Nichols. In addition, Erin R. Fay, a former associate at Morris Nichols, is currently employed as a judicial law clerk at the United States Bankruptcy Court for the District of Delaware.

10. Gregory W. Werkheiser, a partner in this firm, is married to Rachel L. Werkheiser, who, since August 31, 2009, has been serving as a judicial law clerk to the Honorable Christopher S. Sontchi, a Bankruptcy Judge in this District.

11. Other than as set forth herein, Morris Nichols is neither a creditor of the Debtor, an equity holder of the Debtor, nor an insider of the Debtor. For so long as it represents the Committee, Morris Nichols will not represent any entities other than the Committee in connection with these cases.

12.     Neither I, Morris Nichols, nor any partner, counsel, or associate thereof, represent any interest adverse to the Committee, the Debtors, or their estates in the matters upon which we are proposed to be engaged.

13.     Morris Nichols is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

14.     Subject to Court approval in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the orders and local rules of this Court, the Committee proposes to pay Morris Nichols its customary hourly rates in effect from time to time as set forth herein, plus reimbursement of actual, necessary expenses incurred by Morris Nichols on the Committee's behalf.  At the present time, Morris Nichols's current hourly rates range between $275 per hour for the most junior associate to $770 per hour for the most senior partner.  The following chart is representative of Morris Nichols' current hourly rates for work of this nature:

| | |
|---|---|
| Partners | $475 to $770 |
| Associates | $275 to $475 |
| Paraprofessionals | $205 to $260 |
| Case Clerks | $130 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions.

15.     Morris Nichols will comply with all of the requirements of this Court and of the Bankruptcy Code and Bankruptcy Rules with respect to fee and expense applications of professionals employed by bankruptcy estates.

16.     No promises have been received by Morris Nichols or by any partner, counsel, or associate thereof as to compensation in connection with its representation of the Committee in these cases other than as set forth in the Application.

17. Morris Nichols has no agreement with any entity to share any compensation received by Morris Nichols, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

18. The proposed employment of Morris Nichols is not prohibited by or improper under Rule 5002 of the Bankruptcy Rules. Except as disclosed herein, I am not related, and to the best of my knowledge, no attorney at the firm is related, to any United States Bankruptcy Judge or District Court Judge for the District of Delaware or to the United States Trustee for such district or any employee in the office thereof.

19. By reason of the foregoing, I believe that Morris Nichols is eligible for employment and retention by the Committee pursuant to section 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules. Should any additional relevant information come to Morris Nichols' attention, Morris Nichols will file supplemental affidavits regarding this retention.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 5, 2011
Wilmington, Delaware

3162699

_____
Robert J. Dehney

# SCHEDULE 1

## POTENTIAL PARTIES-IN-INTEREST

3601 C Street LLC
3L Media AB
A-1 Roofing & Construction
A1 Systems Integrations LLC
ABS Business Products
Absopure Water Co.
ACD Media Finance LLC (possibly ACS
Media)
Acelock Inc.
ACS Media Finance LLC
ACS Media Holdings LLC
ACS Media LLC
acs411.com
acs411.net
acs411.org
acsmedia.biz
acsmedia.com
acsmedia.net
acsmedia.org
acsmediallc.biz
acsmediallc.com
acsmediallc.net
acsyellowpages.com
acsyellowpages.inet
acsyellowpages.info
acsyellowpages.org
acsyep.com
acsyep.net
acsyep.org
Ad Works
Adam James LLC
Adams Telephone Co-Operative
ADP Customer Deposit
ADP Inc.
ADP Inc.
Agilonics
Agilonics Inc.
Agilonics Inc.
Agilonics LLC
AGResearch International
AGResearch.Info
AGResearch.Info
AICCO Inc.
Aicco Inc.

Alabama Mississippi Telecommunication
Association
Aladdin Capital Management LLC
Aladdin Credit Advisors LP
Alaska Communications Systems
Alaska Pure Water Products
Alaska Waste
Alaska, State of
alaska411.com
alaska411.net
alaskadirect.com
alaskadirect.org
All in One Fence
Almeida, John, Jr.
Alston Hunt Floyd & Ing
Alvarez & Marsal
Alvarez and Marsal Private Equity
Performance
Alvin's Home Office
American Arbitration Association
American Customs Brokerage Co. Inc.
American Self Storage
Ampco System Parking
Amy Jones Consulting Co.
Analytics Operations Engineering Inc.
Anchorage Advisors LLC
Anchorage Capital Group LLC
Anchorage Daily News Inc.
anchoragealaskaattorneys.com
anchoragealaskarestaurants.com
anchoragealaskarestaurants.net
anchorageattorneys.com
anchoragedirectory.net
Aon Consulting Inc.
Aon Risk Services
Apex 3 LLC
APG Investments US Inc.
AQP Publishing Inc.
Aquire
Aramark Refreshment Services
Arapahoe Hospitality LLC
Arctic Slope Telephone Association
Arctic Slope Telephone Association
Cooperative Inc.

Ardent Technologies
Ardent Technologies Inc.
Arkwest Communications
Armstrong Telephone Co.
Armstrong Telephone Co. of New York
Arnold & Porter LLC
Aspen Graphics Inc.
AT&T
AT&T Advertising Solutions
AT&T Directory Listing Products
AT&T Global Services LLC
AT&T Global Services LLC
AT&T Mobility
ATP Investment Management
Attain Technologies LLC
Augusta Health Medical Center
Automotive Rentals Inc.
AVI Foodsystems Inc.
Avis Rent A Car Systems Inc.
Axesa S, en.C. Caribe Dominican I-VI LLC
Axesa Servicios de Informacion S en C
Axesa Servicios Inc
Bain & Co. Inc.
Bank of America NA
banner-blast.com
Barclays Capital
Batson, Chris
Battistoni, Darren C.
Bayside Capital Inc.
BE & Design
Beckman, Elena C.
Beltran-Ordonio, Patricia
Benton Ridge Telephone Co.
Berman Moving & Storage Inc.
Berman, Scott A.
Berry
Berry & Design
Berry Advantage
Berry Co.
Berry Company LLC, The
Berry Company, The
Berry Dominicana Holdings II LLC
Berry Dominicana Holdings III LLC
Berry Dominicana Holdings LLC
Berry Sales & Marketing Solution
BerryBillPay.com
BerryClicks.com
BerryCMR.com
BerryCompany.net
BerryConnect.biz

BerryConnect.com
BerryCustomerService.com
BerryDomains.com
BerryFrameBuilder.com
BerryHeadingManual.com
BerryHeadings.com
BerryImage.com
BerryInet.com
BerryInetdev.com
BerryInetDevelopment.com
BerryInetGallery.com
BerryInetImages.com
BerryInetSurvey.com
Berryleads
BerryMaps.com
berrymeansbusiness.com
BerryNet.com
BerryPods.com
BerryProjects.com
BerrySolutions.com
BerryWebMail.com
BerryWired.com
Bertrams, Barbara
Better Business Bureau of Alaska, Oregon &
Western Washington
BI
BIA Advisory Services LLC
Bie Media LLC
Bit-Tracker.com
Black Box Corp.
Blue Marble Enterprises Inc.
Blue Wolf Group LLC
BNP Paribas
Booth Research Services
Booth Research Services Inc.
Boss Hogg's
BPS Telephone
BPS Telephone Co.
Brace, Frederic F.
Brace, Frederic F.
Brehm, Cynthia
Brewington, Ross W.
Brewsky's Food & Spirits
BrightSource Consulting Inc.
Brugman, Michael
BSG TPV LLC
BTS USA Inc.
Buchanan Technologies
Buchbinder, David
Burton, Jeremy Travis

Business Interiors Inc.
Business Objects Americas
Business Solutions International Inc.
BusinessPlans Inc.
Butler Till Media Services Inc.
Cabrera, Pedro
Cafe Excellence Alaska Inc.
Caldwell List Co. Inc.
Canby Telcom
Canby Telephone Association
Canon Financial Services Inc.
Canto Software Inc.
Capital Chevrolet Cadillac
Capitol Coffee
Cardinal Services Ltd.
Careerbuilder
Careibe Media Inc. (caribe)
Carellas & Newberry PC
Carey, Kevin J.
Cargill Heating Plumbing Air Conditioning
Water Conditioning Co.
Caribe Services
Caribe Servicios de Informacion Dominicana
SA
Carnegie Telephone Co.
Cascade Utilities Inc.
Cayman Islands Stock Exchange
CB Richard Ellis
CBD Finance Inc.
CBD Holdings Finance Inc.
CBD Investor Inc.
CBD Media Holdings LLC
CBD Media LLC
cbd-media.com
cbdmediainc.com
cbd-mediainc.com
cbdmedia-inc.com
cbdmediallc.com
cbd-mediallc.com
cbdmedia-llc.com
cbld.com
cbyp.biz
cbyp.bz
cbyp.cc
cbyp.com
cbyp.info
cbyp.mobi
cbyp.org
cbyp.tv
cbyp.us

cbypprint.com
cbypsales.com
CDW Direct LLC
Center For Creative Leadership
Central Baptist Church
Central Parking System
Central Texas Telephone Cooperative
Century Interactive
CenturyLink
CenturyLink CBO
CenturyTel Service Group LLC
Cerebyte
Cerebyte Inc.
Certified Audit of Circulations Inc.
Champaign Telephone Co., The
Chapel Electric Co. LLC
Chapel Romanoff Technologies LLC
Charter Communications Holding Co. LLC
Chartis
Cherokee Telephone Co.
Chesnee Telephone Co.
Chesnee Telephone Co. Inc.
Chester Telephone Co.
Chester Telephone Co. Inc.. The
Chillicothe Ross Chamber of Commerce
Chow, Allan
Chubb Group
CII Acquisition Holding Inc.
Cimarron Telephone Co.
cinbellyellowpages.com
cincibellyellowpages.com
cincinatiexchange.com
cincinati-exchange.com
cincinattiexchange.com
cincinatti-exchange.com
Cincinnati Bell Any Distance Inc.
Cincinnati Bell Telephone Co. LLC
Cincinnati Bell Wireless Co.
cincinnati-autos.com
cincinnati-bell.com
cincinnatibelldirectory.biz
cincinnatibelldirectory.bz
cincinnatibelldirectory.cc
cincinnatibelldirectory.com
cincinnatibelldirectory.info
cincinnatibelldirectory.net
cincinnatibelldirectory.org
cincinnatibelldirectory.tv
cincinnatibelldirectory.us
cincinnatibellphonebook.com

cincinnatibellyellowpage.biz
cincinnatibellyellowpage.bz
cincinnatibellyellowpage.cc
cincinnatibellyellowpage.com
cincinnatibellyellowpage.info
cincinnatibellyellowpage.net
cincinnatibellyellowpage.org
cincinnatibellyellowpage.tv
cincinnatibellyellowpage.us
cincinnatibellyellowpages.biz
cincinnatibellyellowpages.bz
cincinnatibellyellowpages.cc
cincinnatibellyellowpages.com
cincinnatibellyellowpages.info
cincinnatibellyellowpages.info
cincinnatibellyellowpages.net
cincinnatibellyellowpages.net
cincinnatibellyellowpages.org
cincinnatibellyellowpages.org
cincinnatibellyellowpages.tv
cincinnatibellyellowpages.tv
cincinnatibellyellowpages.us
cincinnatibellyellowpages.us
cincinnati-cars.com
cincinnatiexchange.com
cincinnati-exchange.com
cincinnati-today.com
cincinnatixchange.com
cincinnatiyp.com
cinciphonebook.com
cinciyellowpages.com
cinciyellowpages.com
cincybellyellowpages.com
cincybellyp.com
cincyexchange.com
cincypages.com
cincyphonebook.com
Cintas Corp. #2
cintiexchange.com
Cipriani, Mario
Cipriani, Mario G.
Citizens Directory Services Co. LLC
Citizens Telco
Citizens Telephone Co. of Hammond NY Inc.

Citizens Telephone Co. of Kecksburg
Citrix Online LLC
Citrix Systems Inc.
Clear Creek Telephone & Television
Clickable

Coastal Communications
Coastal Utilities Inc.
Colorado Valley Telephone Cooperative Inc.
Colton Telephone Co.
Columbus Area Chamber of Commerce
Comanche County Telephone Co. Inc.
Commercial Industrial Finance Corp.
Communications Corp. of Indiana
CompManagement Inc.
Comporium Publishing
Computer Enterprises Inc.
ComSouth
Comsouth Telecommunications Inc.
Comtech Systems Inc.
Concord Telephone Co.
Concur Technologies Inc.
Condominium Rentals Hawaii
Conneaut Telephone Co.
Connie's Cleaning Service
Consolidated Telco Inc.
Consolidated Telephone Co.
Corda Technologies Inc.
Cordova Telephone Cooperative Inc.
Corporate Place LLC
Corporate Woods Assoc LLC
Corporate Woods Associates LLC
Corporex Inverness LLC
CorTechs Inc.
Courtyard by Marriot Brighton
Courtyard By Marriott Greensboro Airport
Courtyard Marriott
Cratos Capital Partners LLC
Credit Suisse
Creswell Chronicle, The
Critter Control of Dayton
Cross Telephone Co.
Crowley Co.
Crown Equipment Corp.
Crystal Springs
CS Groundskeepers
CS Groundskeepers Inc.
CSC Consulting Inc.
CSC Consulting Inc.
CT Communications Inc.
CT Corp.
Culligan of Erie PA
Culligan Water Conditioning
Customer Centrix LLC
CustomerCentrix LLC
cxtools.com

Cynergies Consulting Inc.
Cynergies Solutions Group
D&E Communications
D&K Carpet Cleaning Inc.
Dalton Whitfield Chamber of Commerce
Data Link Solutions Inc.
DAVIDIM LLC
Dayton History
Dayton Power & Light Co.
DBA Knowledge Inc.
DDI Inc.
de Nicola, Anthony J.
Deerfield Capital
Deerfield Capital Management LLC
Deerfield Farmers' Telephone Co.
DEGNAN-PPP LLC
Delivered Dish
Dell Telephone Cooperative Inc.
Deloitte
Deloitte & Touche LLP
Denali Capital LLC
Dennison-Bayer, Jane
Des Plaines Printing LLC
Dex
Digital Divide Data
Digital Media Communications
Digital Media Communications Inc.
Diller Telephone Co.
Dinsmore & Shohl LLP
Directory Distributing
Directory Distributing Associates Inc.
Dirxion LLC
Discovery, A Division of Discovery
Technology Inc.
Diversified Credit Service
Diversified Credit Service
Do It Yourself Rental
Dominion East Ohio
Dosher, John
Dothan, City of (AL)
Doylestown Telephone Co.
DR Duke Moving Inc.
Duff and Phelps
Duke Energy
Duke Realty LP
E&R Cleaning Service
Early Express Services Inc.
Eaton Vance Management
eFax Corp.
Eisenberg, David

Elevator Music
Ellington Telephone Co.
Emory's Air Conditioning Heating &
Refrigeration
Employers Council Services Inc.
Employment Guide, The
Endeavor Communications Inc.
Enhanced Telecommunications Corp.
Enquirer Media
Equifax
Equifax Information Services LLC
ERI Economic Research Institute
Erie Water Works
Ernst & Young
Ernst & Young US LLP
e-siteworks.com
e-storeworks.com
Eternal Art Memorial Co.
EthicsPoint Inc.
Everybody's Inc.
Everybody's Workplace Solutions
ExactTarget
Express Scripts Inc.
Express Services Inc.
fairbanksdirectory.net
Fairpoint Communications
Fairway & Greene Ltd.
Farrare, Bernadine
Fayette County
Federal Express Corp.
Federal Insurance Co.
Ferguson Stein Chambers Gresham & Sumter
PC
Fireline Group
First American Equipment Finance
Fischer, John
Fischer, John S.
Fitzgerald, Judith L.
FN Shaffer & Co.
FormCenter
Four Seasons Cleaning
Franco, Lisa
Fraser Sullivan Investment Management Co.
Fraser Sullivan Investment Management LLC
Frontier
Frontier Communications
Frontier Communications Corp.
Frontier Directory Services LLC
Frontier Infoservices
Frontier InfoServices Inc.

FTI Consulting Inc.
G2 Capital LLC
Ganado Telephone Co.
Garden Isle Disposal Inc.
Garth A. Larson & Sandra M. Larson
Revocable Trust dated 06/27/95
GCI Communication Corp.
Geiger-Schwab, Kathy
Gemzon, Ellen
General Communications Inc.
General Data Co. Inc.
General Information Services Inc.
General Instrument Corp.
Georgia Power Co.
Geotag Inc.
Gervais Telephone Co.
Getty Images (US) Inc.
Gibson Arnold & Associates Inc.
Gig Harbor Peninsula Area Chamber of
Commerce
Giordano, Diane
Gizza, John
Global Crossing
Global Crossing Telecommunications Inc.
Goldman Sachs & Co.
Goldman Sachs Credit Partners LP
Good Technology Inc.
Goodan, Robert
Goodman Telephone Co.
Google Inc.
Graham, Daniel J.
Great Plains Communications
Great Plains Communications Inc.
.Greater Cincinnati Water Works
Green Connection
Gross, Kevin
GSO Capital
GSO Capital Partners  LP
Guadalupe Valley Telephone Cooperative
Guadalupe Valley Telephone Cooperative Inc.
GulfCoast Transportation Systems Inc.
GXS
Hair Affair & Boutique
Hall, Yolanda
Hamilton County Telephone Cooperative
Hamilton County Telephone Cooperative
Hamilton Telephone Co.
Hanington, William K.
Hanson Directory Services
Harrington Industrial Laundry

Hasler Inc.
Hawaiian Telcom
Heart of Wisconsin Business Alliance
Heberle Disposal Service Inc.
Heck, Jeffrey
Henderson, Greg R.
Heyer, Cary
HG Worldwide Inc.
HickoryTech
Hickorytech Corp.
Highbridge Spring Water Co. Inc.
Highland Telephone Cooperative Inc.
Hill Country Telephone Cooperative
Hill Country Telephone Cooperative Inc.
HMSA Blue Cross Blue Shield of Hawaii
Hoffman Lewis
Hogan & Hartson LLP
Hogan Lovells LLP
Holme Roberts & Owen LLP
Home City Ice Co.
Honeycutt Electric
Hopi Telecommunications
Hopi Telecommunications Inc.
Horizon Chillicothe Telephone
Horizon Chillicothe Telephone
Horizon Telcom Inc.
Houlihan Lokey Capital Inc.
Houston Casualty Co.
How, Wendy
htyellowpages.com
Hudson, City of (OH)
Huffman, Linda
HYP Media
HYP Media Finance LLC
HYP Media Holdings LLC
HYP Media LLC
I Local Insight Media & Design
Iacono
Iacono Productions
Ideal Pure Water
Ikon Financial Services (IFS)
Ikon Office Solutions
Iloka Inc.
Imperial Credit Corp.
Indiana Telecommunications Association
Infostore LLC
Innerlink Inc.
Innovative Architects LLC
Innovectra
Innovectra Corp.

Integra Telecom
Integrity Marketing and Communications
Integrity Staffing Services
Intercall
Intercall Inc.
Interior Plantscaping By Jayne
Interior Telephone
Invesco
Invesco Advisers Inc
Iron Mountain
Iron Mountain Information Mangement Inc.
J&Y Investment LLC
Jacobs Chase Frick Kleinkopf & Kelley LLC
Jenkins, Richard
JGX2 Development LLC
John S Swift Co. of Des Plaines
Joseph Mann & Creed
JP Morgan Chase Bank
JPMorgan Chase & Co.
Jpmorgan Chase Bank NA
juneaudirectory.net
Kaiser Foundation Health Plan
Kaiser Permanente
Kalama Telephone
Kalama Telephone Co.
Kaleva Telephone Co.
Kalispell Area Chamber of Commerce
Kalsey Insurance Agency
Kay McGovern & Associates
KB Advertising Specialties
Kelley Building, The
Kelly Services Inc.
kenaidirectory.com
kenaidirectory.net
Kenney, Mark
Ketchikan Public Utilities
Ketchikan, City of (AK)
Kettering Moraine Oakwood Chamber of
Commerce
Keyword-Tool.com
Kiwanis Club of Chena
Klauder, David
Knology Inc.
KnowledgeLake Inc.
Kohler Foods Inc.
Kone Inc.
Konica Minolta Business Solutions USA Inc.
KPMG LLP
Kramer Graphics Inc.
Krawzyck, William

Kumar, Rohit
Kurtzman Carson Consultants (KCC)
La Crosse Tribune
Lanai Trucking Inc.
Larned, F. Stephen
Laurel Highland Telephone Co.
Law Offices of David C Hollingsworth, The
Lazard Freres & Co LLC
Le Bleu Bottled Water
Leadership Research Institute
LeadsInLincoln.com
LeadsInLincoln.net
Leamy, Jane
Lee Hecht Harrison LLC
Lee Wayne Corp.
Lehman Brothers
Lennon Telephone Co.
Level 3 Communications LLC
Lewan and Associates
Lewis & Lewis Computer Store
Lexington Green Partners LLC
Liberty Property LP
Ligonier Telephone Co.
Ligonier Telephone Co. Inc.
LIM Finance Holdings Inc.
LIM Finance II Inc.
LIM Finance, Inc.
LIM GP LLC
LIM-PPP LLC
Lincoln County Telephone Systems Inc.
Lincoln Electric System
Lincoln Financial Group
LincolnCommunityPage.com
LincolnGallery.net
LincolnLeads.com
LincolnSearchPros.com
LincolnSearchPros.net
Lincolnville Tel
Lincolnville Telephone Co.
Lindeman, Tony
Lineback Building Services Inc.
Liniform Service
Link Systems Inc.
LinkedIn Corp.
Lipan Telephone Co.
Listfield Consulting
Little, Johnny
LM Berry & Co.
Local Insight Listing Management Inc.
Local Insight Media

Local Insight Media Dominicana SRL
Local Insight Media Finance Holdings LLC
Local Insight Media Finance LLC
Local Insight Media Holdings GP LLC
Local Insight Media Holdings II Inc.
Local Insight Media Holdings III Inc.
Local Insight Media Holdings Inc.
Local Insight Media Holdings LP
Local Insight Media Inc.
Local Insight Media Inc.
Local Insight Media LP
Local Insight Regatta Holdings Inc.
Local Insight Yellow Pages
Local Insight Yellow Pages & Design
Local Matters Inc.
localinsightmedia.com
localinsightregattaholdings.com
Lockton Cos. LLC
Loews Capital
Logicalis
Logicalis Inc.
Logistech Inc.
Logos@Work LLC
Lomax, Yvonne
Lorain County Community College
Lord Securities Corp.
Louisiana Secretary of State
MacKenzie Partners Inc.
MacMillan India Ltd.
Magellan Health Services
Makoa Trucking Services Inc.
Mango Bay Communications Inc.
Mankato Citizens Telephone Co.
Manpower Services
Manpower-Chicago
Manpower-Farmington Hills
Marangi Disposal
Marathon Asset Management LLC
Marblegate Asset Management LLC
Marchex Sales Inc.
Margaretville Telephone Co. Inc.
Market Distribution Specialists
Maroon Ventures LLC
Marquette Group
Martin, Linda
Martin, Linda A.
Marx, Richard
Mass Mutual Life Insurance Co.
MassMutual Retirement Services Compliance
Department

Matanuska Telephone Association Inc.
Maui Circulation Inc.
MBO LLC
McCarthy Burgess & Wolff
McCormick Coffee Co.
MCCR
MCCR Inc.
McDole, Dionne
McDonald County Telephone Co.
McDonald Telephone
McKinstry, Seleste
MDNH (Marchex)
Mebtel Inc.
Media Margin Makers Corp.
Media Ventures Inc.
MediaTraks Global LLC
Mejia, Annette Renea
Merkel Donohue
Merrill Communications LLC
Merrill Lynch & Co.
Meshell Telecom Inc.
Metropolitan Life Insurance Co.
MGW Telephone Co.
Michigan, State of
Micro Focus
Microsoft
Microsoft Licensing GP
Middle Point Telephone Co.
Mid-Plains Rural Telephone Cooperative Inc.
Midwest Prairie Development LLC
MILA-PPC LLC
Milbank Tweed Hadley & McCloy LLP
Miller Telephone Co.
Millreek, Township of (PA)
Mims, Christopher
Minford Telephone Co.
Misty Mountain Town Car
Mobile Mini
Mock Beroth Tire & Automotive Inc.
Modern Cleaning Services
Modern Law LLC
Molalla Communications Co.
Mon-Cre Telephone Cooperative
Monitor Co-op Telephone Co.
Monster Worldwide Inc.
Montana Board of Investments
Montgomery County Water Services &
Sanitary Engineering (OH)
Montrose Mutual Telephone Co.
Moon Valley Software Inc.

Morgan Stanley Investment Management
Most Used Directory The Local Favorite & Design
Mountain States Employers Council Inc.
Mountain View Telephone Co.
MSD Capital LP
Mt. Angel Telephone Co.
Mukluk Telephone
Mulberry Telephone Co. Inc.
Multi-Ad Services Inc.
Murray Devine & Co.
Murray Devine Co.
Muzak LLC
MW Post Advisory Group LLC
Myers, Doug
MYPS Inc.
Name That Builds Business, The
NAS Recruitment Communications Inc.
National Career Fairs
National Fuel
Natixis
Naylor LLC
NCO Financial
NCO Financial
NCTIA
Neal, Marilyn B.
Neal, Marilyn B.
NEC Financial Services LLC
Neopost USA Inc.
Net-Linx Americas Inc.
Network Access Products Inc.
Nevis Group (The)
New Vector Partners LLC
Newport Telephone Co.
Newport Telephone Co. Inc.
Newsted, Richard E.
Next Day Delivery
Nicholville Telephone Co. Inc.
Nielsen Claritas
Nielsen Co. LLC
Niswonger, Jeffrey
Nitco-NW Indiana Telephone Co
Nomura Asset Management
Norhio Plumbing Inc.
Normandy Hill
Normandy Hill Capital LP
Nortex Communications
North State Communications
North State Telephone Co. Inc.
North Texas Telephone Co.

Northern Lights Center LLC
Northwestern Indiana Telephone Co.
Ntelos Communications Inc.
Ntelos Telephone Inc.
NYK Logistics (Americas) Inc.
NYSTA
Oaktree Capital
Oaktree Capital Management LP
Octagon Credit Investors LLC
Office Depot
Office Team
Ohio Bureau of Workers' Compensation
Ohio Department of Commerce
Ohio Edison Co.
Ohio, State Treasurer of
Oklahoma Tax Commission
Oklahoma Telephone & Telegraph Inc.
Olsten
O'Malley, James K.
One Source Mobile LLC
Oneida County Rural Telephone Co.
Online Resource Corp.
Opti Staffing Group
Oracle USA Inc.
OrangeSoda Inc.
Orchid Island Rubbish & Recycle
Oregon Telephone Corp.
Ottoville Mutual Telephone Co.
OTZ Telephone
Outplacement Training Resources Inc.
Ozark Telephone
Ozark Telephone Co.
Pacific Investment Management Co.
Panacio, Michael
Pangaea Asset Management LLC
Paper Processing Solutions Inc.
Pardee Hospital
Pattersonville Telephone Co.
Payne, Karen
Payne, Kevin
Paytech Inc.
Peak Creative Media
Pembroke Telephone Co.
Pembroke Telephone Co. Inc.
Penelec
Pennsylvania Department of Revenue
Pepsi Bottling Group of Denver
Peq Services + Solutions
Pereyra & Asociados
Petersons Property Maintenance Inc.

Pettingill, Scott
Phone Book Recycling
Pine Belt Telephone Co.
Pine Telephone Co. Inc.
Pinebridge
Pinebridge Investments LLC
Pinnacle Performance
Pitney Bowes Bank Inc., The
Pitney Bowes Global Financial Services LLC

Pitney Bowes Inc.
Pitney Bowes MapInfo Corp.
Pitney Bowes Software Inc.
Plant Trolley Inc.
Pomeroy, Scott A.
Ponderosa Telephone Co., The
Pottawatomie Telephone Co.
PPPHI Associates LLC
PPP-ZM LLC
Premier Printing & Packaging Inc.
Premiere Global Services
PricewaterhouseCoopers
Prime Time Party Rental Inc.
Principal Life Insurance Co.
Pro Tech Services
Professional Maintenance of Dayton
Progressive Rural Telephone Co.
Promatch Solutions LLC
Protech Services
Pro-Tech Services
Protective Life
Protective Life Corp.
Proximity Marketing
Prudential Investment Management
Prudential Investment Management Inc.
Pruss, Jessica
PSI Group Technology Inc.
PTCI
PWC
QST Publications Inc.
Quadgraphics
Qwest Corp.
Raco Industries LLC
Ragland Telephone Co. Inc.
Rainier Connect
Randstad HR Solutions of Delaware LP
Randstad North America LP
Randstad Work Solutions
Randy Frieden Excavating
RBS

Reachusa Sales Group LLC
Realty Executives White Mountains
Redline Finishing LLC
Regatta Holdings I LP
Regatta Holdings II LP
Regatta Holdings III LP
Regatta Investor Holdings II Inc.
Regatta Investor Holdings Inc.
Regatta Investor LLC
Regatta Split-Off I LLC
Regatta Split-Off II LLC
Regatta Split-Off III LLC
Register.com Inc.
Reliance Connects
Relizon Co., The
Rice, Danica
Ridgeway Telephone Co.
Rieck Services
Rio Virgin Telephone Co. Inc.
Ritter Communications
Riviera Telephone Co.
Riviera Telephone Co. Inc.
Roanoke & Botetourt Telephone Co.
Rochester (NY) Marriot Hotels
Rochester Telephone Co. Inc.
Rodgers Vending & Coffee Service
Rogers, John
Rogge Global Partners Inc.
Rolling & Sliding Doors of Dayton LLC
Ropes & Gray LLP
Rosco's Signs
Ross Group Inc., The
Rousch, Beth
Royal Bank of Scotland plc
RR Donnelley Receivables Inc.
RTC Communications
Rumpke Consolidated Cos.
Safco Heating & Air Conditioning Inc.
Safeguard Business Systems
sales-ally.com
Salesforce.com
Salesforce.com Inc.
Salina-Spavinaw Telephone Co.
Sand Creek Telephone Co.
Sandell
Sandell Asset Management
Sarkessian, Juliet
Savvis
Savvis Communications Corp.
SBC Advertising Ltd.

SBC Advertising Ltd.
Scale Datacom
Scarnato, Frank J.
Schachter & Associates Inc.
Schepacarter, Richard
Scottissue Inc.
Seix Investment Advisors
Seix Investment Advisors Inc.
Seneca Telephone
Seneca Telephone Co. of Missouri
Services Agendize Inc., Les
Servpac
Servpac Inc.
Shannon, Brendan L.
Sharebridge
Sharp Business Systems
Sharp, Teresa
Shaum, Richard L.
Shaum, Richard L., Jr.
Sheldon, Gregory
Shenkman Capital Management Inc.
Shoreham Telephone Co.
Shred-It
Sign Language Custom Signs
Siguler Guff
Silco
Silver Point Construction
Simpson Thacher & Bartlett LP
Sirness Services Inc.
Siskiyou Telephone Co.
SkillSoft
Smithville Communications Inc.
Smithville Telephone
Snyder, John
Softchoice Corp.
Software Contract Solutions Inc.
Software House Integration International
Sogeti USA LLC
Solarus
Solid Blend Technologies Inc.
Sontchi, Christopher S.
Sound Communications Inc.
South Arkansas Telco
South Arkansas Telephone Co.
Specialty Directory Distribution Services Inc.
Spectrum Equity Investors
Spherion Corp.
Spherion of Lima Inc.
Spies, Allan R.
Sprint

St. Paul Co-op Telephone Co.
St. Peters Corporate Center I LLC
Stansfield Own Coffee
Staples Promotional Products
State Long Distance Telephone Co.
Statera Inc.
Statesboro Bulloch Chamber of Commerce
Statesboro, City of (GA)
StatsDashboard.com
Stayton Cooperative Telephone Co.
Steger, Charlie
Sterling Commerce
Sterling Commerce (America) Inc.
Sternfield Law LLC
Stevens Graphics Inc.
Stichting Pensioenfonds ABP
Stirbis, James
Stirbis, Jim
Summit County Fiscal Officer (OH)
SuperMedia LLC
Swayzee Telephone Co. Inc.
Sweetser Telephone Co.
Sycamore Telephone Co.
Symphony Asset Management
Symphony Asset Management LLC
SyncSort Inc.
T Rowe Price Associates
T Rowe Price Associates Inc.
Taleo Corp.
Tape Products Co.
Taylor Telephone Cooperative Inc.
TDS Telecom Services Corp.
TDS Telecommunications Corp.
TEC Services Inc.
TEC-National Telephone of Alabama
Tecosky, Kathryn
TEC-Peoples Telephone Co.
TelAlaska Inc.
Telephone Service Co.
Telmetrics Inc.
Tenino Telephone
Tenino Telephone Co.
Tennenbaum
Tennenbaum Capital
Texas State Comptroller
theberrycompany.biz
theberrycompany.com
theberrycompany.org
Think Patented
ThomasGraphics Inc.

Thompson Hine LLP
Tidewater Telco
Tidewater Telecom Inc.
Time Warner Cable
Tinker, Thomas Patrick
TK Strategics
TK Strategics LLC
Toe, Alvin
Toledo Telephone Co.
Totah Telephone Co. Inc.
TRC Global Solutions Inc.
Trenton Telephone Co.
TruVista Communications
TurnHere Inc.
UBS
UBS AG
Union Springs Telephone Co. Inc.
United Termite & Pest Control
United Utilities
United Utilities Inc.
UnitedHealthcare
UPS
Uptime Computer Services
Uptime LLC
Uptime Solutions Associates Inc.
US Department of Commerce/NOAA
US Postal Service
USA Mobility Wireless Inc.
Vander Vegt, Mitch
Vectren Energy Delivery of Ohio Inc.
Verizon
Verizon
Verizon Florida LLC
Verizon Wireless Services LLC
Verizon Wireless Services LLC
Vernon Telephone Co.
Vernon Telephone Cooperative Inc.
Very Specialized Plant Service
VideoBloom Inc.
Vision Communications
Vision Service Plan
Vision Service Plan Insurance Co.
Vision Vending LLC
VoiceLog
Volcano Communications Co.
Wabash Telephone Cooperative
Walrath, Mary F.
Walsh, Peter J.
Washington Department of Revenue
Waste Management

Waste Management
Waste Management of Ohio Inc.
WaterWare Internet Services Inc.
Waupaca Online Net
Wayne, Edward D.
WCAS Capital Partners IV LP
WCAS co-investors  (Welsh, Carson)
WCAS IX (Welsh, Carson)
WCAS VIII  (Welsh, Carson)
WCP III (related to Local Insight)
WCP IV (related to Local Insight)
Web.com Group Inc.
websitealaska.com
websitealaska.net
websitealaska.org
WebVisible Inc.
Wellington Management Co. LLP
Wells Fargo & Co.

Wells Fargo Bank NA
Wells Fargo Capital Finance
Wells Real Estate & Development Co.
Welsh Carson Anderson & Stowe
Wemette, Mark
West, Michael
Westphalia Telephone Co.
Whidbey Telephone Co.
Who's Calling Inc.
Wilford, Lisa
Wilford, Simon
William Penn Plaza Associates
Williams, Cindy
Williams, Tim
Willnerd & Associates CPA
Windstream
Windstream Communications Inc.
Windstream Corp.
Wizbang Solutions
WLWT
WLWT-TV
Woodlands Commercial Bank
work-book.biz
work-book.com
WorkflowOne
World Color (USA) Corp.
WXIX TV Fox 19
Xerox Corp.
Yahoo Inc.
Yahoo Search Marketing
Yahoo! Inc.

Yell County Telephone Co.
Yellow Pages Association
Yellow Pages Your Way
Yellowpages.com
Yellowpages.com
Yellowpages.com
YellowPages.com LLC
Yodle Inc.
Your Link to Lincoln
Your Local Leads Expert
YPAD.com
YPG Directories LLC
Zanowick, Chris A.
Zipper Solutions LLC

# SCHEDULE 2

Morris Nichols currently serves as counsel to the Potential Parties in Interest identified below and/or one or more Current Client Match Entities on matters unrelated to these cases.

| | |
|---|---|
| Aicco, Inc. | Metropolitan Life Insurance Company |
| Aon Corporation | MSD Capital, LP |
| Aramark Corporation | Oracle Corporation |
| AT&T and certain of its affiliates | Prudential Mutual and certain of its affiliates |
| Avis Rent-a-Car System, LLC | The Royal Bank of Scotland |
| Barclay's Capital and certain of its affiliates | Savvis Inc. |
| BIA, Inc. | Sprint and certain of its affiliates |
| CenturyLink and certain of its affiliates | Staples, Inc. |
| Chartis Warranty Guard, Inc., and certain of its affiliates | Taleo Corporation |
| Cintas Corporation | United Parcel Service |
| Credit Suisse Securities (USA) LLC | Yahoo! Inc. |
| Deloitte LLP and certain of its affiliates | |
| Frontier Communications Corporation | |
| Goldman, Sachs & Co. and certain of its affiliates | |
| Knology, Inc. | |
| Lazard Ltd. | |
| Level 3 Communications | |
| Manpower, Inc. | |
| Merrill Lynch & Co., Inc., and certain of its affiliates | |

# **SCHEDULE 3**

Morris Nichols formerly represented the Potential Parties in Interest identified below and/or one or more Former Client Match Entities on matters unrelated to these cases since December 6, 2007.

| | |
|---|---|
| American Arbitration Association | PepsiAmericas, Inc. |
| Bain Capital | Pitney Bowes, Inc. |
| Bank of America, N.A. | PricewaterhouseCoopers LLP and certain of its affiliates |
| Dinsmore & Shohl LLP | Protective Life Corporation |
| Federal Insurance Company | Republic Property Trust |
| GSO Capital Partners, LP | Ropes & Gray, LLP |
| GXS Worldwide, Inc. | R.R. Donnelly |
| Honan & Hartson, LLP | Salesforce.Com, Inc. |
| J.P. Morgan Chase Bank, N.A., and certain of its affiliates | Sandell Asset Management Corporation and certain of its affiliates |
| Konica Minolta Business Solutions U.SA., Inc. and certain of its affiliates | Symphony Asset Management |
| KPMG, LLP, and certain of its affiliates | Syncsort |
| Lincoln Electric Company | Tennenbaum Capital Partners, LLC |
| Merrill Corporation | UBS Painewebber and certain of its affiliates |
| Morgan Stanley and certain of its affiliates | Wellington Management Company, LLP |
| Natixis Credit Opportunities Fund I, LP | Wells Fargo Bank, N.A., and certain of its affiliates |
| NEC Corporation | Xerox |