## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Michael J. Robin, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the notice and claims agent for the Debtors in the above-captioned cases.

On January 4, 2011, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail on the service list attached hereto as **Exhibit A**:

- **Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim, Including for Claims Under 11 U.S.C. § 503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim, and (C) Approving Notice Thereof** [Docket No. 242]

- **Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Extending the Period of Time to Remove Civil Actions** [Docket No. 243]

- **Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing the Debtors to Enter Into a Consulting Agreement with Zipper Solutions, Inc., to Provide the Services of John Sakys, the Debtors' Interim Controller and Chief Accounting Officer** [Docket No. 244]

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

On January 4, 2011, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class mail on the service list attached hereto as **Exhibit B**:

- **Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing the Debtors to Enter Into a Consulting Agreement with Zipper Solutions, Inc., to Provide the Services of John Sakys, the Debtors' Interim Controller and Chief Accounting Officer** [Docket No. 244]

Dated: January 6, 2011

/s/ Michael J. Robin
Michael J. Robin
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Phone: (310) 823-9000

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on January 6, 2011, by Michael J. Robin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Michelle Cruz

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

Exhibit A
Core 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bain & Company Inc | Attn Diane Fernandes | 131 Dartmouth St | | Boston | MA | 02116 |
| Barrow & Grimm PC | Wm Brad Heckenkemper | 110 W Seventh Ste 900 | | Tulsa | OK | 74119-1044 |
| Blakeley & Blakeley LLP | Johnny White Esq | 100 Park Ave Ste 1600 | | New York | NY | 10017 |
| Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | Stuart Drowos Deputy AG | Wilmington | DE | 19801 |
| Delaware Secretary of the State | Division of Corps Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Delaware Secretary of the Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| Directory Distributing Associates Inc | Attn Michael Shelton | 1602 Park 370 Ct | | Hazelwood | MD | 63042 |
| Drinker Biddle & Reath LLP | Howard A Cohen & Stephanie Wickouski | 1100 N Market St Ste 1000 | | Wilmington | DE | 19801-1254 |
| Federal Communications Commission | Matthew Berry Esq | 445 12th St SW | Office of General Counsel | Washington | DC | 20554 |
| Internal Revenue Service | Attn Insolvency | 1352 Marrows Rd 2nd Fl | | Newark | DE | 19711-5445 |
| Internal Revenue Service | Attn Insolvency | 31 Hopkins Plz Rm 1150 | District Director | Baltimore | MD | 21201 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| Loeb & Loeb LLP | Walter H Curchack & Joshua Levin-Epstein | 345 Park Ave | | New York | NY | 10154 |
| Lowenstein Sandler PC | Scott Cargill Esq | 65 Livingston Ave | | Roseland | NJ | 07068 |
| Marchex Sales Inc | Attn Ethan Caldwell | 520 Pike St Ste 2000 | | Seattle | WA | 98101 |
| Milbank Tweed Hadley & McCloy LLP | Mark Shinderman | 601 S Figueroa St 30th Fl | | Los Angeles | CA | 90017-5735 |
| Milbank Tweed Hadley & McCloy LLP | Michael E Comerford Esq | One Chase Manhatten Plz | | New York | NY | 10005 |
| Miller Canfield Paddock & Stone PLC | Jose J Bartolomei Esq | 101 N Main St 7th Fl | | Ann Arbor | MI | 48104-1400 |
| Miller Canfield Paddock & Stone PLC | Stephen S LaPlante Esq | 150 W Jefferson Ave Ste 2500 | | Detroit | MI | 48226 |
| Missouri Dept of Revenue | Sheryl L Moreau Bankruptcy Unit | 301 W High St Rm 670 | PO Box 475 | Jefferson City | MO | 65105-0475 |
| Morris Nichols Arsht & Tunnell LLP | Robert J Dehney & Gregory T Donilon | 1201 N Market St | PO Box 1347 | Wilmington | DE | 19899 |
| Office of the United States Trustee | R A DeAngelis T P Tinker & R L Schepacarter | 844 King St Rm 2207 | Lockbox No 35 | Wilmington | DE | 19801 |
| Office of the US Attorney General | Joseph R Biden III | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 |
| Parcels Inc | | 230 N Market St | PO Box 27 | Wilmington | DE | 19899 |
| Pension Benefit Guaranty Corp | Office of the General Counsel | 1200 K Street NW | | Washington | DC | 20005-4026 |
| Quadgraphics Inc | Attn Patricia A Rydzik | N63 W23075 State Hwy 74 | | Sussex | WI | 53089-2827 |
| Richards Layton & Finger PA | Mark D Collins & Travis A McRoberts | 920 N King St | | Wilmington | DE | 19801 |
| Ropes & Gray | Mark I Bane & Benjamin L Schneider | 1211 Avenue of the Americas | | New York | NY | 10036-8704 |
| Secretary of State | Division of Corporations Franchise Tax | PO Box 7040 | | Dover | DE | 19903 |
| Secretary of Treasury | | 15th & Pennsylvania Ave NW | | Washington | DC | 20220 |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | 701 Market St | The Mellon Independence Ctr | Philadelphia | PA | 19106-1532 |
| Securities & Exchange Commission | Mark Schonfeld Esq | 3 World Financial Center Ste 400 | New York Regional Office | New York | NY | 10281-1022 |
| Securities & Exchange Commission | | 100 F St NE | | Washington | DC | 20549 |
| Simpson Thacher & Bartlett LLP | Sandeep Qusba & Kathrine A McLendon | 425 Lexington Ave | | New York | NY | 10017-3954 |
| United States Attorneys Office | Ellen W Slights Esq | 1007 N Orange St Ste 700 | District of Delaware | Wilmington | DE | 19801 |
| US Bank National | Attn Timothy Sandell | 60 Livingston Ave | | St Paul | MN | 55107-2292 |
| Wells Fargo Bank NA | Attn Windstream Regatta Account Mgr | 625 Marquette Ave S | Corporate Trust Svcs MAC N9311 110 | Minneapolis | MN | 55479 |
| Wright Lindsey & Jennings LLP | Charles T Coleman & Kimberly W Tucker | 200 W Capitol Ave Ste 2300 | | Little Rock | AR | 72201 |

In re Local Media Insight Holdings, et al.
Case No. 10-13677 (KG)

Page 1 of 1

# EXHIBIT B

**Exhibit B**

| Name | Notice Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Zipper Solutions Inc | Attn John Sakys | 9912 Stratford Ln | Highlands Ranch | CO | 80126 |

In re Local Media Insight Holdings, et al.
Case No. 10-13677 (KG)

Page 1 of 1