IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to Docket Nos. 82 & 173** |

## NOTICE OF SERVICE OF SECOND AMENDED LIST OF PROFESSIONALS TO BE EMPLOYED BY THE DEBTORS IN THE ORDINARY COURSE OF BUSINESS

**PLEASE TAKE NOTICE** that on December 3, 2010, the debtors and debtors in possession in the above-captioned cases filed the *Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 82] (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). On December 16, 2010, the Debtors filed the *Notice of Service of Amended List of Professionals to Be Employed by the Debtors in the Ordinary Court of Business* (the "Notice") [Docket No. 154], and on December 17, 2010, the Bankruptcy Court entered its *Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business* (the "Order") [Docket No. 173].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

PLEASE TAKE FURTHER NOTICE that an updated and amended list of the ordinary course professionals in these cases retained in accordance with the Order is attached hereto as <u>Exhibit A</u> and a blackline of the list of ordinary course professionals as compared to the form attached to the Notice is attached hereto as <u>Exhibit B</u>.

Dated: January 12, 2011
     Wilmington, Delaware

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

Attorneys for the Debtors and Debtors in Possession