# EXHIBIT B

# BLACKLINE

## ORDINARY COURSE PROFESSIONALS

**Attorneys**

| Name | Address | Type of Service | Average Monthly Amount Paid by Debtors[1] |
|---|---|---|---|
| Arnold & Porter LLC | 777 South Figueroa Street 44th Floor Los Angeles, CA 90017 | Legal Advisor: Patent litigation counsel | $0 |
| Dinsmore & Shohl LLP | 255 East Fifth Street Suite 1900 Cincinnati, OH 45202 | Legal Advisor: Trademark counsel | $0 |
| Ford & Harrison LLP | 1675 Broadway Suite 2150 Denver, CO 80202 | Legal Advisor: Employment law counsel | $2,500 |
| Hogan Lovells LLP | 1200 17th Street Suite 1500 Denver, CO 80202 | Legal Advisor: Securities and SEC counsel; litigation counsel | $0 |
| Holme Roberts & Owen LLP | 1700 Lincoln Street Suite 4100 Denver, CO 80203 | Legal Advisor: Employment law and employee benefits counsel; litigation counsel | $650 |
| Jacobs Chase Frick Kleinkopf & Kelley LLC | 1050 17th Street Suite 1500 Denver, CO 80265 | Legal Advisor: Trademark and IP counsel; privacy counsel | $0 |
| Modern Law LLC | 7820 Inverness Boulevard Unit 411 Englewood, CO 80112 | Legal Advisor: Employment law counsel | $0 |
| Pereyra & Asociados | Calle Mustafá Kemal Ataturk No. 52 Ensanche Naco Santo Domingo Dominican Republic | Legal Advisor: Dominican law counsel | $0 |
| Sternfield Law LLC | 1700 Bassett Street Suite 805 Denver, CO 80202 | Legal Advisor: Real estate counsel | $0 |

---

[1] The fees and expenses of certain OCPs are typically paid by non-Debtor LIMI, However, the Debtors are including all of the Company's OCPs on this list out of an abundance of caution.

| Thompson Hine LLP | 2000 Courthouse Plaza, NE PO Box 8801 Dayton, OH 45401 | Legal Advisor: Commercial litigation counsel; employment litigation counsel; patent litigation counsel | $2,500 |
|---|---|---|---|
| | | | |

## Accounting, Advisory, and Tax Professionals

| Name | Address | Type of Service | Average Monthly Amount Paid by Debtors |
|---|---|---|---|
| Murray Devine & Company | 1650 Arch Street Suite 2700 Philadelphia, PA 19103 | Valuation Advisors | $1,500 |
| ~~Zipper Solutions LLC~~ | ~~9912 Stratford Lane Highlands Ranch, CO 80126~~ | ~~Accounting Services~~ | ~~$0~~ |
| Wendy How | 4796 Tule Lake Drive Littleton, CO 80123 | Tax Compliance Consulting Services | $0 |
| Elena Beckman | 12213 Wenonga Lane Leewood, KS 66209 | Tax Compliance Consulting Services | $600 |
| McGladrey & Pullen, LLP | 555 17th Street Suite 1000 Denver, CO 80202 | 401(K) audit services | $700 |