# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) Case No. 10-13677 (KG) |
| Debtors. | ) Jointly Administered |

## ALVAREZ & MARSAL STAFFING REPORT
## FOR THE PERIOD NOVEMBER 17, 2010 THROUGH DECEMBER 31, 2010

PLEASE TAKE NOTICE that pursuant to the *Order Authorizing the Retention of Alvarez & Marsal North America, LLC to Provide the Debtors (A) an Interim Chief Financial Officer, a Chief Restructuring Officer, and Certain Additional Personnel and (B) to Designate Richard C. Jenkins as Interim Chief Financial Officer, and Scott Brubaker as Chief Restructuring Officer, for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 162] entered on December 17, 2010 (the "Order"), Alvarez & Marsal North America, LLC and Alvarez & Marsal Private Equity Performance Improvement Group, LLC hereby submit the report attached hereto as **Exhibit A** identifying the names and functions of the A&M Professionals (as defined in the application approved by the Order) for the period November 17, 2010 through December 31, 2010.

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

Dated: January 14, 2011

							_____
							Scott Brubaker
							Managing Director
							Alvarez & Marsal North America, LLC