**EXHIBIT A**

Alvarez and Marsal
Summary of Temporary Employees and Functions -- Local Insight Media Holdings, Inc.
Through December 31, 2010

| Temporary Employees - Executive Officer Positions | | |
|---|---|---|
| Name of Professional | Description of Function | Hourly Rate |
| Richard Jenkins | Interim Chief Financial Officer | $640 |
| Scott Brubaker | Chief Restructuring Officer | $650 |

| Temporary Employees of CFO - Officer Positions - Full Time | | |
|---|---|---|
| Name of Professional | Description of Function | Hourly Rate |
| Max Fulton | Assistant Restructuring Officer/ Accounting and Finance | $450 |
| Brandon Crawley | Assistant Restructuring Officer/ Accounting and Finance | $375 |

| Temporary Employees of CRO - Officer Positions - Full Time | | |
|---|---|---|
| Name of Professional | Description of Function | Hourly Rate |
| Tanner MacDiarmid | Assistant Restructuring Officer/ Bankruptcy Administration | $425 |
| Ernst Pintar | Assistant Restructuring Officer/ Bankruptcy Administration | $425 |

| Temporary Employees - Officer Positions - Part Time | | |
|---|---|---|
| Name of Professional | Description of Function | Hourly Rate |
| Julie Hertzberg | Assistant Restructuring Officer/ Claims Management | $625 |
| Jeff Sielinski | Assistant Restructuring Officer/ Claims Management | $375 |
| Rob Esposito | Assistant Restructuring Officer/ Claims Management | $350 |