IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| Debtors. | ) | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON JANUARY 25, 2011, AT 1:30 P.M. BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:**

1. Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Granting Extension of Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (Filed 12/17/10) [Docket No. 165].

   Objection Deadline: January 18, 2011, at 4:00 p.m.

   Response(s): None.

   Related Document(s):

   A. Notice of Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Granting Extension of Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (Filed 12/17/10) [Docket No. 165].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

B. [Proposed] Order Extending Time to File Schedules and Statements of Financial Affairs.

C. Certification of No Objection Regarding Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Granting Extension of Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (Filed 1/20/11) [Docket No. 267].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court. The Debtors filed their Schedules of Assets and Liabilities and Statements of Financial Affairs on December 23-24, 2010.

2. Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor and Accounting Services Provider *Nunc Pro Tunc* to the Petition Date (Filed 12/17/10) [Docket No. 166].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor and Accounting Services Provider *Nunc Pro Tunc* to the Petition Date (Filed 12/17/10) [Docket No. 166].

B. [Proposed] Order Authorizing the Employment and Retention of Deloitte & Touche LLP as Independent Auditor and Accounting Services Provider for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date.

C. Certification of No Objection Regarding Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor and Accounting Services Provider *Nunc Pro Tunc* to the Petition Date (Filed 1/20/11) [Docket No. 268].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

3. Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Tax Advisors *Nunc Pro Tunc* to the Petition Date (Filed 12/17/10) [Docket No. 167].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Tax Advisors *Nunc Pro Tunc* to the Petition Date (Filed 12/17/10) [Docket No. 167].

B. [Proposed] Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Tax Advisors *Nunc Pro Tunc* to the Petition Date.

C. Certification of No Objection Regarding Application of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Tax Advisors *Nunc Pro Tunc* to the Petition Date (Filed 1/20/11) [Docket No. 269].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

4. Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing Continued Investment in Investment Accounts Notwithstanding 11 U.S.C. § 345(b) (Filed 1/3/11) [Docket No. 237].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing Continued Investment in Investment Accounts Notwithstanding 11 U.S.C. § 345(b) (Filed 1/3/11) [Docket No. 237].

B. [Proposed] Order Authorizing Continued Investment in investment Accounts Notwithstanding 11 U.S.C. § 345(b).

C. Certification of No Objection Regarding Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing Continued Investment in Investment Accounts Notwithstanding 11 U.S.C. § 345(b) (Filed 1/20/11) [Docket No. 270].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court. The Debtors have completed the termination of the sweep to the Investment Accounts described in the Motion.

5. Application of Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., for Order Under 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014, 2016(a), and 5002, and Local Rules 2014-1 and 2016-2 Authorizing Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP as Counsel, Effective as of December 1, 2010 (Filed 1/3/11) [Docket No. 239].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Application of Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., for Order Under 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014, 2016(a), and 5002, and Local Rules 2014-1 and 2016-2 Authorizing Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP as Counsel, Effective as of December 1, 2010 (Filed 1/3/11) [Docket No. 239].

B. [Proposed] Order Under 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014, 2016(a), and 5002, and Local Rules 2014-1 and 2016-2 Authorizing Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP as Counsel, Effective as of December 1, 2010.

C. Certificate of No Objection Regarding Docket No. 239 (Filed 1/20/11) [Docket No. 262].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

6. Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Enlarging the Period to Remove Civil Actions (Filed 1/4/11) [Docket No. 243].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Enlarging the Period to Remove Civil Actions (Filed 1/4/11) [Docket No. 243].

B. [Proposed] Order Extending the Period of Time During Which Local Insight Media Holdings, Inc., et al. May Remove Civil Actions.

C. Certification of No Objection Regarding Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Enlarging the Period to Remove Civil Actions (Filed 1/20/11) [Docket No. 271].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

7. Application of the Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., Pursuant to 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1, for an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Co-Counsel for the Official Committee of Unsecured Creditors, *Nunc Pro Tunc*, to December 6, 2010 (Filed 1/5/11) [Docket No. 247].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Application of the Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., Pursuant to 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1, for an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Co-Counsel for the Official Committee of Unsecured Creditors, *Nunc Pro Tunc*, to December 6, 2010 (Filed 1/5/11) [Docket No. 247].

B. [Proposed] Order Pursuant to 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1, for an Order Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Delaware Co-Counsel for the Official Committee of Unsecured Creditors, *Nunc Pro Tunc*, to December 6, 2010

C. Certificate of no Objection Regarding Docket No. 247 (Filed 1/20/11) [Docket No. 263].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF COUNSEL:**

8. Motion of Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., for Order, Pursuant to U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A), and 1103(c), and Fed. R. Bankr. P. 9018, Clarifying Requirement to Provide Access to Information to Creditors (Filed 1/3/11) [Docket No. 238].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Motion of Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., for Order, Pursuant to U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A), and 1103(c), and Fed. R. Bankr. P. 9018, Clarifying Requirement to Provide Access to Information to Creditors (Filed 1/3/11) [Docket No. 238].

B. [Proposed] Order, Pursuant to U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A), and 1103(c), and Fed. R. Bankr. P. 9018, Clarifying Requirement to Provide Access to Information to Creditors.

C. Certification of Counsel Re: [Proposed] Order, Pursuant to U.S.C. §§ 105(a), 107(b), 1102(b)(3)(A), and 1103(c), and Fed. R. Bankr. P. 9018, Clarifying Requirement to Provide Access to Information to Creditors (Filed 1/20/11) [Docket No. 264].

Status: A Certification of Counsel has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

9. Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim, Including for Claims Under 11 U.S.C. §503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim, and (C) Approving Notice Thereof (Filed 1/4/11) [Docket No. 242].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim, Including for Claims Under 11 U.S.C. §503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim, and (C) Approving Notice Thereof (Filed 1/4/11) [Docket No. 242].

B. [Proposed] Order Authorizing the Motion of Local Insight Medial Holdings, Inc., et al., for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim, Including for Claims Under 11 U.S.C. §503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim, and (C) Approving Notice Thereof.

C. Certification of Counsel Regarding Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim, Including for Claims Under 11 U.S.C. §503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim, and (C) Approving Notice Thereof (Filed 1/20/11) [Docket No. 266].

Status: A Certification of Counsel has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

10. Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Authorizing the Debtors to Enter Into a Consulting Agreement with Zipper Solutions, Inc., to Provide the Services of John Sakys, the Debtors' Interim Controller and Chief Accounting Officer (Filed 1/4/11) [Docket No. 244].

Objection Deadline: January 18, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing the Debtors to Enter Into a Consulting Agreement with Zipper Solutions, Inc., to Provide the Services of John Sakys, the Debtors' Interim Controller and Chief Accounting Officer (Filed 1/4/11) [Docket No. 244].

B. [Proposed] Order Authorizing Local Insight Media Holdings, Inc., et al., to Enter into a Consulting Agreement with Zipper Solutions, Inc., to Provide the Services of John Sakys, the Debtors' Interim Controller and Chief Accounting Officer.

C. Certification of Counsel Regarding Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing the Debtors to Enter Into a Consulting Agreement with Zipper Solutions, Inc., to Provide the Services of John Sakys, the Debtors' Interim Controller and Chief Accounting Officer (Filed 1/20/11) [Docket No. 265].

Status: A Certification of Counsel has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

11. Application of the Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., Pursuant to 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 5002, and Local Rule 2014-1, for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Howard & Zuckin Capital, Inc. as Financial Advisor and Investment Banker, *Nunc Pro Tunc*, to December 8, 2010 (Filed 1/4/11) [Docket No. 245].

Objection Deadline: January 18, 2011, at 4:00 p.m. Extended to January 19, 2011, at 5:00 p.m., with respect to the Debtors.

Response(s): None.

Related Document(s):

A. Notice of Application of the Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., Pursuant to 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 5002, and Local Rule 2014-1, for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Howard & Zuckin Capital, Inc. as Financial Advisor and Investment Banker, *Nunc Pro Tunc*, to December 8, 2010 (Filed 1/4/11) [Docket No. 245].

B. [Proposed] Order Pursuant to 11 U.S.C. §§ 328(a) and 1103, Fed. R. Bankr. P. 2014 and 5002, and Local Rule 2014-1, for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Howard & Zuckin Capital, Inc. as Financial Advisor and Investment Banker, *Nunc Pro Tunc*, to December 8, 2010.

Status: The Committee has resolved all issues raised by the United States Trustee, which resolutions will be reflected in a revised form of proposed order. The Committee and the Debtors are currently addressing certain remaining issues raised by the Debtors and anticipate submitting a consensual revised form of proposed order to the Court at the hearing.

**CONTESTED MATTER:**

12. Motion of Kelly Services: (I) to Compel Debtors to Assume or Reject Master Agreement, or, Alternatively, (II) for Relief from the Automatic Stay (Filed 1/3/11) [Docket No. 233].

Objection Deadline: January 18, 2011, at 4:00 p.m. Extended to January 21, 2011, at 12:00 p.m., with respect to the Debtors.

Response(s):

A. Response of Local Insight Media Holdings, Inc., et al., to Kelly Services, Inc.'s Request For Relief to Compel the Debtors to Assume or Reject Its Prepetition Contract (Filed 1/21/11) [Docket No. 272].

Related Document(s):

A. Notice of Motion of Kelly Services: (I) to Compel Debtors to Assume or Reject Master Agreement, or, Alternatively, (II) for Relief from the Automatic Stay (Filed 1/3/11) [Docket No. 233].

B. [Proposed] Order Compelling Debtors to Assume or Reject Master Agreement.

Status: This matter will be going forward.

Dated: January 21, 2011
Wilmington, Delaware

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for the Debtors and
Debtors in Possession