# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 165** |

## ORDER EXTENDING TIME TO FILE
## SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

Upon consideration of the motion of the captioned debtors and debtors in possession herein (collectively, the "Debtors") seeking an Order extending their time to file Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Motion");[2] and it appearing that the relief is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and adequate notice of the Motion having been given under the circumstances; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the Motion.

ORDERED that the time by which the Debtors must file their Schedules and Statements as required by Rule 1007(b) of the Bankruptcy Rules is extended pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b) for an additional 30 days, through and including January 17, 2011; and it is further

ORDERED that the entry of this Order shall be without prejudice to the Debtors' right to apply to this Court, upon appropriate notice, for further extension(s) of the time to file Schedules and Statements or to seek a waiver of the requirement for filing certain Schedules.

Dated: Jan. 24, 2011

The Honorable Kevin Gross
United States Bankruptcy Judge