# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| Debtors. | ) | Jointly Administered |
| | ) | **Re: Docket No. ___** |

**ORDER AUTHORIZING**
**LOCAL INSIGHT MEDIA HOLDINGS, INC., ET AL.**
**TO EXPAND THE SCOPE OF EMPLOYMENT AND RETENTION**
**OF ALVAREZ & MARSAL NORTH AMERICA, LLC TO DESIGNATE**
**SCOTT BRUBAKER AS INTERIM CHIEF EXECUTIVE OFFICER**

Upon the supplemental application, dated January 31, 2011 (the "Supplemental Application"), of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for entry of an order (the "Order") authorizing the Debtors to expand the scope of retention of A&M[2] to designate Scott Brubaker as Interim CEO, all as more fully described in the Supplemental Application; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Supplemental Application in this

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] Capitalized terms used but not defined herein shall have those meanings ascribed to them in the Supplemental Application.

District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Supplemental Application is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having found that the Debtors' notice of the Supplemental Application and opportunity for a hearing on the Supplemental Application was appropriate and no other notice need be provided; and the Court having reviewed the Supplemental Application and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Supplemental Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Supplemental Application is granted.

2. The Amended Engagement Letter is approved.

3. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the Debtors are hereby authorized to expand the scope of A&M's retention to designate Scott Brubaker as the Debtors' Interim CEO on the terms set forth in the Amended Engagement Letter and to utilize, in their discretion and without further order of the Court, Additional Personnel as corporate officers, subject to the compensation and disclosure provisions set forth in the Original Application and the Original Order.

4. To the extent not inconsistent with the terms and conditions of this Order, the terms and conditions of the Original Order are incorporated herein.

5. To the extent there is inconsistency between the terms of the Amended Engagement Letter, the Supplemental Application, this Order, and the Original Order, the terms of this Order shall govern.

6. Notwithstanding Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Supplemental Application.

Date: ____________, 2011
Wilmington, Delaware

______________________________________
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE