**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| Debtors. | ) | Jointly Administered |

**NOTICE OF ESTABLISHMENT OF AN INFORMATIONAL COMMITTEE WEBSITE AND E-MAIL ADDRESS FOR GENERAL UNSECURED CREDITOR INQUIRIES**

PLEASE TAKE NOTICE that on November 17, 2010, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), commencing these chapter 11 cases (the "Chapter 11 Cases").

PLEASE TAKE FURTHER NOTICE that on January 24, 2011, the United States Bankruptcy Court for the District of Delaware entered an order (Docket No. 286) authorizing the Official Committee of Unsecured Creditors in these Chapter 11 Cases to establish a website and e-mail address for the purposes of providing general information concerning the Chapter 11 Cases in compliance with Bankruptcy Code section 1102(b)(3).

PLEASE TAKE FURTHER NOTICE that unsecured creditors are referred to www.localinsightcreditors.com for certain non-confidential and non-privileged information regarding the Debtors and the Chapter 11 Cases, including, but not limited to, court filings, significant events in the cases, and other general case information. In addition, unsecured creditors may direct any specific case inquiries to info@localinsightcreditors.com.


**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Robert J. Dehney, Esq.
Gregory T. Donilon, Esq.
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

**MILBANK, TWEED, HADLEY & McCLOY LLP**

Mark Shinderman, Esq.
601 South Figueroa St., 30th Floor
Los Angeles, CA 90017

Michael E. Comerford, Esq.
One Chase Manhattan Plaza
New York, NY 10005

Co-Counsel for the Official Committee of Unsecured Creditors
of Local Insight Media Holdings, Inc., et al.


[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.