IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1]<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 10-13677 (KG)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON FEBRUARY 11, 2011, AT 3:00 P.M. BEFORE THE
HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING CANCELLED**

**UNCONTESTED MATTER WITH
CERTIFICATION OF COUNSEL:**

1. Supplemental Application of Local Insight Media Holdings, Inc., et al. to Expand the Scope of Employment and Retention of Alvarez & Marsal North America, LLC to Designate Scott Brubaker as Interim Chief Executive Officer (Filed 1/31/11) [Docket No. 303].

   Objection Deadline: February 8, 2011, at 4:00 p.m.

   Response(s): None.

   Related Document(s):

   A. Second Supplemental Declaration of Richard C. Jenkins in Support of the Application of Local Insight Media Holdings, Inc., et al. to Retain Alvarez & Marsal North America, LLC (Filed 1/31/11) [Docket No. 301].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

B.  Order Shortening the Time for Notice and Approving an Expedited Hearing on the Supplemental Application of Local Insight Media Holdings, Inc., et al. to Expand the Scope of Employment and Retention of Alvarez & Marsal North America, LLC to Designate Scott Brubaker as Interim Chief Executive Officer (Entered 1/31/11) [Docket No. 306].

C.  Notice of Supplemental Application of Local Insight Media Holdings, Inc., et al. to Expand the Scope of Employment and Retention of Alvarez & Marsal North America, LLC to Designate Scott Brubaker as Interim Chief Executive Officer (Filed 1/31/11) [Docket No. 310]

D.  [Proposed] Order Authorizing Local Insight Media Holdings, Inc., et al. to Expand the Scope of Employment and Retention of Alvarez & Marsal North America, LLC to Designate Scott Brubaker as Interim Chief Executive Officer.

Status: The Debtors received informal comments from the United States Trustee, and will be submitting a consensual revised form of proposed order to the Court, under Certification of Counsel. This matter will not be going forward.

Dated: February 9, 2011
Wilmington, Delaware

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for the Debtors and
Debtors in Possession