IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 10-13677 (KG) <br><br> Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
TO BE HEARD ON FEBRUARY 22, 2011, AT 3:00 P.M. BEFORE THE
HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

1.  Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Authorizing the Debtors to Reject a Certain Unexpired Lease of Nonresidential Real Property (Filed 2/4/11) [Docket No. 323].

    Objection Deadline: February 15, 2011, at 4:00 p.m.

    Response(s): None.

    Related Document(s):

    A.  Notice of Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Authorizing the Debtors to Reject a Certain Unexpired Lease of Nonresidential Real Property (Filed 2/4/11) [Docket No. 323].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

2 Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

B.  [Proposed] Order Authorizing Local Insight Media Holdings, Inc., et al. to Reject a Certain Unexpired Lease of Nonresidential Real Property.

Status: A Certification of No Objection will be filed and submitted to chambers after 4:00 p.m. on February 17, 2011, pursuant to Del.L.R. 9013-1(j). This matter will not be going forward unless otherwise directed by the Court.

2.  Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Nonresidential Real Property Leases (Filed 2/4/11) [Docket No. 324].

    Objection Deadline:  February 15, 2011, at 4:00 p.m.

    Response(s):  None.

    Related Document(s):

    A.  Notice of Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Nonresidential Real Property Leases (Filed 2/4/11) [Docket No. 324].

    B.  [Proposed] Order Extending the Deadline to Assume or Reject Unexpired Nonresidential Real Property Leases.

    Status: A Certification of No Objection will be filed and submitted to chambers after 4:00 p.m. on February 17, 2011, pursuant to Del.L.R. 9013-1(j). This matter will not be going forward unless otherwise directed by the Court.

**REQUESTED MATTER:**

3.  Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Filed 2/16/11) [Docket No. 343].

    [Requested] Objection Deadline:  February 21, 2011, at Noon .

    Response(s):  None, as of the date of this agenda.

    Related Document(s):

    A.  Notice of Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Filed 2/16/11) [Docket No. 343].

    B.  [Proposed] Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Official Committee of Unsecured Creditors' Examination of the Debtors and Granting Certain Other Related Relief.

C.  Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. § 102(1) Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Filed 2/16/11) [Docket No. 344].

D.  [Proposed] Order Granting the Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. § 102(1) Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief.

Status: This matter will go forward if permitted by the Court.

Dated: February 17, 2011
Wilmington, Delaware

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Attorneys for the Debtors and
Debtors in Possession