# EXHIBIT A

## Proposed Order

)
In re: ) Chapter 11
)
LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] ) Case No. 10-13677 (KG)
)
Debtors. ) Jointly Administered
)
) **Re: Docket No ___**

### ORDER EXTENDING THE EXCLUSIVE PERIODS TO
### FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES
### THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the

"Debtors") for entry of an order (the "Order") pursuant to section 1121(d) of title 11 of the

United States Code (the "Bankruptcy Code") extending the Exclusive Filing Period and the

Exclusive Solicitation Period; and the Court having jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334; and the Court having found that the Motion is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and

the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court

having found that the relief requested in the Motion is in the best interests of the Debtors' estates,

their creditors and other parties in interest; and the Court having found that the Debtors' notice of

the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is hereby extended through and including July 15, 2011.

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is extended through and including September 13, 2011.

4.      Nothing herein shall prejudice the Debtors' right to seek further extensions of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code.

5.      The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this order in accordance with the Motion.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

Date: _____, 2011
      Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:168485.1