# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) Case No. 10-13677 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket Nos. 408, 409, and 413 |

Objection Deadline: March 21, 2011, at 4:00 p.m. (prevailing Eastern time)
Hearing Date: March 24, 2011, at 3:00 p.m. (prevailing Eastern time)

## NOTICE OF ENTRY OF ORDER SHORTENING TIME IN CONNECTION WITH MOTION OF LOCAL INSIGHT MEDIA HOLDINGS, INC., ET AL. FOR THE ENTRY OF AN ORDER APPROVING THE AMENDMENT OF A CERTAIN PREPETITION INTERCOMPANY CONTRACT

TO: (a) the U.S. Trustee; (b) counsel to the Committee; (c) counsel to the administrative agent for Local Insight Regatta Holdings, Inc.'s prepetition and postpetition senior credit facilities; (d) the indenture trustee for Local Insight Regatta Holdings, Inc.'s 11% Senior Subordinated Notes due 2017; (e) counsel to Welsh, Carson, Anderson & Stowe; (f) the Office of the Attorney General for the State of Delaware; (g) the Internal Revenue Service; (h) the Securities and Exchange Commission; and (i) those parties who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on March 11, 2011, the United States Bankruptcy Court for the District of Delaware entered the *Order Shortening the Time for Notice and Approving an Expedited Hearing* (the "Order"), attached hereto as Exhibit A, in connection with the *Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Approving the Amendment of a Certain Prepetition Intercompany Contract* [Docket No. 408]

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

(the "Motion") filed by the debtors and debtors in possession in the above-captioned cases (the "Debtors"). You previously received the Motion and notice of the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Order, any response or objection to the Motion must be in writing and filed with the Bankruptcy Court on or before **March 21, 2011, at 4:00 p.m. prevailing Eastern time.** You must also serve a copy of the response or objection so that it is received not later than **March 21, 2011, at 4:00 p.m., prevailing Eastern time,** by (i) counsel to the Debtors: (a) Laura Davis Jones, Esq., Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801); (b) Christopher J. Marcus, Esq., Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4611; and (c) Ross M. Kwasteniet, Esq., Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406; (ii) Richard Schepacarter, Esq., United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; and (iii) proposed counsel to the Committee: (a) Mark Shinderman, Esq., Milbank, Tweed, Hadley & McCloy LLP, 601 South Figueroa Street, 30th Floor, Los Angeles, CA 90017-5735; (b) Michael E. Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, NY 10005; and (c) Robert J. Dehney, Esq., Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING. IF TIMELY RESPONSE OR OBJECTION IS RECEIVED, A HEARING ON THE MOTION WILL BE HELD ON **MARCH 24, 2011, AT**

2

**3:00 P.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

Dated: March 14, 2011
    Wilmington, Delaware

/s/ *signature*

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for the Debtors and Debtors in Possession

52928-001\DOCS_DE:168491.2