# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Re: Docket No. 409 |

## ORDER SHORTENING THE TIME FOR NOTICE AND APPROVING AN EXPEDITED HEARING ON THE MOTION FOR APPROVAL OF AN AMENDMENT TO A CERTAIN PREPETITION INTERCOMPANY CONTRACT

Upon the motion, dated March 11, 2011 (the "Motion"), of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively the "Debtors") for entry of an order (this "Order") shortening the time for notice and approving an expedited hearing on the CBD Motion,[2] all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] Capitalized terms used but not defined herein shall have those meanings ascribed to them in the Motion.

DOCS_DE:168490.1

DATE 3/14/11
DOCKET # 413

found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The hearing to consider the CBD Motion shall be held telephonically on March 24, 2011 at 3:00 p.m. (prevailing Eastern Time). *

3. The deadline to object to the relief requested in the CBD Motion shall be March 24, 2011 at 4 p.m. (prevailing Eastern Time).

4. Counsel for the Debtors shall, within one (1) business day of entry of this Order, serve notice of this Order on parties originally served with the Motion by hand delivery, overnight mail, email, or facsimile.

Date: March 14, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

\* The Court is also moving the hearing on the Committee's Rule 2004 Motion from March 22, 2011, at 4:30 p.m. to March 24, 2011, at 3:00 p.m. Parties may, if they choose, participate by telephone, but the hearing will be heard in court.