# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., ) | Case No. 10-13677 (KG) |
| et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| | Re: Docket Nos. 411 & 429 |

## JOINDER OF U.S. BANK NATIONAL ASSOCIATION TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' MOTION FOR EXTENSION OF EXCLUSIVITY

U.S. Bank National Association (the "Indenture Trustee"), in its capacity as successor Indenture Trustee under the Indenture dated as of November 30, 2007, among Local Insight Regatta Holdings, Inc. (*f/k/a* Windstream Regatta Holdings, Inc.), the Subsidiary Guarantors named therein and Wells Fargo Bank, N.A., as the initial trustee, as thereafter supplemented, by and through its undersigned counsel, hereby joins in the *Limited Objection of Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., to Debtors' Motion for Entry of Order Extending Their Exclusive Periods to File and Solicit Votes for Chapter 11 Plan Pursuant to Section 1121(d) of Bankruptcy Code* (Docket No. 429) (the "Limited Objection"), filed on the date hereof by the Official Committee of Unsecured Creditors in the above-described cases. The Limited Objection objects to the relief requested by the above-described debtors and debtors-in-possession in the *Motion of Local Insight Media Holdings, Inc. et al. for Entry of an Order Extending Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code* (Docket No. 411) (the "Motion"). The Indenture Trustee adopts the arguments set forth in the Limited Objection, and reserves the right to be heard at the scheduled hearing on this matter and to supplement this joinder as necessary.

NY891092.1
214863-10002

## CONCLUSION

WHEREFORE, for the reasons stated herein, the Indenture Trustee respectfully requests that the Court deny the Motion, or only grant relief as requested therein subject to the limitations set forth in the Limited Objection, and grant such other and further relief as the Court may deem appropriate.

Dated: March 22, 2011
       Wilmington, Delaware

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

- and -

**LOEB & LOEB LLP**
Walter H. Curchack, Esq.
William M. Hawkins, Esq.
Joshua Levin-Epstein, Esq.
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212)407-4990

*Counsel for U.S. Bank National Association as Successor Indenture Trustee*