UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 10-13677 (KG) |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al., | Chapter 11 |
| | Jointly Administered |
| Debtors[1]. | |

**CONSOLIDATED FIRST AND SECOND MONTHLY FEE APPLICATION OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LOCAL INSIGHT MEDIA HOLDINGS, INC., ET AL. FOR THE PERIOD OF DECEMBER 8, 2010 THROUGH FEBRUARY 28, 2011**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Houlihan Lokey Howard & Zukin Capital, Inc. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al. |
| Date of Retention: | January 25, 2011, *nunc pro tunc* to December 8, 2010 |
| Period for which compensation and reimbursement are sought: | December 8, 2010 through February 28, 2011 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $280,000 (80% of $350,000) |

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc, (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of those chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

1

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary: $33,039.71

This is a(n):   _X_ Monthly       ___ Interim     ___ Final Application

No time was expended in preparation of this Application during the period covered by this Application.

**EXPENSE SUMMARY**

**LOCAL INSIGHT MEDIA HOLDINGS, INC. et al.**

**December 8, 2010 through February 28, 2011**

| | | |
|---|---|---:|
| Parking | $ | 316.91 |
| Working Meals | $ | 5,820.35 |
| Hotel/Taxes | $ | 3,396.82 |
| Airfare | $ | 19,667.80 |
| Ground Transportation/Mileage | $ | 1,499.68 |
| Research | $ | 498.72 |
| Telephone Charges | $ | 1,839.43 |
| | $ | 33,039.71 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 10-13677 (KG) |
| | : | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al., | : | Chapter 11 |
| | : | |
| | : | Jointly Administered |
| Debtors[2]. | : | |
| | : | |

**CONSOLIDATED FIRST AND SECOND MONTHLY FEE APPLICATION OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LOCAL INSIGHT MEDIA HOLDINGS, INC., ET AL. FOR THE PERIOD OF DECEMBER 8, 2010 THROUGH FEBRUARY 28, 2011**

Houlihan Lokey Howard & Zukin Capital ("Houlihan Lokey"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), of Local Insight Media Holdings, Inc. (as defined below) hereby submits its application for compensation and reimbursement of expenses (the "Application") pursuant to sections 328(a), 330(a), and 1103(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Federal Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for

---

[2] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc, (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of those chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

the District of Delaware (the "Local Bankruptcy Rules" and, together with the Federal Bankruptcy Rules, the "Bankruptcy Rules") and the Order Establishing Procedures of Interim Compensation and Reimbursement of Professionals and Official Committee Members [Docket No. 159] (the "Interim Compensation Order"). Houlihan Lokey's Application seeks compensation for financial advisory services performed and expenses incurred during the period commencing December 8, 2010 through February 28, 2011 (the "Application Period").

By this Application, Houlihan Lokey requests: (a) interim allowance of compensation of $350,000 (b) payment of 80% of this Amount ($280,000), and (c) allowance and payment of 100% of the actual reasonable and necessary out-of-pocket expenses of $33,039.71 in accordance with the Retention Order. Total compensation and expense reimbursement being requested for this Application Period is $383,039.71.

Pursuant to Local Bankruptcy Rule 2016-2(f), this Application is supported by the Certification of Eric Winthrop, which is annexed hereto as Exhibit A. In support of this Application, Houlihan Lokey states as follows.

## Background

1. On November 17, 2010 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On December 1, 2010, the United States Trustee appointed the Committee and designated the following five members: (i) U.S. Bank National Association; (ii) Bain &

Company, Inc.; (iii) Quad/Graphics, Inc.; (iv) Directory Distributing Associates, Inc.[3]; and (v) Marchex Sales, Inc. In addition, on December 1, 2010, the Committee selected Milbank, Tweed, Hadley & M<sup>c</sup>Cloy, LLP and Morris, Nichols, Arsht & Tunnell LLP as its co-counsel and on December 8, 2010, the Committee selected Houlihan Lokey as its financial advisor and investment banker in the Debtors' chapter 11 cases.

3. No trustee or examiner has been appointed in any of the Debtors' chapter 11 cases.

### Jurisdiction and Venue

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014 and 5002, and Local Bankruptcy Rule 2014-1.

### Terms And Conditions Of Compensation Of Houlihan Lokey

5. On January 4, 2011, the Creditors' Committee filed an application for an order approving the employment and retention of Houlihan Lokey [Docket No. 245] (the "Retention Application").

6. On January 25, 2011, the Court entered its Order Pursuant to 11 U.S.C. §§ 328(a) and 1103, Fed R. Bankr. 2014 and 5012, and Local Rule 2014-1, Authorizing Retention and Employment of Houlihan Lokey Howard & Zukin Capital Inc. as Financial Advisor and Investment Banker to Official Committee of Unsecured Creditors of Local Insight Media

---

[3] Directory Distributing Associates, Inc. resigned from the Committee effective as of January 27, 2011.

Holdings, Inc., et al., Nunc Pro Tunc to December 8, 2010 [Docket No. 298] (the "Retention Order").

7. The terms and conditions of Houlihan Lokey's engagement in these cases, which are embodied in the Retention Application and approved by the Court, are based upon Houlihan Lokey's Engagement Agreement with the Committee of December 8, 2010 (the "Engagement Agreement"). Pursuant to the Engagement Agreement, the Committee agreed to compensate Houlihan Lokey fees of $125,000 per month, plus a deferred fee (as defined in paragraph 3 of the Engagement Agreement).

8. In addition, the Engagement Agreement entitled Houlihan Lokey to receive reimbursement of all actual, reasonable and necessary out-of-pocket expenses.

9. As detailed in the Retention Application, the terms of the Engagement Agreement are comparable to the terms Houlihan Lokey and other financial advisors and investment bankers agreed upon in similar engagements, both in and outside of bankruptcy.

10. By this Application, Houlihan Lokey requests that this Court authorize: (a) interim allowance of compensation of $350,000 (b) payment of 80% of this Amount ($280,000), and (c) allowance and payment of 100% of the actual reasonable and necessary out-of-pocket expenses of $33,039.71 in accordance with the Retention Order.

## Summary of Services Provided By Houlihan Lokey

11. Since December 8, 2010, Houlihan Lokey has worked diligently on the matters for which it was engaged and, as a result, has become uniquely situated to advise the Committee. The Committee chose Houlihan Lokey to act as its financial advisor post-petition because Houlihan Lokey has substantial expertise in financial restructuring and is well qualified to perform these services.

12.     During the Application Period, although a number of professionals have worked on this engagement, the following professionals in Houlihan Lokey's Los Angeles office have performed substantial services to the Committee in these cases:

> Eric Winthrop – Managing Director
> Christopher Wilson – Managing Director
> Bradley Meyer – Senior Vice President
> Jeff Raithel – Associate
> Jonathan Kohanof – Associate
> David Ashkenazi – Analyst
> Lorne Creighton – Analyst

13.     During the Application Period, Houlihan Lokey's work on behalf of the Committee involved five separate categories of work, which included:

a) Strategic Discussions, Planning and Review;

b) Business Plan and Cash Flow Evaluation;

c) Evaluating the Assets and Liabilities of the Debtors;

d) Assessing the Financial Issues and Options Concerning the Strategic Alternatives available to the Debtors;

e) Correspondence, Meetings and Discussions with Parties-in-interest:

a)     **Strategic Discussions, Planning and Review.** Houlihan Lokey was involved in strategy meetings and associated analyses in connection with providing significant direction on many of the decisions facing the Committee. These activities included but were not limited to:

- Advising the Committee with respect to the appropriateness of the terms of the proposed debtor-in-possession credit facility.

- Advising the Committee on the financial condition of the Debtors and Debtors' subsidiaries.

- Conferences and meetings among Houlihan Lokey professionals and legal counsel to facilitate strategy sessions and recommendations to the Committee, including general tactics related to the case and pending legal deadlines.

b) **Business Plan and Cash Flow Evaluation.** Houlihan Lokey expended considerable time and effort assisting the Committee, as well as working with the Debtor, to understand and evaluate the general operations of the Debtors.

- Worked with the Debtors' senior management, advisors and Committee professionals in evaluating the various iterations of the Debtors' business plans. Houlihan Lokey also reviewed the Debtors' projections including an analysis of projected growth rates and margins. Discussions were held with the Debtors' financial advisors to understand all significant assumptions underlying such forecasts, including an evaluation of the Debtors' overhead structure.

- Spent time evaluating the trends and facts associated with the Debtors' monthly operating reports and explaining findings to the Committee. Houlihan Lokey regularly performed due diligence on the monthly operating reports, including a comparison to the debtor-in-possession budget.

- Regularly evaluated the Debtors' cash flow forecasts, including analyzing trends in cash receipts and cash disbursements.

- Evaluation of the Debtors' Key Employee Incentive Plan ("KEIP") in comparison to both historical bonus programs and recent comparable KEIPs filed by companies of similar size and scope to the Debtors.

c) **Evaluating the Assets and Liabilities of the Debtors.** Houlihan Lokey expended significant effort performing ongoing due diligence on the Debtors' actual financial results, general operations, key operating initiatives, and portfolio of assets and corresponding liabilities. This information was evaluated in the context of current industry dynamics and the operating metrics of comparable public companies. Houlihan Lokey reviewed the Debtors' prior financing practices and liabilities associated with the Debtors' major assets. Houlihan Lokey conducted extensive diligence on certain of the Debtors' intercompany transactions, relationships, and liabilities including a review and analysis of contracts with the Whole Business Securitization entities.

Finally, Houlihan Lokey prepared extensive due diligence presentations and summaries providing the Committee with information and analyses regarding the Debtors' current operations and potential operational initiatives.

d) **Assessing the Financial Issues and Options Concerning the Strategic Alternatives available to the Debtors.** At the request of the Committee, Houlihan Lokey has been evaluating strategic alternatives and has facilitated meetings between the Debtors, Lazard, Houlihan and other parties.

e) **Correspondence, Meeting and Preparation with Parties-In-Interest**. Houlihan Lokey engaged in extensive correspondence and preparation for meetings with the Committee, the Debtors', the Debtors' advisors and various parties-in-interest in the chapter 11 case. Houlihan Lokey has expended significant time and effort (both in-person and via conference call) meeting the due diligence requirements of the Committee.

14. Houlihan Lokey has also coordinated any such services performed at the Committee's request with services of any other advisors and counsel, as appropriate, in an effort to avoid duplication of effort.

15. Pursuant to the Retention Order, Houlihan Lokey is excused from complying with the information requirements contained in Local Bankruptcy Rule 2016-2(d.

**Houlihan Lokey's Application**

16. The professional services and related expenses that are the subject of Houlihan Lokey's Application were rendered and incurred in connection with these cases, and in discharge of Houlihan Lokey's professional responsibilities as financial advisor for the Committee in these chapter 11 cases. Houlihan Lokey's services have been substantial, necessary, and beneficial to the Committee and unsecured creditors in these cases. Houlihan Lokey believes that the fees and expenses requested by this Application are reasonable and necessary given the variety and complexity of the issues involved in these cases, the need to act or respond on an expedited basis to those issues, and are contemplated by the Bankruptcy Code and this Court's Retention Order.

17. All requested expenses are in compliance with Local Bankruptcy Rule Number 2016-2. Houlihan Lokey has maintained detailed records of actual and necessary expenses incurred during the Application Period.

Houlihan Lokey requests: (a) interim allowance of compensation of $350,000 (b) payment of 80% of this Amount ($280,000), and (c) allowance and payment of 100% of the actual reasonable and necessary out-of-pocket expenses of $33,039.71 in accordance with the Retention Order.

18. Fee and expense detail is outlined in Exhibit B attached hereto. Total compensation and expense reimbursement being requested for this Application Period is $383,039.71 of which, $383,039.71 remains unpaid as of this filing.

WHEREFORE, Houlihan Lokey requests that the Court enter an order providing that, for the period of December 8, 2010 through February 28, 2011 an interim allowance be made to Houlihan Lokey for: (a) compensation for financial advisory and investment banking services rendered to the Committee during the Application Period in the amount of $350,000 for professional services rendered, (b) reimbursement of actual, reasonable and necessary expenses of $33,039.71 and (c) authorizing and directing the Debtors to pay to Houlihan Lokey the amount of (i) $280,000 which is equal to the sum of 80% of Houlihan Lokey's allowed interim compensation and (ii) 100% of Houlihan Lokey's allowed expense reimbursement of $33,039.71 and (d) granting any such and further relief as the Court may deem proper.

Dated: March 22, 2011
       Los Angeles, California

HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL

By: _____
Eric Winthrop
1930 Century Park West
Los Angeles, California 90067
(310) 553-8871

Financial Advisor to the Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc.