# EXHIBIT B

# FEE AND EXPENSE DETAIL

# INVOICE
## December 8, 2010 – January 31, 2011



**INVOICE 16060**

Client 48061
Case 82306

**PERSONAL & CONFIDENTIAL**  February 14, 2011

Local Insight Media
188 Inverness Drive West
Suite 800
Englewood, CO 80112-5208

Attn: John S. Fischer, General Counsel

Professional Fees and Expenses incurred in connection with terms of Engagement
Agreement dated December 8, 2010 and Approved by Order of the court on January 25, 2011

**Monthly Advisory Fee**

| | | |
|---|---:|---:|
| December 8, 2010 through January 7, 2011 | $ 125,000.00 | |
| January 8, 2011 through January 31, 2011 (pro-rated) | $ 100,000.00 | |
| Monthly Advisory Fee Total | $ 225,000.00 | |
| Less: 20% Court Approved Holdback | $ (45,000.00) | |
| Net Monthly Advisory | | $ 180,000.00 |

**Out-of-Pocket Expenses**

*Any expenses not yet posted by our Accounting Department will be included in a subsequent invoice.*

| | | |
|---|---:|---:|
| Parking | $ 316.91 | |
| Working Meals | $ 4,011.70 | |
| Hotel and Taxes | $ 3,396.82 | |
| Airfare | $ 19,667.80 | |
| Ground Transportation/Mileage | $ 1,499.68 | |
| Research | $ 498.72 | |
| Telephone Charges | $ 1,527.08 | |
| Total Expenses | | $ 30,918.71 |

**TOTAL AMOUNT DUE AND PAYABLE:**  $ 210,918.71

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name: Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No: 3030160796
Beneficiary Bank Name: Union Bank of California
ABA/Routing Number/Bank ID: 122000496
Swift Code (International Wires only): BOFCUS33MPK
Federal ID #95-4024056

Local Insight Media
Current Monthly Expenses

| Date of Expense | Expense Category | Expense Amount | Professional | Title | Misc. Details |
|---|---|---:|---|---|---|
| 12/14/2010 | Employee Parking | 60.00 | Bradley C Meyer | Sr. Vice President | LAX Airport Parking |
| 12/17/2010 | Employee Parking | 132.48 | Eric M Winthrop | Managing Director | Airport Valet of LAX |
| 1/7/2011 | Employee Parking | 62.89 | Eric M Winthrop | Managing Director | Airport Valet of LAX |
| 1/31/2011 | Employee Parking | 31.54 | Eric M Winthrop | Managing Director | Airport Valet of LAX |
| 1/31/2011 | Employee Parking | 30.00 | Bradley C Meyer | Sr. Vice President | LAX Airport Parking |
| | ***Employee Parking Total*** | ***316.91*** | | | |
| | | | | | |
| 12/13/2010 | Hotel | 350.00 | Eric M Winthrop | Managing Director | W New York |
| 12/13/2010 | Taxes | 71.21 | Eric M Winthrop | Managing Director | W New York |
| 12/13/2010 | Laundry | 130.50 | Eric M Winthrop | Managing Director | W New York |
| 12/13/2010 | Hotel | 199.00 | Eric M Winthrop | Managing Director | Courtyard by Marriott - DE |
| 12/13/2010 | Taxes | 19.90 | Eric M Winthrop | Managing Director | Courtyard by Marriott - DE |
| 12/13/2010 | Hotel | 199.00 | Bradley C Meyer | Sr. Vice President | Courtyard by Marriott - DE |
| 12/13/2010 | Taxes | 19.90 | Bradley C Meyer | Sr. Vice President | Courtyard by Marriott - DE |
| 12/13/2010 | Hotel | 350.00 | Bradley C Meyer | Sr. Vice President | W New York |
| 12/13/2010 | Taxes | 69.74 | Bradley C Meyer | Sr. Vice President | W New York |
| 12/14/2010 | Hotel | 350.00 | Eric M Winthrop | Managing Director | W New York |
| 12/14/2010 | Taxes | 71.21 | Eric M Winthrop | Managing Director | W New York |
| 12/15/2010 | Hotel | 350.00 | Eric M Winthrop | Managing Director | W New York |
| 12/15/2010 | Taxes | 71.21 | Eric M Winthrop | Managing Director | W New York |
| 12/16/2010 | Hotel | 350.00 | Eric M Winthrop | Managing Director | W New York |
| 12/16/2010 | Taxes | 71.21 | Eric M Winthrop | Managing Director | W New York |
| 1/6/2011 | Hotel | 350.00 | Christopher A Wilson | Managing Director | Gramercy Park Hotel - NY |
| 1/6/2011 | Taxes | 61.77 | Christopher A Wilson | Managing Director | Gramercy Park Hotel - NY |
| 1/7/2011 | Hotel | 269.00 | Eric M Winthrop | Managing Director | W New York |
| 1/7/2011 | Taxes | 43.17 | Eric M Winthrop | Managing Director | W New York |
| | ***Hotel Room & Taxes Total*** | ***3,396.82*** | | | |
| | | | | | |
| 12/8/2010 | Overtime Meals - Dinner | 38.41 | Lorne Creighton | Financial Analyst | Gulfstream |
| 12/8/2010 | Overtime Meals - Dinner | 40.00 | David Ashkenazi | Financial Analyst | Gulfstream |
| 12/8/2010 | Overtime Meals | 11.28 | Jeff Raithel | Associate | Arby's |
| 12/9/2010 | Overtime Meals - Dinner | 40.00 | Jeff Raithel | Associate | Mastro's |
| 12/10/2010 | Overtime Meals | 14.64 | Lorne Creighton | Financial Analyst | McDonalds |
| 12/11/2010 | Overtime Meals | 29.56 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 12/11/2010 | Overtime Meals | 14.85 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/12/2010 | Overtime Meals | 20.58 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/12/2010 | Overtime Meals - Dinner | 40.00 | Lorne Creighton | Financial Analyst | Houstons |
| 12/13/2010 | Overtime Meals | 27.44 | Lorne Creighton | Financial Analyst | Pink Taco |
| 12/13/2010 | Overtime Meals - Dinner | 36.26 | David Ashkenazi | Financial Analyst | Gulfstream |
| 12/13/2010 | Overtime Meals | 23.10 | Jonathan Kohanof | Associate | Gelsons |
| 12/13/2010 | Overtime Meals | 15.65 | Irwin N Gold | Sr. Managing Director | Ugo - An Italian Cafe |
| 12/13/2010 | Overtime Meals | 15.65 | Christopher A Wilson | Managing Director | Ugo - An Italian Cafe |
| 12/14/2010 | Overtime Meals - Dinner | 31.66 | Jonathan Kohanof | Associate | Panini Cafe |
| 12/14/2010 | Overtime Meals | 18.83 | David Ashkenazi | Financial Analyst | Gelsons |
| 12/14/2010 | Overtime Meals | 8.49 | Lorne Creighton | Financial Analyst | Subway |
| 12/15/2010 | Overtime Meals | 9.78 | Lorne Creighton | Financial Analyst | Subway |
| 12/15/2010 | Overtime Meals | 26.19 | David Ashkenazi | Financial Analyst | Coral Tree |
| 12/15/2010 | Overtime Meals | 11.56 | Jonathan Kohanof | Associate | Fuddruckers |
| 12/15/2010 | Overtime Meals | 12.77 | Irwin N Gold | Sr. Managing Director | BJs Brewhouse |
| 12/15/2010 | Overtime Meals | 12.77 | Christopher A Wilson | Managing Director | BJs Brewhouse |
| 12/16/2010 | Overtime Meals | 16.16 | Irwin N Gold | Sr. Managing Director | Good Stuff Burgers |
| 12/16/2010 | Overtime Meals | 16.16 | Christopher A Wilson | Managing Director | Good Stuff Burgers |
| 12/16/2010 | Overtime Meals - Dinner | 40.00 | Jonathan Kohanof | Associate | Mastro's |
| 12/16/2010 | Overtime Meals | 16.68 | Lorne Creighton | Financial Analyst | Natalee Thai |
| 12/17/2010 | Overtime Meals | 16.68 | Lorne Creighton | Financial Analyst | Natalee Thai |
| 12/17/2010 | Overtime Meals | 12.08 | Irwin N Gold | Sr. Managing Director | India`s Grill |
| 12/17/2010 | Overtime Meals | 12.08 | Christopher A Wilson | Managing Director | India`s Grill |
| 12/18/2010 | Overtime Meals | 12.63 | Jeff Raithel | Associate | Big Fat Pita |
| 12/18/2010 | Overtime Meals | 4.71 | Jeff Raithel | Associate | MacDonalds |
| 12/19/2010 | Overtime Meals | 14.81 | Jeff Raithel | Associate | Italia Express |
| 12/19/2010 | Overtime Meals | 16.68 | Lorne Creighton | Financial Analyst | Natalee Thai |
| 12/20/2010 | Overtime Meals | 20.73 | David Ashkenazi | Financial Analyst | Gelsons |
| 12/20/2010 | Overtime Meals - Dinner | 32.42 | Lorne Creighton | Financial Analyst | Campagnola |
| 12/20/2010 | Overtime Meals | 23.47 | Jonathan Kohanof | Associate | Gelsons |

Local Insight Media
Current Monthly Expenses

| Date of Expense | Expense Category | Expense Amount | Professional | Title | Misc. Details |
|---|---|---:|---|---|---|
| 12/22/2010 | Overtime Meals - Dinner | 40.00 | Lorne Creighton | Financial Analyst | Ford's Filling Station |
| 12/26/2010 | Overtime Meals | 8.25 | Lorne Creighton | Financial Analyst | Subway |
| 12/27/2010 | Overtime Meals | 29.13 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 12/27/2010 | Overtime Meals - Dinner | 40.00 | Jonathan Kohanof | Associate | Sushi Roku Hollywood |
| 12/27/2010 | Overtime Meals | 25.00 | David Ashkenazi | Financial Analyst | Gelsons |
| 12/28/2010 | Overtime Meals | 25.56 | Lorne Creighton | Financial Analyst | Kay 'n Dave's |
| 12/29/2010 | Overtime Meals - Dinner | 40.00 | David Ashkenazi | Financial Analyst | Houston's |
| 1/2/2011 | Overtime Meals | 16.68 | Lorne Creighton | Financial Analyst | Natalee Thai |
| 1/2/2011 | Overtime Meals | 14.24 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/3/2011 | Overtime Meals | 16.96 | Lorne Creighton | Financial Analyst | Coral Tree Express |
| 1/3/2011 | Overtime Meals | 19.17 | David Ashkenazi | Financial Analyst | Gelsons |
| 1/3/2011 | Overtime Meals | 35.02 | Jonathan Kohanof | Associate | Seiki-Shi Sushi |
| 1/4/2011 | Overtime Meals - Dinner | 40.00 | Jonathan Kohanof | Associate | Houston's |
| 1/4/2011 | Overtime Meals | 8.42 | Lorne Creighton | Financial Analyst | Subway |
| 1/4/2011 | Overtime Meals | 14.48 | Irwin N Gold | Sr. Managing Director | Champagne Bakery National |
| 1/4/2011 | Overtime Meals | 14.48 | Christopher A Wilson | Managing Director | Champagne Bakery National |
| 1/5/2011 | Overtime Meals | 23.91 | Jonathan Kohanof | Associate | Gelsons |
| 1/6/2011 | Overtime Meals - Dinner | 35.56 | Jonathan Kohanof | Associate | Urth Caffe |
| 1/6/2011 | Overtime Meals | 15.89 | Eric M Winthrop | Managing Director | Delphi Greek |
| 1/6/2011 | Overtime Meals | 20.56 | Kohanof Jonathan | Associate | Coral Tree Express |
| 1/7/2011 | Overtime Meals | 29.56 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 1/9/2011 | Overtime Meals | 24.00 | Lorne Creighton | Financial Analyst | Father's Office |
| 1/10/2011 | Overtime Meals | 19.97 | David Ashkenazi | Financial Analyst | Gelsons |
| 1/10/2011 | Overtime Meals | 17.71 | Irwin N Gold | Sr. Managing Director | Daily Grill (SM) |
| 1/10/2011 | Overtime Meals | 14.43 | Eric M Winthrop | Managing Director | Wok on Fire |
| 1/11/2011 | Overtime Meals | 19.34 | Irwin N Gold | Sr. Managing Director | BJs Brewhouse |
| 1/11/2011 | Overtime Meals | 28.50 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 1/11/2011 | Overtime Meals | 19.37 | Jonathan Kohanof | Associate | Gelsons |
| 1/12/2011 | Overtime Meals | 15.35 | Lorne Creighton | Financial Analyst | Ugo |
| 1/12/2011 | Overtime Meals | 15.24 | Irwin N Gold | Sr. Managing Director | Ugo - An Italian Cafe |
| 1/12/2011 | Overtime Meals | 15.24 | Christopher A Wilson | Managing Director | Ugo - An Italian Cafe |
| 1/13/2011 | Overtime Meals | 14.29 | Irwin N Gold | Sr. Managing Director | Feast From The East |
| 1/13/2011 | Overtime Meals - Dinner | 32.95 | Lorne Creighton | Financial Analyst | Ford's Filling Station |
| 1/13/2011 | Overtime Meals - Dinner | 32.74 | Jonathan Kohanof | Associate | Gyu-kaku |
| 1/14/2011 | Overtime Meals | 8.62 | Lorne Creighton | Financial Analyst | In N Out Burger |
| 1/15/2011 | Overtime Meals | 14.67 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/15/2011 | Overtime Meals | 28.50 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 1/16/2011 | Overtime Meals | 21.56 | Lorne Creighton | Financial Analyst | Pink Taco |
| 1/17/2011 | Overtime Meals | 14.75 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 1/18/2011 | Overtime Meals | 14.78 | Lorne Creighton | Financial Analyst | Baja Fresh |
| 1/18/2011 | Overtime Meals | 20.58 | Irwin N Gold | Sr. Managing Director | Bread And Porridge |
| 1/19/2011 | Overtime Meals | 14.46 | Irwin N Gold | Sr. Managing Director | Hoboken Restaurant |
| 1/19/2011 | Overtime Meals - Dinner | 40.00 | Lorne Creighton | Financial Analyst | Gulfstream |
| 1/19/2011 | Overtime Meals - Dinner | 37.83 | David Ashkenazi | Financial Analyst | Rocksugar |
| 1/19/2011 | Overtime Meals - Dinner | 37.83 | Jonathan Kohanof | Associate | Palomino |
| 1/20/2011 | Overtime Meals | 25.00 | Jonathan Kohanof | Associate | Whole Foods |
| 1/20/2011 | Overtime Meals | 15.55 | Christopher A Wilson | Managing Director | Jack N Jill Restaurant |
| 1/20/2011 | Overtime Meals | 21.35 | Lorne Creighton | Financial Analyst | Coral Tree Express |
| 1/21/2011 | Overtime Meals - Dinner | 40.00 | Lorne Creighton | Financial Analyst | Katsuya |
| 1/22/2011 | Overtime Meals | 14.76 | Lorne Creighton | Financial Analyst | Ajisen Ramen |
| 1/22/2011 | Overtime Meals | 29.56 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 1/23/2011 | Overtime Meals | 7.88 | Lorne Creighton | Financial Analyst | McDonalds |
| 1/23/2011 | Overtime Meals | 24.64 | Lorne Creighton | Financial Analyst | Kay 'n Dave's |
| 1/24/2011 | Overtime Meals | 21.00 | Lorne Creighton | Financial Analyst | Houstons |
| 1/24/2011 | Overtime Meals | 26.31 | Eric M Winthrop | Managing Director | Oliver Cafe |
| 1/24/2011 | Overtime Meals | 16.87 | Irwin N Gold | Sr. Managing Director | Oliver Cafe |
| 1/24/2011 | Overtime Meals | 16.87 | Christopher A Wilson | Managing Director | Oliver Cafe |
| 1/25/2011 | Overtime Meals | 15.51 | Eric M Winthrop | Managing Director | Trimana |
| 1/25/2011 | Overtime Meals | 8.77 | David Ashkenazi | Financial Analyst | Courtyard Cafe |
| 1/25/2011 | Overtime Meals | 21.67 | Irwin N Gold | Sr. Managing Director | Champagne Bakery National |
| 1/26/2011 | Overtime Meals | 18.09 | Irwin N Gold | Sr. Managing Director | Mozzarella |
| 1/26/2011 | Overtime Meals | 18.09 | Christopher A Wilson | Managing Director | Mozzarella |
| 1/26/2011 | Overtime Meals - Dinner | 40.00 | Lorne Creighton | Financial Analyst | Katsuya |
| 1/27/2011 | Overtime Meals | 14.25 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 1/31/2011 | Overtime Meals | 9.15 | Jeff Raithel | Associate | Chick-fil-A |
| 1/31/2011 | Overtime Meals | 17.88 | Irwin N Gold | Sr. Managing Director | BJs Brewhouse |
| 1/31/2011 | Overtime Meals | 29.06 | Lorne Creighton | Financial Analyst | Ugo |

| Date of Expense | Expense Category | Expense Amount | Professional | Title | Misc. Details |
|---|---|---|---|---|---|
| 1/31/2011 | Overtime Meals | 17.91 | Jonathan Kohanof | Associate | Ummba Grill |
| | **Overtime Meals Total** | **2,260.51** | | | |
| 12/8/2010 | Working Meal | 12.63 | Jeff Raithel | Associate | Big Fat Pita |
| 12/8/2010 | Working Meal | 14.01 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/9/2010 | Working Meal | 14.81 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/9/2010 | Working Meal | 15.58 | David Ashkenazi | Financial Analyst | Take A Bao |
| 12/10/2010 | Working Meal | 12.02 | Bradley C Meyer | Sr. Vice President | Big Fat Pita |
| 12/10/2010 | Working Meal | 19.39 | Lorne Creighton | Financial Analyst | Angels |
| 12/10/2010 | Working Meal | 8.75 | Lorne Creighton | Financial Analyst | Century Grill |
| 12/12/2010 | Travel Meal | 16.63 | Bradley C Meyer | Sr. Vice President | Hudson News |
| 12/13/2010 | Travel Meal | 47.20 | Bradley C Meyer | Sr. Vice President | Whiskey Blue |
| 12/13/2010 | Travel Meal | 6.45 | Bradley C Meyer | Sr. Vice President | Zaro's Bakery |
| 12/13/2010 | Travel Meal | 15.87 | Bradley C Meyer | Sr. Vice President | Five Guys |
| 12/13/2010 | Travel Meal | 8.73 | Bradley C Meyer | Sr. Vice President | The W New York |
| 12/13/2010 | Travel Meal | 8.73 | Eric M Winthrop | Managing Director | W New York |
| 12/13/2010 | Working Meal | 14.70 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/13/2010 | Working Meal | 10.71 | David Ashkenazi | Financial Analyst | Big Fat Pita |
| 12/14/2010 | Working Meal | 11.18 | Bradley C Meyer | Sr. Vice President | McDonalds |
| 12/14/2010 | Working Meal | 12.35 | Jonathan Kohanof | Associate | Subway |
| 12/14/2010 | Working Meal | 14.39 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/14/2010 | Working Meal | 14.23 | David Ashkenazi | Financial Analyst | California Crisp |
| 12/15/2010 | Travel Meal | 43.43 | Eric M Winthrop | Managing Director | W New York |
| 12/15/2010 | Working Meal | 12.35 | Jonathan Kohanof | Associate | Subway |
| 12/15/2010 | Travel Meal | 45.00 | Eric M Winthrop | Managing Director | Simyone Lounge (Abe & Arthur's |
| 12/15/2010 | Working Meal | 14.62 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/15/2010 | Working Meal | 7.25 | David Ashkenazi | Financial Analyst | Century City Breadbar |
| 12/16/2010 | Working Meal | 14.55 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/16/2010 | Working Meal | 23.66 | Jonathan Kohanof | Associate | Pink Taco |
| 12/16/2010 | Working Meal | 19.76 | David Ashkenazi | Financial Analyst | Pink Taco |
| 12/17/2010 | Working Meal | 13.93 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/17/2010 | Working Meal | 23.63 | Jonathan Kohanof | Associate | Gulfstream |
| 12/17/2010 | Working Meal | 17.23 | Jeff Raithel | Associate | Ajisen Ramen |
| 12/20/2010 | Working Meal | 14.78 | Lorne Creighton | Financial Analyst | Gelsons |
| 12/20/2010 | Working Meal | 11.40 | Jonathan Kohanof | Associate | Subway |
| 12/20/2010 | Working Meal | 20.83 | David Ashkenazi | Financial Analyst | Century City Breadbar |
| 12/21/2010 | Working Meal | 12.30 | Lorne Creighton | Financial Analyst | Big Fat Pita |
| 12/21/2010 | Working Meal | 14.23 | Jeff Raithel | Associate | Baja Fresh |
| 12/22/2010 | Working Meal | 13.75 | Lorne Creighton | Financial Analyst | Clementine |
| 12/22/2010 | Working Meal | 20.93 | Jonathan Kohanof | Associate | Pink Taco |
| 12/22/2010 | Working Meal | 7.95 | David Ashkenazi | Financial Analyst | Baja Fresh |
| 12/23/2010 | Working Meal | 10.92 | David Ashkenazi | Financial Analyst | Take A Bao |
| 12/27/2010 | Working Meal | 20.17 | Lorne Creighton | Financial Analyst | Ford's Filling Station |
| 12/27/2010 | Working Meal | 14.27 | David Ashkenazi | Financial Analyst | Seiki-Shi Sushi |
| 12/27/2010 | Working Meal | 15.00 | Eric M Winthrop | Managing Director | Take A Bao |
| 12/28/2010 | Working Meals | 17.51 | Jonathan Kohanof | Associate | Seiki-Shi Sushi |
| 12/28/2010 | Working Meal | 9.32 | David Ashkenazi | Financial Analyst | California Crisp |
| 12/28/2010 | Working Meal | 9.33 | Eric M Winthrop | Managing Director | Big Fat Pita |
| 12/30/2010 | Working Meal | 8.66 | Jeff Raithel | Associate | McDonald's |
| 1/3/2011 | Working Meal | 14.39 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/3/2011 | Working Meal | 11.06 | Jonathan Kohanof | Associate | Fuddruckers |
| 1/4/2011 | Working Meal | 14.70 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/4/2011 | Working Meal | 15.09 | Jonathan Kohanof | Associate | Coral Tree Express |
| 1/4/2011 | Working Meal | 16.96 | David Ashkenazi | Financial Analyst | Cuvee |
| 1/5/2011 | Working Meal | 18.17 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/5/2011 | Working Meal | 6.77 | Jonathan Kohanof | Associate | Courtyard Cafe |
| 1/5/2011 | Working Meal | 12.53 | David Ashkenazi | Financial Analyst | Gelsons |
| 1/6/2011 | Working Meal | 13.47 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/7/2011 | Travel Meal | 7.00 | Christopher A Wilson | Managing Director | stumptown |
| 1/7/2011 | Travel Meal | 3.10 | Christopher A Wilson | Managing Director | Starbucks |
| 1/7/2011 | Travel Meal | 11.00 | Christopher A Wilson | Managing Director | Gramercy Park Hotel |
| 1/7/2011 | Working Meal | 18.17 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/7/2011 | Working Meal | 15.80 | Jonathan Kohanof | Associate | Piknic |
| 1/7/2011 | Working Meal | 13.06 | David Ashkenazi | Financial Analyst | Coral Tree |
| 1/7/2011 | Travel Meal | 10.88 | Eric M Winthrop | Managing Director | Admiral's Club |
| 1/7/2011 | Travel Meal | 283.50 | Christopher A Wilson | Managing Director | Veritas - |

Local Insight Media
Current Monthly Expenses

| Date of Expense | Expense Category | Expense Amount | Professional | Title | Misc. Details |
|---|---|---:|---|---|---|
| 1/10/2011 | Working Meal | 14.70 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/11/2011 | Working Meal | 18.25 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/11/2011 | Working Meal | 12.60 | Jonathan Kohanof | Associate | Subway |
| 1/11/2011 | Working Meal | 9.25 | David Ashkenazi | Financial Analyst | Subway |
| 1/12/2011 | Working Meal | 10.57 | Lorne Creighton | Financial Analyst | California Pizza Kitchen |
| 1/12/2011 | Working Meal | 7.56 | David Ashkenazi | Financial Analyst | California Crisp |
| 1/12/2011 | Working Meal | 13.19 | Jeff Raithel | Associate | Century Grill |
| 1/13/2011 | Working Meal | 10.38 | Lorne Creighton | Financial Analyst | McDonalds |
| 1/14/2011 | Working Meal | 14.09 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/14/2011 | Working Meal | 8.99 | Jonathan Kohanof | Associate | Courtyard Cafe |
| 1/17/2011 | Working Meal | 14.05 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/18/2011 | Working Meal | 18.96 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/19/2011 | Working Meal | 8.62 | Jonathan Kohanof | Associate | Courtyard Cafe |
| 1/19/2011 | Working Meal | 18.09 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/19/2011 | Working Meal | 11.88 | Jeff Raithel | Associate | Century Grill |
| 1/20/2011 | Working Meal | 15.00 | Lorne Creighton | Financial Analyst | Farmers Market |
| 1/20/2011 | Working Meal | 10.17 | David Ashkenazi | Financial Analyst | Courtyard Cafe |
| 1/21/2011 | Working Meal | 9.42 | Jonathan Kohanof | Associate | Courtyard Cafe |
| 1/21/2011 | Working Meal | 14.47 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/25/2011 | Working Meal | 18.63 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/25/2011 | Working Meal | 11.20 | David Ashkenazi | Financial Analyst | Big Fat Pita |
| 1/26/2011 | Working Meal | 18.09 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/26/2011 | Working Meal | 6.57 | David Ashkenazi | Associate | Baja Fresh |
| 1/27/2011 | Working Meal | 18.64 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/27/2011 | Working Meal | 7.45 | David Ashkenazi | Financial Analyst | Pinkberry |
| 1/28/2011 | Working Meal | 25.00 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/28/2011 | Working Meal | 13.12 | David Ashkenazi | Financial Analyst | Piknic |
| 1/31/2011 | Working Meal | 10.73 | Christopher A Wilson | Managing Director | Starbucks |
| 1/31/2011 | Working Meal | 2.15 | Christopher A Wilson | Managing Director | Starbucks |
| 1/31/2011 | Travel Meal | 96.00 | Christopher A Wilson | Managing Director | Hilton Seatttle - E. Winthrop/B. Meyer |
| 1/31/2011 | Travel Meal | 3.62 | Eric M Winthrop | Managing Director | Sbarro |
| 1/31/2011 | Travel Meal | 9.93 | Eric M Winthrop | Managing Director | Starbucks |
| 1/31/2011 | Working Meal | 20.84 | Lorne Creighton | Financial Analyst | Gelsons |
| 1/31/2011 | Travel Meal | 10.81 | Bradley C Meyer | Sr. Vice President | HMS Host - Starbucks |
| 1/31/2011 | Travel Meal | 6.80 | Bradley C Meyer | Sr. Vice President | Wendy's, Seatac Airport |
| 1/31/2011 | Working Meal | 10.60 | Jonathan Kohanof | Associate | Subway |
| | ***Working/Travel Meal Total*** | ***1,751.19*** | | | |
| 12/12/2010 | Airfare | 1,948.70 | Eric M Winthrop | Managing Director | American-Y-Up-LA/NY/LA |
| | Booking Fee | 35.00 | | | |
| 12/10/2010 | Airfare | 1,948.70 | Bradley C Meyer | Sr. Vice President | American-Y-Up-LA/NY/LA |
| | Booking Fee | 35.00 | | | |
| 12/13/2010 | Airfare | 2,281.70 | Bradley C Meyer | Sr. Vice President | American-Y-Up-LA/NY/LA |
| | Booking Fee | 35.00 | | | |
| 12/17/2010 | Airfare | 1,938.70 | Eric M Winthrop | Managing Director | American Airlines |
| | Booking Fee | 35.00 | | | |
| 1/6/2011 | Airfare | 2,221.70 | Christopher A Wilson | Sr. Vice President | United-Business-LA/NY |
| | Booking Fee | 35.00 | | | |
| 1/7/2011 | Airfare | 2,221.70 | Christopher A Wilson | Sr. Vice President | American-Business-NY/LA |
| | Booking Fee | 35.00 | | | |
| 1/6/2011 | Airfare | 4,210.40 | Eric M Winthrop | Managing Director | American-Y-Up-LA/NY/LA |
| | Booking Fee | 35.00 | | | |
| 1/28/2011 | Airfare | 492.70 | Christopher A Wilson | Sr. Vice President | Virgin Atlantic-Business-LA/Seattle |
| | Booking Fee | 35.00 | | | |
| 1/31/2011 | Airfare | 292.70 | Christopher A Wilson | Sr. Vice President | Virgin Atlantic-Business-Seattle/LA |
| | Booking Fee | 35.00 | | | |
| 1/31/2011 | Airfare | 527.70 | Eric M Winthrop | Managing Director | Virgin America-Business-LA/Seattle |
| | Booking Fee | 35.00 | | | |
| 1/31/2011 | Airfare | 327.70 | Eric M Winthrop | Managing Director | Virgin America-Business-Seattle/LA |
| | Booking Fee | 35.00 | | | |
| 1/31/2011 | Airfare | 472.70 | Bradley C Meyer | Sr. Vice President | Virgin America-Business-LA/Seattle |
| | Booking Fee | 35.00 | | | |
| 1/31/2011 | Airfare | 327.70 | Bradley C Meyer | Sr. Vice President | Virgin America-Business-Seattle/LA |
| | Booking Fee | 35.00 | | | |
| | ***Airfare Total*** | ***19,667.80*** | | | |

| Date of Expense | Expense Category | Expense Amount | Professional | Title | Misc. Details |
|---|---|---:|---|---|---|
| 12/13/2010 | Ground Transportation | 89.00 | Eric M Winthrop | Managing Director | Platinum Touch |
| 12/13/2010 | Ground Transportation | 54.50 | Eric M Winthrop | Managing Director | Platinum Touch |
| 12/13/2010 | Ground Transportation | 162.00 | Eric M Winthrop | Managing Director | Amtrak |
| 12/13/2010 | Ground Transportation | 14.37 | Eric M Winthrop | Managing Director | Taxi |
| 12/13/2010 | Ground Transportation | 25.00 | Eric M Winthrop | Managing Director | Taxi |
| 12/13/2010 | Ground Transportation | 25.00 | Eric M Winthrop | Managing Director | Seacoast Cab Company |
| 12/13/2010 | Ground Transportation | 162.00 | Eric M Winthrop | Managing Director | Amtrak |
| 12/13/2010 | Ground Transportation | 162.00 | Bradley C Meyer | Sr. Vice President | Amtrak |
| 12/13/2010 | Ground Transportation | 162.00 | Bradley C Meyer | Sr. Vice President | Amtrak |
| 12/14/2010 | Ground Transportation | 10.75 | Eric M Winthrop | Managing Director | Taxi |
| 12/14/2010 | Ground Transportation | 13.70 | Eric M Winthrop | Managing Director | Taxi |
| 12/14/2010 | Ground Transportation | 10.10 | Eric M Winthrop | Managing Director | Taxi |
| 12/14/2010 | Ground Transportation | 12.80 | Eric M Winthrop | Managing Director | Taxi |
| 12/14/2010 | Ground Transportation | 82.50 | Bradley C Meyer | Sr. Vice President | Platinum Touch |
| 12/14/2010 | Ground Transportation | 15.20 | Bradley C Meyer | Sr. Vice President | Taxi |
| 12/14/2010 | Ground Transportation | 11.00 | Bradley C Meyer | Sr. Vice President | Taxi |
| 12/14/2010 | Ground Transportation | 18.80 | Bradley C Meyer | Sr. Vice President | Taxi |
| 12/17/2010 | Ground Transportation | 9.90 | Eric M Winthrop | Managing Director | Taxi |
| 12/17/2010 | Ground Transportation | 82.50 | Eric M Winthrop | Managing Director | Platinum Touch |
| 1/6/2011 | Ground Transportation | 126.35 | Christopher A Wilson | Managing Director | Rely |
| 1/6/2011 | Ground Transportation | 119.00 | Christopher A Wilson | Managing Director | Platinum |
| 1/7/2011 | Ground Transportation | 8.20 | Christopher A Wilson | Managing Director | TLC 311 |
| 1/7/2011 | Ground Transportation | 10.35 | Eric M Winthrop | Managing Director | Taxi |
| 1/31/2011 | Ground Transportation | 10.00 | Eric M Winthrop | Managing Director | Yellow Cab |
| | **Ground Transportation Total** | **1,397.02** | | | |
| 12/13/2010 | Mileage Reimbursement | 15.50 | Eric M Winthrop | Managing Director | |
| 12/12/2010 | Mileage Reimbursement | 28.00 | Bradley C Meyer | Sr. Vice President | |
| 1/6/2011 | Mileage Reimbursement | 5.61 | Eric M Winthrop | Managing Director | |
| 1/7/2011 | Mileage Reimbursement | 9.18 | Eric M Winthrop | Managing Director | |
| 1/31/2011 | Mileage Reimbursement | 15.81 | Eric M Winthrop | Managing Director | |
| 1/31/2011 | Mileage Reimbursement | 28.56 | Bradley C Meyer | Sr. Vice President | |
| | **Mileage Reimbursement Total** | **102.66** | | | |
| 1/5/2011 | Online Subscr Info | 498.72 | Pacer Service Center | | |
| | **Online Subscr Info Total** | **498.72** | | | |
| 12/10/2010 | Travel/WiFi/Phone Charges | 22.50 | Jeff Raithel | Associate | verizon |
| 12/10/2010 | Travel/WiFi/Phone Charges | 22.50 | Bradley C Meyer | Sr. Vice President | at&t |
| 12/13/2010 | Travel/WiFi/Phone Charges | 27.95 | Eric M Winthrop | Managing Director | W New York |
| 12/13/2010 | Travel/WiFi/Phone Charges | 2.11 | Eric M Winthrop | Managing Director | W New York |
| 12/13/2010 | Travel/WiFi/Phone Charges | 14.95 | Bradley C Meyer | Sr. Vice President | The W New York |
| 12/13/2010 | Travel/WiFi/Phone Charges | 7.95 | Christopher A Wilson | Managing Director | gogo |
| 12/14/2010 | Travel/WiFi/Phone Charges | 34.95 | Bradley C Meyer | Sr. Vice President | gogo |
| 12/16/2010 | Travel/WiFi/Phone Charges | 32.50 | Christopher A Wilson | Managing Director | Verizon |
| 12/17/2010 | Travel/WiFi/Phone Charges | 7.95 | Eric M Winthrop | Managing Director | gogo inflight |
| 12/30/2010 | Travel/WiFi/Phone Charges | 45.00 | Jonathan Kohanof | Associate | AT&T |
| 1/6/2011 | Travel/WiFi/Phone Charges | 7.95 | Christopher A Wilson | Managing Director | gogo |
| 1/6/2011 | Travel/WiFi/Phone Charges | 29.95 | Eric M Winthrop | Managing Director | gogo inflight |
| 1/7/2011 | Travel/WiFi/Phone Charges | 7.95 | Christopher A Wilson | Managing Director | gogo |
| 1/10/2011 | Travel/WiFi/Phone Charges | 22.50 | Bradley C Meyer | Sr. Vice President | at&t |
| 1/16/2011 | Travel/WiFi/Phone Charges | 21.64 | Christopher A Wilson | Managing Director | verizon |
| 1/17/2011 | Travel/WiFi/Phone Charges | 22.49 | Eric M Winthrop | Managing Director | verizon |
| 1/20/2011 | Travel/WiFi/Phone Charges | 44.99 | Lorne Creighton | Financial Analyst | Verizon Wireless |
| 1/28/2011 | Travel/WiFi/Phone Charges | 22.50 | Jeff Raithel | Associate | verizon |
| 1/28/2011 | Travel/WiFi/Phone Charges | 45.00 | Jonathan Kohanof | Associate | AT&T |
| 1/31/2011 | Travel/WiFi/Phone Charges | 7.95 | Christopher A Wilson | Managing Director | gogo |
| 1/31/2011 | Travel/WiFi/Phone Charges | 7.95 | Christopher A Wilson | Managing Director | gogo |
| 1/31/2011 | Travel/WiFi/Phone Charges | 34.95 | Eric M Winthrop | Managing Director | gogo inflight |
| | **Travel/WiFi/Phone Charges Total** | **494.18** | | | |
| 12/10/2010 | Cellular Phone Charges | 39.41 | Jeff Raithel | Associate | verizon |

| Date of Expense | Expense Category | Expense Amount | Professional | Title | Misc. Details |
|---|---|---|---|---|---|
| 12/10/2010 | Cellular Phone Charges | 16.72 | Bradley C Meyer | Sr. Vice President | at&t |
| 12/16/2010 | Cellular Phone Charges | 381.95 | Christopher A Wilson | Managing Director | Verizon |
| 12/20/2010 | Cellular Phone Charges | 15.24 | David Ashkenazi | Financial Analyst | verizon |
| 12/30/2010 | Cellular Phone Charges | 46.36 | Jonathan Kohanof | Associate | AT&T |
| 1/10/2011 | Cellular Phone Charges | 16.58 | Bradley C Meyer | Sr. Vice President | at&t |
| 1/11/2011 | Cellular Phone Charges | 119.78 | Irwin N Gold | Sr. Managing Director | Verizon |
| 1/16/2011 | Cellular Phone Charges | 67.15 | Christopher A Wilson | Managing Director | verizon |
| 1/17/2011 | Cellular Phone Charges | 42.52 | Eric M Winthrop | Managing Director | verizon |
| 1/20/2011 | Cellular Phone Charges | 62.19 | Lorne Creighton | Financial Analyst | Verizon Wireless |
| 1/20/2011 | Cellular Phone Charges | 30.47 | David Ashkenazi | Financial Analyst | verizon |
| 1/28/2011 | Cellular Phone Charges | 39.72 | Jeff Raithel | Associate | verizon |
| 1/28/2011 | Cellular Phone Charges | 46.36 | Jonathan Kohanof | Associate | AT&T |
| | *Cellular Phone Charges Total* | *924.45* | | | |
| | | | | | |
| 1/31/2011 | Messenger | 108.45 | Transportation Management, LLC | | |
| | *Messenger Total* | *108.45* | | | |
| | | | | | |
| | *Grand Total* | *30,918.71* | | | |

# INVOICE
## February 1, 2011 – February 28, 2011



**INVOICE 16156**

Client 48061
Case 82306

**PERSONAL & CONFIDENTIAL**  March 15, 2011

Local Insight Media
188 Inverness Drive West
Suite 800
Englewood, CO  80112-5208

Attn: John S. Fischer, General Counsel

Professional Fees and Expenses incurred in connection with terms of Engagement
Agreement dated December 8, 2010 and Approved by Order of the court on January 25, 2011

**Monthly Advisory Fee**

| | | |
|---|---:|---:|
| February 1, 2011 through February 28, 2011 | $ 125,000.00 | |
| Less:  20% Court Approved Holdback | $ (25,000.00) | |
| Net Monthly Advisory | | $ 100,000.00 |

**Out-of-Pocket Expenses**

*Any expenses not yet posted by our Accounting Department will be included in a subsequent invoice.*

| | | |
|---|---:|---:|
| Working Meals | $ 1,808.65 | |
| Telephone Charges | $ 312.35 | |
| Total Expenses | | $ 2,121.00 |

**TOTAL AMOUNT DUE AND PAYABLE:**  $ 102,121.00

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No: 3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

1930 Century Park West • Los Angeles, California 90067 • tel.310.553.8871 • fax.310.553.2173 • www.HL.com
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.     Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.

| Date of Expense | Expense Category | Expense Amount | Professional | Title | Misc. Details |
|---|---|---|---|---|---|
| 2/1/2011 | Overtime Meals | 14.89 | Christopher A Wilson | Managing Director | Coral Tree Express |
| 2/1/2011 | Overtime Meals | 14.89 | Irwin N Gold | Sr. Managing Director | Coral Tree Express |
| 2/1/2011 | Overtime Meals | 14.89 | Irwin N Gold | Sr. Managing Director | Coral Tree Express |
| 2/1/2011 | Overtime Meals | 14.89 | Christopher A Wilson | Managing Director | Coral Tree Express |
| 2/2/2011 | Overtime Meals - Dinner | 40.00 | Lorne Creighton | Financial Analyst | Campagnola |
| 2/2/2011 | Overtime Meals | 23.59 | Jonathan Kohanof | Associate | Gelsons |
| 2/2/2011 | Overtime Meals | 21.06 | Irwin N Gold | Sr. Managing Director | The Main Course Rancho Park |
| 2/2/2011 | Overtime Meals | 21.06 | Christopher A Wilson | Managing Director | The Main Course Rancho Park |
| 2/2/2011 | Overtime Meals | 21.06 | Christopher A Wilson | Managing Director | The Main Course Rancho Park |
| 2/2/2011 | Overtime Meals | 21.06 | Irwin N Gold | Sr. Managing Director | The Main Course Rancho Park |
| 2/3/2011 | Overtime Meals - Dinner | 38.93 | Lorne Creighton | Financial Analyst | Toscanova |
| 2/3/2011 | Overtime Meals - Dinner | 40.00 | Jonathan Kohanof | Associate | Mastro's |
| 2/3/2011 | Overtime Meals | 17.22 | Irwin N Gold | Sr. Managing Director | Delphi Greek |
| 2/3/2011 | Overtime Meals | 17.22 | Christopher A Wilson | Managing Director | Delphi Greek |
| 2/3/2011 | Overtime Meals | 17.22 | Christopher A Wilson | Managing Director | Delphi Greek |
| 2/3/2011 | Overtime Meals | 17.22 | Irwin N Gold | Sr. Managing Director | Delphi Greek |
| 2/4/2011 | Overtime Meals - Dinner | 29.56 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 2/4/2011 | Overtime Meals | 15.26 | Irwin N Gold | Sr. Managing Director | Cherry Pick Cafe |
| 2/4/2011 | Overtime Meals | 15.26 | Irwin N Gold | Sr. Managing Director | Cherry Pick Cafe |
| 2/5/2011 | Overtime Meals | 20.78 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/5/2011 | Overtime Meals | 22.25 | Lorne Creighton | Financial Analyst | Father's Office |
| 2/5/2011 | Overtime Meals | 15.00 | Jonathan Kohanof | Associate | Fuddruckers |
| 2/6/2011 | Overtime Meals | 9.05 | Lorne Creighton | Financial Analyst | Chipotle |
| 2/7/2011 | Overtime Meals - Dinner | 31.17 | Lorne Creighton | Financial Analyst | Cuvee |
| 2/7/2011 | Overtime Meals | 11.57 | Irwin N Gold | Sr. Managing Director | Beverly Hills Diner |
| 2/8/2011 | Overtime Meals | 23.03 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 2/8/2011 | Overtime Meals | 15.00 | David Ashkenazi | Financial Analyst | Gelson's |
| 2/8/2011 | Overtime Meals | 16.35 | Irwin N Gold | Sr. Managing Director | Cafe 50's (Santa Monica Blvd) |
| 2/9/2011 | Overtime Meals | 20.00 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/10/2011 | Overtime Meals - Dinner | 27.60 | Lorne Creighton | Financial Analyst | Coral Tree Express |
| 2/10/2011 | Overtime Meals | 20.37 | Jonathan Kohanof | Associate | Pink Taco |
| 2/11/2011 | Overtime Meals | 19.72 | Eric M Winthrop | Managing Director | LA Bite - Jaipur |
| 2/12/2011 | Overtime Meals - Dinner | 35.03 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 2/13/2011 | Overtime Meals | 24.31 | Lorne Creighton | Financial Analyst | Coral Tree Express |
| 2/14/2011 | Overtime Meals | 23.65 | Lorne Creighton | Financial Analyst | California Pizza Kitchen |
| 2/14/2011 | Overtime Meals - Dinner | 35.61 | Jonathan Kohanof | Associate | il Pastaio |
| 2/14/2011 | Overtime Meals | 20.67 | Eric M Winthrop | Managing Director | Hurry Curry |
| 2/14/2011 | Overtime Meals | 9.70 | Irwin N Gold | Sr. Managing Director | Cafe Mangia |
| 2/15/2011 | Overtime Meals - Dinner | 29.56 | Lorne Creighton | Financial Analyst | Mezza Mediterranean Grill |
| 2/15/2011 | Overtime Meals - Dinner | 30.79 | Jonathan Kohanof | Associate | Barney's Beanery |
| 2/16/2011 | Overtime Meals | 24.04 | Jonathan Kohanof | Associate | Shamshiri Grill |
| 2/16/2011 | Overtime Meals | 14.24 | Irwin N Gold | Sr. Managing Director | Coral Tree Express |
| 2/17/2011 | Overtime Meals | 21.98 | David Ashkenazi | Financial Analyst | Gelson's |
| 2/18/2011 | Overtime Meals | 20.73 | Irwin N Gold | Sr. Managing Director | Singual (formerly El Torito Grill) |
| 2/19/2011 | Overtime Meals - Dinner | 34.82 | Jonathan Kohanof | Associate | The Cheesecake Factory |
| 2/22/2011 | Overtime Meals - Dinner | 25.00 | David Ashkenazi | Financial Analyst | Gelson's |
| 2/22/2011 | Overtime Meals | 15.10 | Jonathan Kohanof | Associate | Gelsons |
| 2/23/2011 | Overtime Meals | 13.35 | Eric M Winthrop | Managing Director | Good Stuff Burgers |
| 2/25/2011 | Overtime Meals | 11.58 | Irwin N Gold | Sr. Managing Director | La Strada International Deli |
| 2/28/2011 | Overtime Meals | 24.07 | David Ashkenazi | Associate | Gelson's |
| 2/28/2011 | Overtime Meals | 15.00 | Irwin N Gold | Sr. Managing Director | Coral Tree Express |
| | ***Overtime Meals Total*** | ***1,096.40*** | | | |
| 2/1/2011 | Working Meal | 15.00 | Lorne Creighton | Financial Analyst | Komodo LLC |
| 2/1/2011 | Working Meal | 11.25 | Bradley C Meyer | Sr. Vice President | Big Fat Pita |
| 2/1/2011 | Working Meal | 14.11 | David Ashkenazi | Financial Analyst | Gelsons |
| 2/1/2011 | Working Meal | 35.50 | Lorne Creighton | Financial Analyst | Staples Center |
| 2/1/2011 | Working Meal | 44.00 | Lorne Creighton | Financial Analyst | Staples Center |
| 2/1/2011 | Working Meal | 7.35 | Bradley C Meyer | Sr. Vice President | Starbucks |
| 2/1/2011 | Working Meal | 10.43 | Jonathan Kohanof | Associate | Big Fat Pita |
| 2/2/2011 | Working Meal | 21.83 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/2/2011 | Working Meal | 24.04 | Bradley C Meyer | Sr. Vice President | The Stand |
| 2/2/2011 | Working Meal | 9.95 | David Ashkenazi | Financial Analyst | Century City Breadbar |
| 2/2/2011 | Working Meal | 10.94 | Jonathan Kohanof | Associate | Courtyard Cafe |

Local Insight Media
Current Monthly Expenses

| Date of Expense | Expense Category | Expense Amount | Professional | Title | Misc. Details |
|---|---|---:|---|---|---|
| 2/3/2011 | Working Meal | 10.00 | Lorne Creighton | Financial Analyst | Farmers Market |
| 2/3/2011 | Working Meal | 21.66 | David Ashkenazi | Financial Analyst | Century City Breadbar |
| 2/3/2011 | Working Meal | 10.85 | Jonathan Kohanof | Associate | Subway |
| 2/4/2011 | Working Meal | 19.38 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/4/2011 | Working Meal | 12.84 | David Ashkenazi | Financial Analyst | The Stand |
| 2/7/2011 | Working Meal | 19.26 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/7/2011 | Travel Meal | 13.46 | Eric M Winthrop | Managing Director | Admiral's Club |
| 2/7/2011 | Working Meal | 12.25 | David Ashkenazi | Financial Analyst | Clementine |
| 2/8/2011 | Working Meal | 14.76 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/8/2011 | Working Meal | 12.97 | David Ashkenazi | Financial Analyst | Gelsons |
| 2/9/2011 | Working Meal | 13.66 | David Ashkenazi | Financial Analyst | Piknic |
| 2/10/2011 | Working Meal | 8.68 | Lorne Creighton | Financial Analyst | Subway |
| 2/10/2011 | Working Meal | 18.05 | Bradley C Meyer | Sr. Vice President | Take A Bao |
| 2/10/2011 | Working Meal | 7.96 | David Ashkenazi | Financial Analyst | Subway |
| 2/10/2011 | Working Meal | 20.00 | Jonathan Kohanof | Associate | Houston's |
| 2/11/2011 | Working Meal | 6.49 | Lorne Creighton | Financial Analyst | Subway |
| 2/11/2011 | Working Meal | 8.89 | Bradley C Meyer | Sr. Vice President | Subway |
| 2/11/2011 | Working Meal | 12.75 | David Ashkenazi | Financial Analyst | Clementine |
| 2/11/2011 | Working Meal | 10.00 | Jonathan Kohanof | Associate | Clementine |
| 2/14/2011 | Working Meal | 16.45 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/14/2011 | Working Meal | 22.99 | Bradley C Meyer | Sr. Vice President | Take A Bao |
| 2/14/2011 | Working Meal | 15.17 | David Ashkenazi | Financial Analyst | Pink Taco |
| 2/15/2011 | Working Meal | 4.45 | David Ashkenazi | Financial Analyst | The Coffee Bean & Tea Leaf |
| 2/15/2011 | Working Meal | 11.85 | Jonathan Kohanof | Associate | Subway |
| 2/16/2011 | Working Meal | 19.89 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/16/2011 | Working Meal | 13.06 | David Ashkenazi | Financial Analyst | Habanero Grill |
| 2/16/2011 | Working Meal | 9.82 | Jonathan Kohanof | Associate | Century Grill |
| 2/17/2011 | Working Meal | 18.21 | Lorne Creighton | Financial Analyst | Gelsons |
| 2/17/2011 | Working Meal | 8.75 | David Ashkenazi | Financial Analyst | Courtyard Cafe |
| 2/17/2011 | Working Meal | 10.72 | Jonathan Kohanof | Associate | Courtyard Cafe |
| 2/18/2011 | Working Meal | 20.05 | Bradley C Meyer | Sr. Vice President | Clementine |
| 2/18/2011 | Working Meal | 9.95 | David Ashkenazi | Financial Analyst | Century City Breadbar |
| 2/18/2011 | Working Meal | 13.06 | Jonathan Kohanof | Associate | Piknic |
| 2/22/2011 | Working Meal | 9.25 | David Ashkenazi | Financial Analyst | Courtyard Cafe |
| 2/22/2011 | Working Meal | 12.57 | Jonathan Kohanof | Associate | Cuvee |
| 2/23/2011 | Working Meal | 10.92 | Jonathan Kohanof | Associate | Century Grill |
| 2/24/2011 | Working Meal | 8.49 | David Ashkenazi | Financial Analyst | Mrs. Winstons Green Grocery |
| 2/25/2011 | Working Meal | 10.23 | David Ashkenazi | Financial Analyst | Gelsons |
| 2/28/2011 | Working Meal | 8.06 | David Ashkenazi | Financial Analyst | California Crisp |
| | ***Working/Travel Meal Total*** | ***712.25*** | | | |
| 2/3/2011 | Cellular Phone Charges | 99.25 | Irwin N Gold | Sr. Managing Director | Verizon |
| 2/4/2011 | Cellular Phone Charges | 30.54 | David Ashkenazi | Financial Analyst | verizon |
| 2/10/2011 | Cellular Phone Charges | 30.59 | Bradley C Meyer | Sr. Vice President | at&t |
| 2/20/2011 | Cellular Phone Charges | 61.58 | Lorne Creighton | Financial Analyst | Verizon Wireless |
| | ***Cellular Phone Charges Total*** | ***221.96*** | | | |
| 2/6/2011 | Travel/WiFi/Phone Charges | 9.95 | Jonathan Kohanof | Associate | gogo |
| 2/9/2011 | Travel/WiFi/Phone Charges | 12.95 | Jonathan Kohanof | Associate | gogo |
| 2/10/2011 | Travel/WiFi/Phone Charges | 22.50 | Bradley C Meyer | Sr. Vice President | at&t |
| 2/20/2011 | Travel/WiFi/Phone Charges | 44.99 | Lorne Creighton | Financial Analyst | Verizon Wireless |
| | ***Travel/WiFi/Phone Total*** | ***90.39*** | | | |
| | ***Grand Total*** | ***2,121.00*** | | | |