IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related to Docket No. 428** |

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON MARCH 24, 2011, AT 3:00 P.M. BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801

**HEARING CANCELLED**

CONTINUED MATTER:

1. Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Filed 2/16/11) [Docket No. 343].

   Objection Deadline: February 24, 2011, at 12:00 p.m. Extended to March 28, 2011, at 9:00 a.m. with respect to the Debtors.

   Response(s):

   A. Local Insight Media Holdings, Inc., et al.'s Opposition to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. § 102(1) Shortening Notice Relating to Motion for an Order Pursuant to Fed. R. Bankr. P. 2004 (Filed 2/17/11) [Docket No. 352].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] **Amended information is reflected in bold.**

Related Document(s):

A. Notice of Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Filed 2/16/11) [Docket No. 343].

B. [Proposed] Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Official Committee of Unsecured Creditors' Examination of the Debtors and Granting Certain Other Related Relief.

C. Order Granting the Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. § 102(1) Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Entered 2/17/11) [Docket No. 353].

Status: The hearing on this matter is continued to March 29, 2011, at 1:00 p.m., with respect to remaining open issues.

UNCONTESTED MATTER:

2. Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Approving the Amendment of a Certain Prepetition Intercompany Contract (Filed 3/11/11) [Docket No. 408].

Objection Deadline: March 21, 2011, at 4:00 p.m.

Response(s): None.

Related Document(s):

A. Notice of Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Approving the Amendment of a Certain Prepetition Intercompany Contract (Filed 3/11/11) [Docket No. 408].

B. [Proposed] Order Approving the Amendment of a Certain Prepetition Intercompany Contract.

C. Order Shortening the Time for Notice and Approving an Expedited Hearing on the Motion for the Entry of an Order Approving the Amendment of a Certain Prepetition Intercompany Contract (Entered 3/14/11) [Docket No. 413].

D. Notice of Entry of Order Shortening Time In Connection with Motion of Local Insight Media Holdings, Inc., et al. for the Entry of an Order Approving the Amendment of a Certain Prepetition Intercompany Contract (Filed 3/14/11) [Docket No. 415].

**<u>Status</u>: Counsel has been advised by the Court that the order with respect to this matter will be entered, and the hearing is now cancelled.**

Dated: March 23, 2011
Wilmington, Delaware

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for the Debtors and
Debtors in Possession