IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1]<br><br>                                   Debtors. | Chapter 11<br><br>Case No. 10-13677 (KG)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON
MARCH 29, 2011, AT 1:00 P.M. BEFORE THE HONORABLE KEVIN GROSS
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET,
6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

## CONTINUED MATTER:

1. Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Filed 2/16/11) [Docket No. 343].

    Objection Deadline: February 24, 2011, at 12:00 p.m. By agreement of the parties, the objection deadline for the motion is extended solely for the Debtors to a date (i) agreed to by the parties or (ii) ordered by the Court.

    Response(s):

    A. Local Insight Media Holdings, Inc., et al.'s Opposition to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. § 102(1) Shortening Notice Relating to Motion for an Order Pursuant to Fed. R. Bankr. P. 2004 (Filed 2/17/11) [Docket No. 352].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

2 Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Related Document(s):

A. Notice of Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Filed 2/16/11) [Docket No. 343].

B. [Proposed] Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Official Committee of Unsecured Creditors' Examination of the Debtors and Granting Certain Other Related Relief.

C. Order Granting the Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. § 102(1) Shortening Notice Relating to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of the Debtors and Granting Certain Other Related Relief (Entered 2/17/11) [Docket No. 353].

Status: By agreement of the parties, the hearing on the motion is continued to a date to be determined (subject to the Court's availability) by either (i) agreement of the parties or (ii) order of the Court.

**CONTESTED MATTERS:**

2. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Mesirow Financial Consulting LLC *Nunc Pro Tunc* to February 10, 2011 as Its Forensic Accountants and Litigation Advisors (Filed 3/10/11) [Docket No. 399].

    Objection Deadline: March 22, 2011, at 4:00 p.m. Extended to March 23, 2011, at 5:00 p.m. with respect to the Debtors.

    Response(s):

    A. Limited Objection of Local Insight Media Holdings, Inc., et al., to the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Mesirow Financial Consulting LLC *Nunc Pro Tunc* to February 10, 2011 as Its Forensic Accountants and Litigation Advisors (Filed 3/23/11) [Docket No. 437].

    B. Limited Objection of the Administrative Agent to the Prepetition Secured Lenders and the DIP Lenders, Respectively, to Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Mesirow Financial Consulting LLC *Nunc Pro Tunc* to February 10, 2011 as Its Forensic Accountants and Litigation Advisors (Filed 3/22/11) [Docket No. 431].

Related Document(s):

A. Notice of Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Mesirow Financial Consulting LLC *Nunc Pro Tunc* to February 10, 2011 as Its Forensic Accountants and Litigation Advisors (Filed 3/10/11) [Docket No. 399].

B. [Proposed] Order Authorizing the Employment and Retention of Mesirow Financial Consulting, LLC as Forensic Accountant and Litigation Advisors to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 10, 2011.

Status: This matter will be going forward.

3. Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Authorizing the Implementation of a Key Employee Incentive Plan (Filed 3/11/11) [Docket No. 401].

Objection Deadline: March 22, 2011, at 5:00 p.m.

Response(s):

A. Limited Objection of Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., to Debtors' Motion for Entry of Order Authorizing Implementation of Key Employee Incentive Plan (Filed 3/22/11) [Docket No. 430].

Related Document(s):

A. Order Shortening the Time for Notice and Approving an Expedited Hearing on the Motion for Approval of an Amendment to a Certain Prepetition Intercompany Contract (Entered 3/11/11) [Docket No. 403].

B. Notice of Entry of Order Shortening Time in Connection with Motion of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Authorizing the Implementation of a Key Employee Incentive Plan (Filed 3/11/11) [Docket No. 410].

C. [Proposed] Order Authorizing the Implementation of a Key Employee Incentive Plan.

Status: The Debtors received certain informal comments from the Office of the United States Trustee, which have been resolved by revisions to the proposed form of order to be presented. This matter will be going forward.

4.  Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code (Filed 3/11/11) [Docket No. 411].

    Objection Deadline: March 22, 2011, at 4:00 p.m.

    Response(s):

    A.  Limited Objection of Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al., to Debtors' Motion for Entry of Order Extending Their Exclusive Periods to File and Solicit Votes for Chapter 11 Plan Pursuant to Section 1121(d) of Bankruptcy Code (Filed 3/22/11) [Docket No. 429].

    B.  Joinder of U.S. Bank National Association to the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Extension of Exclusivity (Filed 3/22/11) [Docket No. 432].

    Related Document(s):

    A.  Notice of Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code (Filed 3/11/11) [Docket No. 411].

    B.  [Proposed] Order Extending the Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code.

    Status: This matter will be going forward.

Dated: March 25, 2011
Wilmington, Delaware

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Attorneys for the Debtors and
Debtors in Possession