# EXHIBIT A

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 10-13677 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | **RE: D.I.** _____ |

### ORDER PURSUANT TO 11 U.S.C. § 105(a), FED. R. BANKR. P. 9006(b), DEL. BANKR. L.R. 9006-2, AND FINAL DIP ORDER ENLARGING THE PERIOD IN WHICH TO INVESTIGATE AND COMMENCE CERTAIN POTENTIAL CAUSES OF ACTION

Upon consideration of the Motion (the "Motion")[2] of the official committee of unsecured creditors (the "Committee") of Local Insight Media Holdings, Inc., and certain of its subsidiaries as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for an Order pursuant to section 105(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and Paragraph 17 of the *Final Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 2004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing Certain of the Debtors to Obtain Secured Postpetition Financing on*

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers where applicable): Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] Capitalized but undefined terms used herein shall have the meaning ascribed to them in the Motion.

*Super-priority Priming Lien Basis, Granting Adequate Protection for Priming and Modifying the Automatic Stay, and (B) Authorizing Certain of the Debtors to Use Cash Collateral of Prepetition Secured Lenders and Granting Adequate Protection for the Use Thereof* (the "Final DIP Order") [D.I. 228] for an order enlarging the period during which the Committee must investigate and commence certain potential causes of action; and upon the record of these cases; and adequate and sufficient notice of the Motion having been given; and good cause having been shown;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The period in which the Committee may investigate and, if necessary, commence an adversary proceeding to challenge the validity of the stipulations contained in the Final DIP Order and/or assert any other Claims and Defenses shall be extended to May 30, 2011.

3. This Order is without prejudice to the rights of the Committee to apply for further enlargements of the time period in which it may investigate and, if necessary, commence an adversary proceeding to challenge the stipulations contained in the Final DIP Order and/or assert any other Claims and Defenses.

4. This Court shall retain jurisdiction over any matter related to the Motion and this Order.

Dated: _____, 2011
        Wilmington, Delaware

                                              _____
                                              THE HONORABLE KEVIN GROSS
                                              UNITED STATES BANKRUPTCY JUDGE