# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 10-13677 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | Hearing Date: April 27, 2011 at 2:00 p.m. (ET) |
| | | Objection Deadline: April 20, 2011 at 4:00 p.m. (ET) |

## NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER PURSUANT TO 11 U.S.C. § 105(a), FED. R. BANKR. P. 9006(b), DEL. BANKR. L.R. 9006-2, AND FINAL DIP ORDER ENLARGING THE PERIOD IN WHICH TO INVESTIGATE AND COMMENCE CERTAIN POTENTIAL CAUSES OF ACTION

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases, has today filed the attached **Motion Of The Official Committee Of Unsecured Creditors For An Order Pursuant To 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9006(b), Del. Bankr. L.R. 9006-2, And Final DIP Order Enlarging The Period In Which To Investigate And Commence Certain Potential Causes Of Action** ("Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **April 20, 2011 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on the undersigned counsel for the Committee so as to be received by the Objection Deadline.

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers where applicable): Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **APRIL 27, 2011 AT 2:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 29, 2011
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/William M. Alleman, Jr.*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Gregory T. Donilon (No. 4244)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Co-Counsel to the Official Committee of Unsecured Creditors of Local Insight Media Holdings, Inc., et al.*