# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) Case No. 10-13677 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: Only if objections are timely filed** |
| | ) **Objection Deadline: 20th day following date of service** |

## NOTICE OF FIRST INTERIM APPLICATION OF KIRKLAND & ELLIS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM NOVEMBER 18, 2010 THROUGH JANUARY 31, 2011

| | |
|---|---|
| Name of Applicant: | Kirkland & Ellis LLP ("K&E") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *Nunc pro tunc* to November 17, 2010 |
| Period for which compensation and reimbursement are sought: | November 18, 2010 through January 31, 2011 (the "Interim Fee Period") |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,142,263.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $44,129.59 |
| This is a(n): \_\_\_\_\_ monthly    X    interim    \_\_\_\_\_ final application. | |

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

K&E 18488628

Summary of Monthly Fee Applications for the Interim Fee Period:

| Date Filed | Fee Period | Total Fees Requested | Total Expenses Requested | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| December 30, 2010 | 11/18/10 - 11/30/10 | $199,139.50 | $6,849.28 | $159,311.60 | $6,849.28 |
| February 4, 2011 | 12/1/10 - 12/31/10 | $547,023.50 | $16,383.40 | $437,618.80 | $16,383.40 |
| March 9, 2011 | 1/1/11 - 1/31/11 | $396,100.50 | $20,896.91 | $0 | $0 |

Summary of Objections to Monthly Fee Applications:

As of the filing of this interim fee application (the "Interim Fee Application"), no objections have been filed with respect to the monthly fee applications K&E submitted during the Interim Fee Period.

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, entered on December 17, 2010 [Docket No. 159] (the "Interim Compensation Order"), objections, if any, to this Interim Fee Application must be filed with the Court and served on K&E at the address set forth below and on the Notice Parties (as such term is defined in the Interim Compensation Order), **so as to be received no later than 4:00 p.m. prevailing Eastern Time on April 20, 2011**. If no timely objections are filed, the Court may enter an order granting the Interim Fee Application without a hearing.

Dated: March 31, 2011
Wilmington, Delaware

/s/ Ross M. Kwasteniet
Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 10-13677 (KG) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Hearing Date: Only if objections are timely filed** <br> ) **Objection Deadline: 20th day following date of service** |

### INTERIM APPLICATION OF KIRKLAND & ELLIS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM NOVEMBER 18, 2010 THROUGH JANUARY 31, 2011

Kirkland & Ellis LLP ("K&E"), lead bankruptcy counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this first interim fee application (the "First Interim Fee Application") for the period from November 18, 2010 through January 31, 2011 (the "First Interim Fee Period"), seeking (a) compensation in the amount of $1,142,263.50 for the reasonable and necessary legal services K&E rendered to the Debtors during the First Interim Fee Period, and (b) reimbursement in the amount of $44,129.59 for the actual and necessary expenses K&E incurred during the First Interim Fee Period. In support of this First Interim Fee Application, K&E respectfully states as follows:

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

K&E 18488628

## Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## Background

4. On November 17, 2010 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The chapter 11 cases are being jointly administered for procedural purposes pursuant to Bankruptcy Rule 1015(b).

5. On December 1, 2010, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee"). On February 4, 2011, the U.S. Trustee reconstituted the Committee after Directory Distributing Associates, Inc. voluntarily withdrew from the Committee.

6. On December 3, 2010, the Debtors filed the *Application of Local Insight Media Holdings, Inc. et al. for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 89] (the "K&E Retention Application"). On December 17, 2010, the Court entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as*

*Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 163] (the "K&E Retention Order").

**Relief Requested**

7. By this First Interim Fee Application, K&E requests interim approval for (a) compensation in the amount of $1,142,263.50, which equals 100 percent of fees for the services that K&E rendered during the First Interim Fee Period, including the 20 percent of fees held back during the First Interim Fee Period pursuant to the procedures set forth in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, entered on December 17, 2010 [Docket No. 159] (the "Interim Compensation Order"), and (b) reimbursement of actual and necessary costs and expenses in the amount of $44,129.59.

**Interim Compensation**

8. This First Interim Fee Application is the first interim application K&E has filed requesting compensation for services that K&E rendered in connection with these chapter 11 cases. K&E has filed the following monthly applications for compensation earned and expenses incurred during the First Interim Fee Period:

    a.   *First Monthly Fee Application of Kirkland & Ellis LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from November 18, 2010 Through November 30, 2010* [Docket No. 231] (the "November Monthly Fee Application");

    b.   *Second Monthly Fee Application of Kirkland & Ellis LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from December 1, 2010 Through December 31, 2010* [Docket No. 320] (the "December Monthly Fee Application"); and

    c.   *Third Monthly Fee Application of Kirkland & Ellis LLP for Allowance of*

3

*Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from January 1, 2011 Through January 31, 2011* [Docket No. 393] (the "January Monthly Fee Application," and, together with the November Monthly Fee Application and the December Monthly Fee Application, the "Monthly Fee Applications").

9. As of the date hereof, K&E has received $620,163.08 from the Debtors for fees and expenses K&E incurred during the First Interim Fee Period. This represents 80 percent of fees and 100 percent of expenses that K&E incurred during the respective periods for the November and December Monthly Fee Applications. The Debtors filed certificates of no objection with respect to the Monthly Fee Applications on January 21, 2011, February 25, 2011, and March 31, 2011.

10. During the First Interim Fee Period, K&E advised and represented the Debtors in connection with the operation of their businesses and all other matters arising from the performance of their duties as debtors in possession, except those matters for which the Debtors retained the law firm of Pachulski Stang Ziehl & Jones LLP. K&E prepared various pleadings, motions, and other documents submitted to this Court for consideration and performed all of the other professional services described in the Monthly Fee Applications, which are incorporated herein by reference.

### Retention of and Continuing Disinterestedness of Kirkland & Ellis LLP

11. Pursuant to the K&E Retention Order, the Debtors retained K&E as their lead bankruptcy counsel effective as of the Petition Date in connection with their chapter 11 cases and all related matters. The K&E Retention Order authorizes the Debtors to compensate K&E under the procedures set forth in the Interim Compensation Order and in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"), and such other procedures as may be fixed by order of the Court.

K&E 18488628

12. Except as otherwise disclosed in the K&E Retention Application and the *Declaration of Richard M. Cieri in Support of the Application of Local Insight Media Holdings, Inc. et al. for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date*, to the best of its knowledge, K&E does not hold or represent any interest adverse to the Debtors or their estates and is a disinterested person as defined in section 101(14) of the Bankruptcy Code.

13. Although K&E may have represented, may currently represent, or in the future may represent parties in interest in connection with matters unrelated to the Debtors in these chapter 11 cases, K&E has disclosed its connections to parties in interest that it has been able to ascertain using reasonable efforts. If K&E becomes aware of additional, material information in this regard, K&E will file a supplemental declaration with respect thereto.

14. Except as provided herein or in the K&E Retention Application, K&E has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these chapter 11 cases. In addition, pursuant to Bankruptcy Rule 2016(b), K&E has not shared, nor has K&E agreed to share (a) any compensation it received or may receive with any person other than with the partners, counsel and associates of K&E, or (b) any compensation that has been, or may be, received by any other person or party.

## Representations

15. Although every effort has been made to include all fees and expenses incurred during the First Interim Fee Period, some fees and expenses might not be included in this First Interim Fee Application due to delays caused by accounting and processing during the First Interim Fee Period. K&E reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the

Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Order, and any other orders of the Court.

16. In summary, by this First Interim Fee Application, K&E requests interim payment of compensation for fees and expenses in the total amount of $1,186,393.09, consisting of: (a) $1,142,263.50 for K&E's reasonable and necessary legal services, and (b) $44,129.59 for K&E's actual and necessary costs and expenses.

*[Remainder of Page Intentionally Left Blank]*

K&E 18488628

WHEREFORE, K&E respectfully requests that the Court authorize the Debtors to reimburse K&E for its fees and expenses incurred during the First Interim Fee Period and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: March 31, 2011
Wilmington, Delaware

/s/ Ross M. Kwasteniet

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

Attorneys for the Debtors
and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## VERIFICATION OF ROSS M. KWASTENIET

1. I am a partner with the applicant firm, Kirkland & Ellis LLP ("K&E"), and have been admitted to appear before this Court *pro hac vice*.

2. I have personally performed many of the legal services that K&E rendered as lead bankruptcy counsel to the above-captioned debtors and debtors in possession and am familiar with the work that the lawyers and other persons in K&E performed on behalf of the Debtors.

3. I have reviewed the foregoing *Interim Application of Kirkland & Ellis LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from November 18, 2010 Through January 31, 2011*, dated March 31, 2011 (the "First Interim Fee Application"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

4. I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and believe that the First Interim Fee Application complies with Local Rule 2016-2.

[*Remainder of Page Intentionally Left Blank*]

K&E 18488628

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2011

_____
Ross M. Kwasteniet
Partner
Kirkland & Ellis LLP

K&E 18488628