IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | Case No. 10-13677 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED TO BE HEARD ON APRIL 27, 2011, AT 2:00 P.M. BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]

**CONTINUED MATTER:**

1.  Renewed Motion of Kelly Services for Relief from the Automatic Stay (Filed 4/13/11) [Docket No. 503].

    Objection Deadline: April 23, 2011, at 4:00 p.m. Extended to May 18, 2011, for the Debtors and the Official Committee of Unsecured Creditors.

    Response(s): None as of the date of this agenda.

    Related Document(s):

    A.  Order Denying Shortened Notice and Expedited Consideration of renewed Motion of Kelly Services for Relief from Automatic Stay (Entered 4/14/11) [Docket No. 509].

    B.  Notice of Renewed Motion of Kelly Services for Relief from the Automatic Stay (Filed 4/15/11) [Docket No. 513].

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

C.  [Proposed] Order Lifting Automatic Stay to Permit Kelly to Terminate Staffing Agreement.

Status: The parties have agreed to continue this matter to the May 25, 2011, hearing at 11:00 a.m. (prevailing Eastern time).

**UNCONTESTED MATTERS WITH**
**CERTIFICATIONS OF NO OBJECTION:**

2.  Application of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Authorizing the Retention and Employment of Duff & Phelps, LLC as Valuation Consultants to the Debtors *Nunc Pro Tunc* to March 16, 2011 (Filed 3/16/11) [Docket No. 424].

    Objection Deadline:  April 20, 2011, at 4:00 p.m.

    Response(s):  None.

    Related Document(s):

    A.  Notice of Application of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Authorizing the Retention and Employment of Duff & Phelps, LLC as Valuation Consultants to the Debtors *Nunc Pro Tunc* to March 16, 2011 (Filed 3/16/11) [Docket No. 424].

    B.  [Proposed] Order Authorizing the Employment and Retention of Duff & Phelps LLC as Valuation Consultants to the Debtors and Debtors in Possession *Nunc Pro Tunc* to March 16, 2011.

    C.  Certification of No Objection Regarding Application of Local Insight Media Holdings, Inc., et al., for the Entry of an Order Authorizing the Retention and Employment of Duff & Phelps, LLC as Valuation Consultants to the Debtors *Nunc Pro Tunc* to March 16, 2011 (Filed 4/22/11) [Docket No. 534].

    Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

3.  Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing the Debtors to Reject Certain Employment Agreements and an Employment Term Sheet, and to Honor and Remit Certain Prepetition Employee Benefits (Filed 4/6/11) [Docket No. 484].

    Objection Deadline:  April 20, 2011, at 4:00 p.m.

    Response(s):  None.

Related Document(s):

A.  Notice of Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Authorizing the Debtors to Reject Certain Employment Agreements and an Employment Term Sheet, and to Honor and Remit Certain Prepetition Employee Benefits (Filed 4/6/11) [Docket No. 484].

B.  Notice of Modification to Relief Requested in Motion of Local Insight Media Holdings, Inc., et al., for Entry of an Order Authorizing the Debtors to Reject Certain Employment Agreements and an Employment Term Sheet, and to Honor and Remit Certain Prepetition Employee Benefits (Filed 4/8/11) [Docket No. 498] (the "Notice of Modification").

C.  [Proposed] Order Authorizing the Debtors to Reject Certain Employment Agreements and Employment Term Sheet, and to Honor and Remit Certain Prepetition Employee Benefits (Attached to the Notice of Modification as Exhibit A).

D.  Notice of Intent to Adjourn in Part Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Authorizing the Debtors to Reject Certain Employment Agreements and an Employment Term Sheet, and to Honor and Remit Certain Prepetition Employee Benefits (Filed 4/22/11) [Docket No. 531]

E.  Certification of No Objection Regarding Motion of Local Insight Media Holdings, Inc., et al. for Entry of an Order Authorizing the Debtors to Reject Certain Employment Agreements and an Employment Term Sheet, and to Honor and Remit Certain Prepetition Employee Benefits (Filed 4/25/11) [Docket No. 535].

Status: A Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

## INTERIM FEE APPLICATIONS:

4.  Interim Fee Applications

    Related Documents:

    A.  Fee Application Index (Attached hereto as Exhibit A).

    B.  Notice of Hearing to Consider Approval and Allowance of Interim Fee Applications and Reports (Filed 04/06/11) [Docket No. 493].

<u>Status</u>: As of the filing of this agenda, no objections have been filed with respect to the pending applications and certifications of no objection have been filed with respect to all applications except the application of Milbank, Tweed, Hadley & McCloy LLP. Once all certifications of no objection have been filed, the Debtors expect to submit an omnibus fee order under certification of counsel. The applications are going forward unless otherwise directed by the court.

Dated: April 25, 2011

/s/ Michael R. Seidl
Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Attorneys for the Debtors and
Debtors in Possession

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOCAL INSIGHT MEDIA HOLDINGS, INC., et al.,[1] | ) | Case No. 10-13677 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## INDEX[2] TO INTERIM FEE APPLICATION BINDERS IN CONNECTION WITH NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 27, 2011, AT 2:00 P.M.

Dated: April 25, 2011
       Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

- and -

KIRKLAND & ELLIS LLP
Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

- and -

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

Attorneys for the Debtors and
Debtors in Possession

---

[1] The Debtors, together with the last four digits of each of the Debtors' federal tax identification number (if applicable), are: Local Insight Media Holdings, Inc. (2696); Local Insight Media Holdings II, Inc. (8133); Local Insight Media Holdings III, Inc. (8134); LIM Finance Holdings, Inc. (8135); LIM Finance, Inc. (8136); LIM Finance II, Inc. (5380); Local Insight Regatta Holdings, Inc. (6735); The Berry Company LLC (7899); Local Insight Listing Management, Inc. (7524); Regatta Investor Holdings, Inc. (8137); Regatta Investor Holdings II, Inc. (8138); Regatta Investor LLC; Regatta Split-off I LLC; Regatta Split-off II LLC; Regatta Split-off III LLC; Regatta Holding I, L.P.; Regatta Holding II, L.P.; and Regatta Holding III, L.P. For the purpose of these chapter 11 cases, the service address for all Debtors is: 188 Inverness Drive West, Suite 800, Englewood, CO 80112.

[2] **Revisions have been made since the 4/20/11 submission of this index to chambers. Modified information is reflected in bold.**

52928-001\DOCS_DE:169228.1

## INTERIM FEE APPLICATIONS

1.  First Interim Application of Kirkland & Ellis LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from November 18, 2010 through January 31, 2011 (Filed 3/31/11) [Docket No. 476].

    (A)  Certification of No Objection Regarding Docket No. 476 **(Filed 4/21/11) [Docket No. 528].**

    (B)  First Monthly Fee Application of Kirkland & Ellis LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from November 18, 2010 through November 30, 2010 (Filed 12/30/10) [Docket No. 231].

    (C)  Certification of No Objection Regarding Docket No. 231 (Filed 1/21/11) [Docket No. 278].

    (D)  Second Monthly Fee Application of Kirkland & Ellis LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from December 1, 2010 through December 31, 2010 (Filed 2/4/11) [Docket No. 320].

    (E)  Certification of No Objection Regarding Docket No. 320 (Filed 2/25/11) [Docket No. 380].

    (F)  Third Monthly Fee Application of Kirkland & Ellis LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from January 1, 2011 through January 31, 2011 (Filed 3/9/11) [Docket No. 393].

    (G)  Certification of No Objection Regarding Docket No. 393 (Filed 3/31/11) [Docket No. 475].

    Response Deadline: April 20, 2011, at 4:00 p.m.

    Responses Received: None, as of the submission of the fee binders to chambers.

    Status: This matter will be going forward.

2.  First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors in Possession, for the Period from November 17, 2010 through January 31, 2011 (Filed 3/30/11) [Docket No. 471].

    (A)  Certification of No Objection Regarding Docket No. 471 **(Filed 4/21/11) [Docket No. 527].**

    (B)  First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors in Possession, for the Period from November 17, 2010 through November 30, 2010 (Filed 1/31/11) [Docket No. 311].

    (C)  Certification of No Objection Regarding Docket No. 311 (Filed 2/23/11) [Docket No. 367].

(D) Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors in Possession, for the Period from December 1, 2010 through December 31, 2010 (Filed 2/1/11) [Docket No. 314].

(E) Certification of No Objection Regarding Docket No. 314 (Filed 2/25/11) [Docket No. 368].

(F) Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors in Possession, for the Period from January 1, 2011 through January 31, 2011 (Filed 3/30/11) [Docket No. 469].

(G) Certification of No Objection Regarding Docket No. 469 **(Filed 4/21/11) [Docket No. 526].**

Response Deadline: April 19, 2011, at 4:00 p.m.

Responses Received: None.

Status: This matter will be going forward.

3. First Interim Application of Cadwalader, Wickersham & Taft LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Special Counsel to the Outside Directors for the Period from November 18, 2010 through January 31, 2011 (Filed 3/29/11) [Docket No. 467].

(A) Certification of No Objection Regarding Docket No. 467 **(Filed 4/20/11) [Docket No. 520].**

Response Deadline: April 18, 2011, at 4:00 p.m.

Responses Received: None.

Status: This matter will be going forward.

4. First Interim Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During the Period from December 1, 2010 through and Including January 31, 2011 (Filed 4/5/11) [Docket No. 482].

(A) Certification of No Objection Regarding Docket No. 482 (To be filed) [Docket No. TBD].

(B) First Monthly Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During the Period from December 1, 2010 through and Including December 31, 2010 (Filed 2/16/11) [Docket No. 346].

(C) Certification of No Objection Regarding Docket No. 346 (Filed 3/10/11) [Docket No. 400].

(D) Second Monthly Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During the Period from January 1, 2011 through and Including January 31, 2011 (Filed 3/15/11) [Docket No. 422].

(E) Certification of No Objection Regarding Docket No. 422 (Filed 4/6/11) [Docket No. 494].

Response Deadline: April 25, 2011, at 4:00 p.m.

Responses Received: None, as of the submission of the fee binders to chambers.

Status: This matter will be going forward.