# EXHIBIT B

## SIGNED DISCLOSURE STATEMENT ORDER

[*To Come*]