# EXHIBIT C

## FINANCIAL PROJECTIONS

K&E 18402318

# EXHIBIT C

## REORGANIZED REGATTA'S PROJECTIONS

These notes should be read in conjunction with the Plan and the Disclosure Statement in their entirety.[1] Attached are the consolidated projected financial results ("Projections") for Regatta Holdings and Reorganized Regatta for the five-year period from 2011 through 2015 (the "Projection Period").

THE PROJECTIONS HAVE BEEN PREPARED BY THE DEBTORS' MANAGEMENT. SUCH PROJECTIONS WERE NOT PREPARED TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS ("*AICPA*"), UNITED STATES GENERALLY ACCEPTED ACCOUNTING PRINCIPALS ("*U.S. GAAP*") OR THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION. IN PREPARING THE PROJECTIONS, THE DEBTORS' MANAGEMENT RELIED UPON THE ACCURACY AND COMPLETENESS OF FINANCIAL AND OTHER INFORMATION FURNISHED BY THIRD PARTIES, AS WELL AS PUBLICLY-AVAILABLE INFORMATION, AND PORTIONS OF THE INFORMATION HEREIN MAY BE BASED UPON CERTAIN STATEMENTS, ESTIMATES, ASSUMPTIONS AND FORECASTS PROVIDED BY REGATTA HOLDINGS AND THIRD PARTIES WITH RESPECT TO THE ANTICIPATED FUTURE PERFORMANCE OF REORGANIZED REGATTA. THE DEBTORS' MANAGEMENT DID NOT ATTEMPT INDEPENDENTLY TO AUDIT OR VERIFY SUCH INFORMATION. THE DEBTORS' MANAGEMENT DID NOT CONDUCT AN INDEPENDENT INVESTIGATION INTO ANY OF THE LEGAL, TAX OR ACCOUNTING MATTERS AFFECTING REGATTA HOLDINGS OR REORGANIZED REGATTA AND, THEREFORE, NEITHER MAKES ANY REPRESENTATION AS TO THEIR IMPACT ON REGATTA HOLDINGS OR REORGANIZED REGATTA FROM A FINANCIAL POINT OF VIEW. FURTHER, REGATTA HOLDINGS' INDEPENDENT ACCOUNTANTS HAVE NEITHER EXAMINED NOR COMPILED THE ACCOMPANYING ACTUAL RESULTS AND PROJECTIONS AND, ACCORDINGLY, DO NOT EXPRESS AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT TO THE PROJECTIONS, ASSUME NO RESPONSIBILITY FOR THE PROJECTIONS AND DISCLAIM ANY ASSOCIATION WITH THE PROJECTIONS. EXCEPT FOR PURPOSES OF THIS DISCLOSURE STATEMENT, REGATTA HOLDINGS DOES NOT PUBLISH PROJECTIONS OF ITS ANTICIPATED FINANCIAL POSITION OR RESULTS OF OPERATIONS.

THE PROJECTIONS ARE PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING "ADEQUATE INFORMATION" UNDER SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS ENTITLED TO VOTE UNDER THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF SECURITIES OF, OR CLAIMS OR EQUITY INTERESTS IN, REGATTA HOLDINGS OR ANY OF ITS AFFILIATES.

THE PROJECTIONS CONTAIN CERTAIN STATEMENTS THAT ARE "FORWARD-LOOKING STATEMENTS" WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS ARE SUBJECT TO A NUMBER OF ASSUMPTIONS, RISKS, AND UNCERTAINTIES, MANY OF WHICH ARE AND WILL BE BEYOND THE CONTROL OF REGATTA HOLDINGS AND REORGANIZED REGATTA, INCLUDING THE IMPLEMENTATION OF THE PLAN, THE CONTINUING AVAILABILITY OF SUFFICIENT BORROWING CAPACITY OR OTHER FINANCING TO FUND OPERATIONS, ACHIEVING OPERATING EFFICIENCIES, CURRENCY EXCHANGE RATE FLUCTUATIONS, EXISTING AND FUTURE GOVERNMENTAL REGULATIONS AND ACTIONS OF GOVERNMENT BODIES, NATURAL DISASTERS AND UNUSUAL WEATHER CONDITIONS AND OTHER MARKET AND COMPETITIVE CONDITIONS. HOLDERS OF CLAIMS ARE CAUTIONED THAT THE FORWARD-LOOKING STATEMENTS ARE AS OF THE DATE MADE AND ARE NOT GUARANTEES OF FUTURE PERFORMANCE. ACTUAL RESULTS OR DEVELOPMENTS MAY DIFFER MATERIALLY FROM THE EXPECTATIONS EXPRESSED OR IMPLIED IN THE FORWARD-LOOKING STATEMENTS,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Joint Chapter 11 Plan of Local Insight Media Holdings, Inc., et al.

1

AND REGATTA HOLDINGS AND REORGANIZED REGATTA UNDERTAKE NO OBLIGATION TO UPDATE, MODIFY, CLARIFY OR REVISE ANY SUCH STATEMENTS FOR ANY REASON.

THE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS' MANAGEMENT, AT THE TIME WHEN MADE, MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, COMPETITIVE, INDUSTRY, REGULATORY, MARKET AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE AND WILL BE BEYOND REORGANIZED REGATTA'S CONTROL. REGATTA HOLDINGS CAUTIONS THAT NO REPRESENTATIONS CAN BE MADE OR ARE MADE AS TO THE ACCURACY OF THE HISTORICAL FINANCIAL INFORMATION OR THE PROJECTIONS OR TO REORGANIZED REGATTA'S ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL BE INCORRECT. MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THESE PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER. REGATTA HOLDINGS AND REORGANIZED REGATTA DO NOT INTEND AND DO NOT UNDERTAKE ANY OBLIGATION WHATSOEVER TO UPDATE OR OTHERWISE REVISE THE PROJECTIONS (OR ANY ASSUMPTIONS, ESTIMATES OR OTHER INFORMATION CONTAINED THEREIN) TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THIS DISCLOSURE STATEMENT IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THE PROJECTIONS, THEREFORE, MAY NOT BE RELIED UPON FOR ANY OTHER PURPOSE OR RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS OR INTERESTS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS.

The Projections should be read in conjunction with the assumptions, qualifications and explanations set forth herein and the historical consolidated financial information of Regatta Holdings reported on Forms 10-K and 10-Q as filed with the Securities and Exchange Commission, including the notes thereto. The Projections should also be read in conjunction with the Plan.

The Projections have been prepared based on assumption that the Effective Date of the Plan is October 31, 2011 and assume the successful implementation of Reorganized Regatta's business plan. Although the Debtors presently intend to cause the Effective Date to occur as soon as practical following confirmation of the Plan, there can be no assurance as to when the Effective Date will actually occur given the conditions for the Effective Date to occur pursuant to the terms of the Plan.

The projections are based on, among other things, the following: (a) current and projected market conditions in each of Reorganized Regatta's respective markets; (b) the ability to maintain sufficient working capital to fund operations; and (c) confirmation of the Plan.

***Projected Pro Forma Consolidated Statements of Operations***
(Unaudited)
(Dollars in Thousands)

## INCOME STATEMENT

|  | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| **Revenue** | **$429,483** | **$415,049** | **$442,600** | **$485,079** | **$512,749** |
| Operating Expenses |  |  |  |  |  |
| Cost of Revenue (Excluding D&A) | (99,492) | (110,806) | (131,832) | (156,706) | (173,979) |
| Publishing Rights | (184,062) | (166,558) | (172,212) | (183,248) | (191,452) |
| Selling, General and Administrative Expense | (156,967) | (114,224) | (112,036) | (112,482) | (114,331) |
| Loss on Advances to Affiliates | (14,000) | -- | -- | -- | -- |
| Depreciation and Amortization | (10,338) | (11,053) | (12,867) | (6,135) | (7,354) |
| Total Operating Expenses | (464,859) | (402,641) | (428,947) | (458,571) | (487,116) |
| **Operating (Loss) Income** | **($35,376)** | **$12,408** | **$13,653** | **$26,508** | **$25,633** |
| Reconciliation to EBITDA |  |  |  |  |  |
| Plus: Loss on Advances to Affiliates | 14,000 | -- | -- | -- | -- |
| Plus: Depreciation and Amortization | 10,338 | 11,053 | 12,867 | 6,135 | 7,354 |
| Plus: Addbacks for One-time Items | 32,181 | -- | -- | -- | -- |
| **Adjusted EBITDA** | **$21,143** | **$23,461** | **$26,520** | **$32,643** | **$32,987** |

*Key Assumptions*

**A.    General**

1.  *Plan Consummation and Effective Date:* The Projections assume the Plan will be Confirmed and Consummated and that the Debtors will emerge from chapter 11 on or around October 31, 2011.

2.  *Ongoing Business:* The Projections were prepared based on assumptions that Regatta Holdings (and Reorganized Regatta) remain in the operating capacity pro forma for the transitions described in the plan throughout the Projection Period.

**B.    Projected Statements of Operations**

1.  *Revenue:* Regatta Holdings derives revenue from providing local search advertising products, including print Yellow Pages as well as a full range of digital advertising products, to primarily small and medium-sized businesses. In 2010, approximately $425 of Regatta Holdings' advertising revenue, or approximately 89%, came from the sale of advertising in print products and approximately $53 of Regatta Holdings' revenue, or approximately 11%, came from the sale of advertising in digital products.

    *Print Revenue* – Advertising in print directories is sold a number of months prior to the date each title is published and recognized ratably over the life of each directory, which is typically 12 months, using the amortization method of accounting, with revenue recognition commencing in the month of publication. A portion of the revenue reported in any given year represents sales activity and in some cases publication of directories that occurred in the prior year.

    *Digital Revenue* – Regatta Holdings currently offers a variety of digital solutions including (a) website development, production and maintenance; (b) search engine marketing, or SEM (including delivery of local advertisements through major search engines); (c) internet Yellow Pages, or IYP, advertising; and (d) internet-based video advertising. Digital products are typically priced on a fixed-fee basis.

    Growth in operating revenue can be affected by several factors including: (a) changes in the number of advertising customers; (b) changes in the pricing of advertising, and changes in the quantity of advertising purchased per customer; (c) changes in the size of the sales force and the introduction of new products; (d) the ongoing advertiser and consumer shift toward Internet-delivered local search information and away from print directories; (e) the efficiency of IT systems; and (f) general economic conditions. The projections reflect the Debtors' management's expectation for continued change in its overall operating revenue mix by forecasting a consistent decline in Print Revenue that is partially offset by growth in Digital Revenue.

    The following table illustrates the change in print and digital advertising sales over the Projection Period:

    | ASSUMPTION ON AD SALES | 2011 | 2012 | 2013 | 2014 | 2015 |
    |---|---|---|---|---|---|
    | Print | $319,268 | $272,825 | $255,446 | $239,283 | $229,579 |
    | *% Change in Ad Sales* | *(19.7%)* | *(14.5%)* | *(6.4%)* | *(6.3%)* | *(4.1%)* |
    | Digital | $68,634 | $96,498 | $156,430 | $195,548 | $223,874 |
    | *% Change in Ad Sales* | *16.7%* | *40.6%* | *62.1%* | *25.0%* | *14.5%* |

2.  *Cost of Revenue:* Direct and incremental costs related to the production of directories are capitalized and recognized ratably over the life of each directory under the deferral and amortization method, commencing in the month of distribution. Direct and incremental costs include: paper, printing, graphics, distribution, pagination, composition, commissions and agency fees. All other costs are expensed as incurred.

3. *Publishing Rights*: Regatta Holdings pays royalties to the telephone companies on whose behalf it publishes directories based on the advertising revenue earned and a percentage specified by the related contracts. Publishing rights royalties are recognized under the deferral and amortization method. Since Regatta Holdings owns the publication rights associated with Windstream directories, no publishing rights are paid on these directories. The publishing rights royalties are remitted to the telephone companies on a pro rata basis or in accordance with billed advertising revenue, typically over twelve months.

4. *Selling, General and Administrative Expenses:* Selling expenses include the sales and sales support organizations, including base salaries and sales commissions paid to Regatta Holdings' local sales force, national sales commissions paid to independent certified marketing representatives, local marketing and promotional expenses, advertising and customer care expenses. Sales commissions are amortized over the average life of the directory or advertising service. All other selling costs are expensed as incurred.

   General and administrative expenses include corporate management and governance functions, which are comprised of finance, human resources, real estate, marketing, legal, investor relations, billing and receivables management. In addition, general and administrative expense includes bad debt, operating taxes, insurance and other general expenses including restructuring costs and transition costs. All general and administrative costs are expensed as incurred.