# EXHIBIT D

# VALUATION ANALYSIS

*[To Come]*