# EXHIBIT E

## LIQUIDATION ANALYSIS

*[To Come]*