**EXHIBIT F**

**THE DEBTORS' ORGANIZATION STRUCTURE CHART**

For Illustrative Purposes Only

